UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-01118-RLY-MKK |
| | ) |
| JAMES ISON and | ) |
| THE CITY OF GREENWOOD, INDIANA, | ) |
| | ) |
| Defendants. | ) |

## **APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Ison and the City of Greenwood, Indiana.

Date: July 14, 2023

*/s/ Pamela G. Schneeman*
*Attorney's Signature*

Pamela G. Schneeman (#18142-53)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
*Address*

pschneeman@khkklaw.com
*E-mail address*

(317) 844-3830
*Telephone number*

(317) 573-4194
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing APPEARANCE OF COUNSEL was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

    Jay Meisenhelder
    JAY MEISENHELDER EMPLOYMENT &
     CIVIL RIGHTS LEGAL SERVICES, PC
    650 North Girl School Road, Suite D40
    Indianapolis, IN 46214

                                                */s/ Pamela G. Schneeman*

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@khkklaw.com

23-07-12 App PGS