UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAM BOWEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No.: 1:23-cv-01118-RLY-MKK | |
| | ) | |
| JAMES ISON and | ) | |
| THE CITY OF GREENWOOD, INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF INITIAL (AUTOMATIC) EXTENSION OF TIME**

Come now defendants, James Ison and The City of Greenwood, Indiana, ("Defendants")

and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6-1(b), notify the Court of the initial

(automatic) extension of time for their answer or other responsive pleading through and including

August 23, 2023.

1.      Plaintiff filed this action on June 26, 2023.

2.      Defendants were served with the summons and complaint on July 5, 2023.

3.      Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' answer or other responsive

pleading is due on July 26, 2023.

4.      Defendants reasonably require an initial extension of time of 28 days beyond the

original due date to answer or otherwise respond to Plaintiff's complaint.

5.      Counsel for Defendants have been advised by Plaintiff's counsel that Plaintiff has

no objection to this initial extension of time.

WHEREFORE, Defendants notify the Court that their answer or other responsive pleading

is now due on or before August 23, 2023.

Respectfully submitted,

KNIGHT HOPPE KURNIK & KNIGHT, LTD.


*/s/ Pamela G. Schneeman*
Pamela G. Schneeman, Atty. No. 18142-53
Attorney for Defendants
James Ison and the City of Greenwood

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@khkklaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 14, 2023, a copy of the foregoing NOTICE OF INITIAL (AUTOMATIC) EXTENSION OF TIME was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

>Jay Meisenhelder
>JAY MEISENHELDER EMPLOYMENT &
> CIVIL RIGHTS LEGAL SERVICES, PC
>650 North Girl School Road, Suite D40
>Indianapolis, IN 46214

*/s/ Pamela G. Schneeman*

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@khkklaw.com