UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:23-cv-01118-RLY-MKK ) |
| JAMES ISON and THE CITY OF GREENWOOD, INDIANA, | ) ) ) ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Ison and the City of Greenwood, Indiana.

Date: July 14, 2023

/s/ Rosemary L. Borek
*Attorney's Signature*

Rosemary L. Borek (#20036-41)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
*Address*

rborek@khkklaw.com
*E-mail address*

(317) 844-3830
*Telephone number*

(317) 573-4194
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing APPEARANCE OF COUNSEL was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT &
 CIVIL RIGHTS LEGAL SERVICES, PC
650 North Girl School Road, Suite D40
Indianapolis, IN 46214

/s/ Rosemary L. Borek

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: rborek@khkklaw.com

23-07-12 App RLB