UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-01118-RLY-TAB |
| ) | |
| JAMES ISON and ) | |
| THE CITY OF GREENWOOD, INDIANA, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Come now Defendants, by counsel, and provide their Preliminary Witness and Exhibit List.

### A. Witnesses

1. James Ison, City of Greenwood Police Chief;

2. Sam Bowen, Plaintiff;

3. Matthew Fillenwarth, City of Greenwood Assistant Police Chief;

4. Aaron Hagist, City of Greenwood Police Lieutenant;

5. Brian Falco, City of Greenwood Police Sergeant;

6. Drew Foster, City of Greenwood Assistant City Attorney;

7. Doneisha L. Posey, Vice President and General Counsel of Black Onyx Management;

8. Tom Brogan, City of Greenwood Police Merit Commission;

9. Martha McQueen, City of Greenwood Police Merit Commission;

10. Mike Sherman, City of Greenwood Police Merit Commission;

11. Wendy Trietsch, City of Greenwood Police Merit Commission;

12. Chris Zaborowsky, City of Greenwood Police Merit Commission;

13. Any member of the Greenwood Police Department with knowledge or information relevant to any party's claims or defenses in this action;

14. Any employee of the City of Greenwood with knowledge or information relevant to any party's claims or defenses in this action;

15. Any person who provided testimony to the City of Greenwood Police Merit Commission in connection with the disciplinary proceedings against Sam Bowen;

16. Any person who is deposed in connection with this action;

17. Any records custodians or other persons necessary to establish the authenticity or refute the authenticity of any document, record, video recording, audio recording, or other thing used as evidence in this action; and

18. Any person whose testimony is necessary for purposes of impeachment or rebuttal;

19. Any other persons whose identities are revealed in the course of discovery with knowledge or information relevant to any party's claims or defenses in this action.

### B. Exhibits

1. July 12, 2023, Document Preservation Notice issued by the City of Greenwood Legal Department;

2. July 14, 2023, letter to Chief Ison and City Attorney Shawna Koons from attorney Pamela Schneeman requesting documents for defense of lawsuit;

3. Allen/Bowen/Hagist/Hennig/Kintzele instant messages (5,320 pages);

4. August 7, 2023, letter from Chief Ison to the Greenwood Police Merit Commission;

5. August 7, 2023, Charges and Specific Conduct that Comprise the Charges (notice to Elijah Allen of initiation of discipline proceeding before the Greenwood Police Merit Commission);

6. August 7, 2023, Charges and Specific Conduct that Comprise the Charges (notice to <u>Sam Bowen</u> of initiation of discipline proceeding before the Greenwood Police Merit Commission);

7. August 7, 2023, Charges and Specific Conduct that Comprise the Charges (notice to <u>Jacob Hagist</u> of initiation of discipline proceeding before the Greenwood Police Merit Commission);

8. August 7, 2023, Charges and Specific Conduct that Comprise the Charges (notice to <u>Zane Hennig</u> of initiation of discipline proceeding before the Greenwood Police Merit Commission);

9. August 7, 2023, Charges and Specific Conduct that Comprise the Charges (notice to <u>Tyler Kintzele</u> of initiation of discipline proceeding before the Greenwood Police Merit Commission);

10. August 10, 2023, Tyler Kintzele resignation letter;

11. August 17, 2023, Jacob Hagist resignation letter;

12. Any documents made part of the evidentiary record before the Greenwood Police Merit Commission relating to the disciplinary proceedings against Sam Bowen, including but not limited to evidence submitted to the Commission at its October 11, 2023, hearing;

13. Any minutes and written Findings & Conclusions issued by the Greenwood Police Merit Commission relating to the disciplinary proceedings against Sam Bowen;

14. Transcript of October 11, 2023, proceedings before the Greenwood Police Merit Commission relating to the disciplinary proceedings against Sam Bowen, including all exhibits thereto;

15. Transcript of October 12, 2023, meeting of the Greenwood Police Merit Commission relating to the disciplinary proceedings against Sam Bowen;

16. October 19, 2023, Elijah Allen resignation letter;

17. Greenwood PD Policy 320 (Standards of Conduct);

18. Greenwood PD Policy 703 (Vehicle Use);

19. Greenwood PD Policy 1004 (Anti-Retaliation)

20. Greenwood PD Policy 1018 (Outside Employment and Outside Overtime);

21. Greenwood PD Policy 1026 (Speech, Expression and Social Networking);

22. Greenwood PD General Order 87-G-52 (Assigned Vehicles);

23. City of Greenwood Revised Handbook (approved October 19, 2015) and Acknowledgement signed by Sam Bowen;

24. Greenwood Police Department Off-Duty Employment Work Agreement and Employer Indemnification (submitted by Sam Bowman on April 21, 2023, for off-duty employment starting April 20, 2023, and ending April 30, 2023);

25. Sam Bowen Facebook posts (Bates stamped Defs 05466 to Defs 05469);

26. "Rules for Thee" video;

27. August 4, 2023, video of Assistant Chief Fillenwarth's interview of Sam Bowen;

28. May 2, 2023, Letter to Sam Bowen revoking off-duty employment privileges until further notice;

29. City of Greenwood—Probationary Patrolman (job description);

30. City of Greenwood—First Class Patrolman (job description);

31. Any deposition that is taken in this case, including any exhibits thereto;

32. Any of Plaintiff's written discovery responses in this action;

33. Any documents produced by any non-party produced in connection with a discovery request served in this action, unless expressly objected to by Defendants;

34. Any documents produced by Plaintiff in the course of discovery in this action, unless expressly objected to by Defendants; and

35. Any other documents or things relevant to any party's claims or defenses in this action that are revealed in the course of discovery.

    Respectfully submitted,

    KNIGHT HOPPE KURNIK & KNIGHT, LTD.

    */s/ Pamela G. Schneeman*
    Pamela G. Schneeman, Atty. No. 18142-53
    Attorney for Defendants
    James Ison and the City of Greenwood

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@khkklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, a copy of the foregoing DEFENDANTS' PRELIMINARY WITNESS & EXHIBIT LIST was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT &
 CIVIL RIGHTS LEGAL SERVICES, PC
650 North Girl School Road, Suite D40
Indianapolis, IN 46214

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@khkklaw.com