UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAM BOWEN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:23-cv-1118-RLY-TAB |
| | ) | |
| JAMES ISON, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Plaintiff Sam Bowen, by counsel, pursuant to the Case Management Plan approved by the Court, respectfully provides the following list of individuals who may be called as witnesses to give testimony in this cause, and the following list of documents which Plaintiff anticipates may be introduced into evidence as exhibits in this case. Plaintiff reserves the right to correct, clarify, supplement, or otherwise amend these lists for any appropriate reason.

### Preliminary Witness List

1. Sam Bowen, Plaintiff. May be contacted only through counsel. Areas of knowledge: His social media activity prior to May 2, 2023; the discipline imposed on him by Defendant Ison; Ison's retaliation; his damages.

2. John McAtee, GPD Officer. Areas of knowledge: His social media activity prior to May 2, 2023; discipline imposed by Defendant Ison.

3. Chief James Ison. Areas of knowledge: Plaintiff's social media prior to May 2, 2023; his decision to discipline Plaintiff for those social media posts; his actions following the filing of Plaintiff's lawsuit; Plaintiff's internal complaint regarding discipline; GPD social media policies; the First Amendment.

4. Asst. Chief Matt Fillenwarth. Areas of knowledge: Defendant Ison's disciplinary actions against Plaintiff on May 2, 2023; Plaintiff's internal complaint regarding discipline; GPD social media policies; the First Amendment.

5. Mayor Mark Meyers. Areas of knowledge: His communications with Defendant Ison

concerning negative social media post by GPD officers prior to May 2, 2023; s communications with Defendant Ison concerning disciplinary actions against GPD officers posting negative information prior to May 2, 2023; his communications with the Plaintiff following May 2, 2023; Plaintiff's internal complaint regarding discipline; the First Amendment.

6. Any GPD officer or employee who was involved in any investigation resulting from Plaintiff's internal complaint, or who provided Defendant information concerning the facts and circumstances which lead to Plaintiff's Complaint.

7. Any person mentioned in any report concerning the facts and circumstances which led to, or which were the basis of, Plaintiff's Complaint.

8. Individuals with knowledge of Plaintiff's damages.

9. Any individual similarly situated to Plaintiff and/or any individual who replaced Plaintiff or assumed any or all of Plaintiff's job duties;

10. Individuals identified in any witness list filed by Defendant;

11. Individuals identified through further investigation or discovery;

12. Any witness necessary to lay the foundation for any exhibit;

13. Any witness necessary to impeach the testimony of another witness; and

14. Any witness necessary to rebut the evidence offered by the Defendants' witnesses.

Plaintiff reserves the right to correct, clarify, supplement or otherwise amend the foregoing list of individuals with potentially discoverable information as discovery progresses.

**Preliminary Exhibit List**

1. All documents provided or made available for Plaintiff's hearing before the Greenwood Police Merit Commission.

2. Transcript of the Merit Commission hearing.

3. Documents identified by Defendant in exhibit lists.

4. Documents produced during discovery.

5. Documents used during depositions in this matter.

6. Any document identified through further investigation or discovery.

Plaintiff reserves the right to correct, clarify, supplement or otherwise amend the foregoing list of potential exhibits as discovery progresses.

                                                          Respectfully submitted,

                                                          *s/   Jay Meisenhelder*
                                                          Jay Meisenhelder, Atty No. 19996-49
                                                          JAY MEISENHELDER EMPLOYMENT
                                                          & CIVIL RIGHTS LEGAL SERVICES, P.C.
                                                          650 North Girls School Road, Suite D40
                                                          Indianapolis, IN  46214
                                                          Office Telephone:    317/231-5193
                                                          Direct Telephone:    317/899-9220
                                                          Facsimile Number:   317/982-5463
                                                          Email Address:       jaym@ecrls.com

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2023, the foregoing was filed electronically.  Copies will be sent to all counsel of record by operation of the Court's CM/ECF system.

                                                          *s/   Jay Meisenhelder*