## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-118-RLY-TAB |
| | ) |
| JAMES ISON, *et al.*, | ) |
| | ) |
|        Defendants. | ) |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO LIABILITY

Plaintiff Sam Bowen, by counsel, files his Motion for Partial Summary Judgment With Respect to Liability. In support of his motion, the Plaintiff states:

1. The First Amendment guarantees the right of citizens to speak freely, without fear of government retaliation.

2. While the government, as an employer, can exercise substantial control over the speech of its employees, that control does not extend to situations in which a government employee is speaking as a private citizen, addressing matters of public concern.

3. Even when the employee addresses matters of public concern in the context of his own job, the government cannot prohibit the employee from speaking his mind about the issue as a private citizen.

4. Bowen posted comments on the "Greenwood Chatter" and "Greenwood, Indiana Crime Tracker" Facebook pages addressed the GPD's transparency in reporting crimes, the level of crime in Greenwood, and morale in the GPD.

5. These are legitimate matters of public concern at any time, but even more so when,

as here, those matters are significant issues in an election, which is itself a matter of public concern.

6. The only real factual dispute in this case is whether Bowen's comments are protected speech, and that is a question to be decided by the Court, and not the jury.

7. As explained more fully in Bowen's brief, based on the undisputed evidence the only rationale conclusion the Court can reach in answering that question is that Bowen's comments did constitute protected speech.

8. Since the Defendants concede that suspending Bowen's "Take Home Car" and "Off-Duty Employment" privileges was a disciplinary action – even though the Defendants consider it an "informal" action, the Defendants are liable to Bowen for his damages.

9. Bowen is entitled to summary judgment with respect to the Defendants' liability as a matter of law.

WHEREFORE, Plaintiff Sam Bowen, by counsel, respectfully moves the Court for an order granting him partial summary judgment with respect to the Defendants' liability.

Respectfully submitted,

  s/  Jay Meisenhelder  
Jay Meisenhelder, Atty No. 19996-49
JAY MEISENHELDER EMPLOYMENT
& CIVIL RIGHTS LEGAL SERVICES, P.C.
650 North Girls School Road, Suite D40
Indianapolis, IN  46214
Office Telephone:	317/231-5193
Direct Telephone:	317/899-9220
Facsimile Number:	317/982-5463
Email Address:		jaym@ecrls.com

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2024, the foregoing was filed electronically. Copies will be sent to all counsel of record by operation of the Court's CM/ECF system.

  s/  Jay Meisenhelder