# Exhibit C







Bowen SM Posts 3



Bowen SM Posts 4













Bowen SM Posts 10

