UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-01118-RLY-TAB |
| ) | |
| JAMES ISON and ) | |
| THE CITY OF GREENWOOD, INDIANA, ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING COUNTS 2 AND 4 OF PLAINTIFF'S AMENDED COMPLAINT**

The Court, having considered the parties' Joint Motion to Dismiss Certain Claims and being duly advised, finds that the motion is meritorious and should be granted. Accordingly, and pursuant to the Court's inherent authority to manage its docket, the motion is GRANTED.

Count 2 (the retaliation claim based on Plaintiff's suspension and termination) and Count 4 (the breach of contract claim) are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees. All other claims remain pending.

IT IS SO ORDERED.

Date: 6/04/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to: All electronically registered counsel of record via ECF

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@cjklaw.com