UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:23-cv-01118-RLY-TAB |
| JAMES ISON and THE CITY OF GREENWOOD, INDIANA, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now James Ison and the City of Greenwood ("Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 56 and Ind. S.D. Local Rule 56-1, move the Court to enter summary judgment in their favor on all claims against them. In support of this motion, they state:

1. There are no genuine issues of material fact.

2. Defendants are entitled to a judgment in their favor as a matter of law.

3. Defendants file their supporting brief and designation of evidence herewith.

WHEREFORE, the Court should grant summary judgment in favor of Defendants and against Plaintiff, award Defendants their costs in this action, and award Defendants all other relief that is just and proper in the premises.

Respectfully submitted,

CLARK JOHNSON & KNIGHT, LTD.

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman, Atty. No. 18142-53
Attorney for Defendants James Ison and
the City of Greenwood

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@CJKlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, a copy of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT &
 CIVIL RIGHTS LEGAL SERVICES, PC
650 North Girls School Road, Suite D40
Indianapolis, IN 46214

/s/ Pamela G. Schneeman
Pamela G. Schneeman

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@CJKlaw.com