UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAM BOWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-01118-RLY-TAB |
| ) | |
| JAMES ISON and ) | |
| THE CITY OF GREENWOOD, INDIANA, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF MANUAL FILING

Please take notice that Defendants James Ison and the City of Greenwood have manually filed a thumb drive containing Bowen Deposition Exhibit 13, which is an undated audio recording of Plaintiff Bowen's meeting with the City of Greenwood's Mayor and Deputy Mayor. This exhibit has not been filed electronically because is an audio recording. The audio recording been manually served on all parties.

Respectfully submitted,

CLARK JOHNSON & KNIGHT, LTD.

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman, Atty. No. 18142-53
Attorney for Defendants James Ison and
the City of Greenwood

CLARK JOHNSON & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@CJKlaw.com

Clark Johnson & Knight, Ltd.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

FRAGILE
DO NOT BEND

FILED
JUL 12 2024
U.S. DISTRICT COURT
INDIANAPOLIS, IND.



US POSTAGE
$005.15