Page 150

I'm proud of.  I see that it was wrong.  I see that I shouldn't have said those things and, you know, in the time, like I said, I was dealing with stress, looking for a way to relieve it.  And that's the way I was taught to relieve it.  I was young, I was malleable, I was taught this is the way we do things.  I didn't necessarily know that was wrong at the time.  And then now seeing it for what it is, seeing that, yeah, that actually was wrong, I absolutely would never do it again.  I see the effects it has.

Q.   Let's be clear, you're not suggesting you don't deserve to be disciplined, right?

A.   Correct.

Q.   What do you think an appropriate disciplinary action would be, if not termination?

A.   Well, that's tough to say because I think it should be based off what has been done in the past.  And based off incidents I know that happened in the past, this is the first time five people have ever been put up for termination for something.  I can recall incidents that I feel like have been swept under the rug that would be a worse offense

Page 151

than what I've committed, that they weren't put up for termination. And I feel like the time I've spent on unpaid leave now was well deserved, and I'd just like to get back to normal.

Q. You mentioned other incidents that you said were kind of swept under the rug. Can you give me an example?

A. Most recent one that comes to mind was Lieutenant Brian Blackwell, that was in a -- from my understanding, I've been told, was he was in a public restaurant, used a very derogatory term towards a black person in public in uniform.

Q. Specifically what term did he use?

A. Faggot nigger.

Q. Do you know whether that became known to Chief Ison?

A. I believe there was a formal complaint filed, and from my understanding the resolution of it was Lieutenant Blackwell was demoted. So for me, I look at an incident like that, and I think, I never said anything to the public, I never treated anybody in the public -- you know, somebody that did do that, said just as

Page 152

bad of a term if not worse, was only demoted. I get put up for termination, you know, it just doesn't seem fair.

MR. MEISENHELDER:  I have no further questions.

MS. MEIER:  Cross?

MS. COPELAND:  If I could have a minute, please.

EXAMINATION BY MS. COPELAND:

Q.  Officer Bowen, you just mentioned an Officer Blackwell --

A.  Correct.

Q.  -- an allegation involving language he may have used.  He was on disability leave at the time, correct?

A.  From my understanding he was in uniform working.  In a restaurant.

Q.  Okay.  So if his paperwork is actually pulled and can prove that wrong, do you have any reason --

A.  No, I don't know the specifics of it.

Q.  So you're basing it entirely on hearsay.

A.  Yeah, I mean, that's how information gets around this department is hearsay because stuff that's constantly swept under the rug,

Page 153

like I believe.  And you find out stuff through hearsay.

Q. You could pull up the records, though, right? You could have requested them in a public records request?

A. Funny you mention that because I've asked for a lot of records regarding this hearing and I've submitted public records requests to Dispatch to get other officer's IMs and everything has been denied.  So I don't know how much of an argument you could make that this stuff is public because I've been unable to get any other officer's IMs.  Because I know -- I know, because I've had other officers tell me, they've said stuff significantly worse than the IMs.  And I have requested those IMs.  I requested them straight from Johnson County Dispatch and I've been denied every time.  So I know it's a bigger issue than what's been investigated.

Q. That was Johnson County that denied you --

A. And I believe in our evidence request I submitted I requested IMs, which obviously they've been pulled because Chief Ison said he's pulled other officers.  So I just -- I

feel like you guys are withholding evidence, yeah.

Q. Okay. I believe you actually just said you didn't know the language you used was wrong. I literally quoted, didn't know it was wrong at the time. Is that honestly what you want this Commission to believe is that you did not know that dirty Jew, faggot, bitch, 13 Percenter, coon, is something that you just didn't know was wrong?

A. I think the more appropriate way to look at it would be, I didn't realize the impact that language would have in a broader picture.

Q. Well, sure, now you're sorry for it because you got caught.

MR. MEISENHELDER: Objection. Argumentative.

BY MS. COPELAND:

Q. So in a post George Floyd world, you want them to believe you did not know that using racist terms -- a police officer using racist terms is bad?

A. That's not at all what I just said.

Q. Okay. So let's pretend you didn't actually racially profile, that you just said let's go

sit at Speedway because there's Black people and you didn't do anything. Would you --

A. That comment wasn't mine.

Q. Would you agree -- there's a perception of it. Would you agree there's at least a perception of it at this point because you memorialized it in your messages?

A. A perception that I'm racially profiling?

Q. A perception that the only reason you went to Speedway is because there's Black people sitting there.

A. That's the issue I have with that, is you're going based off of messages, right. I don't know if I actually went to Speedway or not, and I don't think the message says I did.

Q. But there's a perception of it, Officer. Answer my question. There's a perception that you went to Speedway to look for Black people, period. What you did or did not do, I don't care. There's a perception you did.

MR. MEISENHELDER: Objection. Speculation.

MS. COPELAND: No, I'm asking him to answer my question and he's not.

MR. MEISENHELDER: You're saying

that there's a perception and you have -- there's no testimony that there was in fact a perception.

MS. COPELAND:  That's what the --

MS. MEIER:  I think that's her --

MS. COPELAND:  That's my question.

BY MS. COPELAND:

Q. There is a perception that you went to Speedway only to look for Black people.

MR. MEISENHELDER:  Are you asking his perception?

A. Because my perception would be no, because if I recall -- which I don't have that message in front of me --

Q. I can give it to you.  Would you like it?

A. If you want to read it, sure.

Q. And, again, my question is not -- did you racially profile.  Did you actually arrest anybody when you went there?  Is there a perception now, based on what you wrote, that the only reason you were going to Speedway was because of 13 Percenters or Black people?

A. So my answer would be no.  And I'll explain why, is because like most of these messages

are, I think they lack a lot of context. This first one, Officer Hennig says, Speedway would be a good spot to sit.  And I respond, 13 percent, and Officer Hennig responds, 100 percent.  And that's the end of the messages you have.  So there's no message indicating that where was I, where did I go.  I think it's difficult to assume that I immediately went to Speedway and started looking at Black people.  Because that's not at all -- that's not anything I would do.

Q. Let's say you didn't, you didn't ever go.

A. Okay.

Q. But you just -- based on those -- based on those three lines, the perception is you were -- let's go to Speedway to look at Black people.

MR. MEISENHELDER:  Objection. She is asking him to confirm what someone else's perception may have been.  You can talk about what his perception was --

BY MS. COPELAND:

Q. Can you answer that?

MR. MEISENHELDER:  Ms. Copeland --

Page 158

A.   I did answer that.  I said my perception would not be that --

Q.   Okay.

A.   -- and then you continued to ask me.

Q.   Okay.  I think you also said that you do everything by the book?

A.   I try to, yeah.

Q.   Okay.

A.   It's a large book.

Q.   So page 4,587, you state at 3/20 -- on 3/29/23, "Go violate those homeowners Fourth Amendment and search their property."  Is that by the book?  Do we go violate people's Fourth Amendment rights and search their property?

A.   Absolutely not.

Q.   Okay.

A.   I allege that to be sarcasm.

Q.   Do you deny that you used the phrase 13 percent or coon 16 -- at least 16 times?

A.   I don't deny it.  I haven't counted, but --

Q.   And that it is -- that is a derogatory phase against African Americans?

A.   13 percent?  To me, 13 percent was used as a term to represent, like it's been said, that

Page 159

13 percent of people commit 50 percent of the crimes. And did I -- when I say that, do I mean this is a Black person and I don't like them? No, not at all. It's referring to -- I mean, as a police officer you -- you encounter different races, you encounter different people. And it can be -- it can be difficult sometimes dealing with so many people all the time just because -- I'm not -- not everybody causing issues, but when I deal with people regularly, I'm dealing with people that are having problems, right. When a -- when a person calls the police, it's usually their worst day of their life, or if I'm encountering somebody having a criminal incident, they're not happy about it if I'm arresting them or, you know, that kind of stuff. And it's difficult because -- I mean, no, I don't feel like I'm having bias towards people. It's terms I don't wish I would have used, and I don't think there's -- that answers your question.

Q. And I'm not trying to ask several times, but I don't know if you actually said it. Are you denying that you intended 13 percent to

Page 160

be a derogatory term against African Americans?

A. I was not meaning to be derogatory, no.

Q. Okay.

A. It's not -- it's not something that I -- looking back now, I think it could be seen as being derogatory.

Q. Okay.  So I don't want to take it out of context.  So we'll look at this together. What did you say here?

A. "The fat retard at Popeye's didn't give me my sauce so now I got to eat my chicken dry AF."

Q. Okay.  And Officer Allen said?

A. "That's what you get for going to Popeye's."

Q. Kintzele?

A. "Exactly what I was about to say."

Q. Hennig?

A. "Awful 13 percent of you."

Q. And in response to, "awful 13 percent of you," you then say?

A. "I was feeling like indulging in what it's like to be a coon for dinner."

Q. A coon, a Black person?

A. Which is a separate term than 13 percent. But, yeah, that is not -- that is not

Page 161

something I'm proud of saying at all.  I -- I do not like that I said that.

Q.   Do you deny that you used the phrase Jew, dirty Jew, bitchy Jew, 56 times?

A.   No, I don't.

Q.   Fag, faggot, queer, 77 times?

A.   No.

Q.   Those are derogatory phrases for homosexuals?

A.   Yes.

Q.   And I'm sorry, I should say Jew, dirty Jew, bitchy Jew, would be derogatory towards a specific religion or culture?

A.   Is that a question?

Q.   Yes.

A.   Yes.

Q.   Bitch, slut, cunt, whore, derogatory language towards females?

A.   Yes.

Q.   You've -- you agree you violated Policy 320?

A.   Yes.

Q.   And Policy 321?

A.   Yes.

Q.   And 422?

A.   Yes.

Q.   You agree you did it wilfully?  In other

words, you knew that these were public and that your administrators could and may be reading them?

A.   Yes.

MS. COPELAND:  I don't have anything else.

MS. MEIER:  Redirect?

MR. MEISENHELDER:  No redirect.

MS. MEIER:  Do the Commissioners have any?

MS. TRIETSCH:  I do have a question.

I guess I'm wanting to hear from you why you still want to work at Greenwood Police Department if you think that the department or administration is not above board?

THE WITNESS:  The only issues I have with the department are, like I said, is Chief Ison, and that's because I think he's lacked transparency.  Greenwood Police Department has some of the best officers, I would argue, out of any agency in Indiana. And it's people that I loved working with every day and it's people I'm not ready to

stop working with every day. This was a family to me. And, you know, we've gone through a lot the past few years together and it's tough -- it would be tough to leave them.

MS. TRIETSCH: So if your issue is, I guess, primarily Chief Ison, do you have a problem with either deputy chief or assistant chief? Do you not think they're upstanding enough to call out the chief if they're -- if they felt like there was no transparency or things being covered up? I guess I'm trying to figure out --

THE WITNESS: Right. I see what you're saying. Yeah. My response to that would be that I don't have confidence that they would call Chief Ison out. I think that they would maybe be more concerned about keeping their position because I know that there was a deputy chief that was recently removed because he got in an argument with Chief Ison. So he clearly doesn't hesitate to remove people from that position, and I can see why they would be hesitant to call him out.

Page 164

MS. TRIETSCH:  So you don't have confidence in any of the administration currently?

THE WITNESS:  It's not that I don't have confidence, it's that I -- the biggest issue I have was that I felt like they were misleading the public.  And I feel like the public has a right to know what's going on in that department.  There's no question that leading up to the primary election that the department was at the lowest morale it's ever had, and I think most officers would attribute that to stuff that's coming from the administration.

And it's -- you know, it's hard to respect somebody that is actively, in my opinion, hurting the morale of the department, of all these officers that I respect, go out with every single day, that were out on the streets of Greenwood, and there's people sitting up in their offices that are trying to ruin that, is how I feel.

MR. BROGAN:  I have a question. Are you done, Wendy?

MS. TRIETSCH:  I lost my train of

thought.  Go ahead.

MR. BROGAN:  We'll come back to it.

You made a statement a minute ago that you'd be the first to protect people's rights.  I know that under a stressful situation it's hard to pull something out of memory, but could you cite me an example?

THE WITNESS:  Yeah, so I would get in an arguments with my shiftmates all the time about specifically K-9 sniffs.  So there's the Supreme Court case that regulates when -- how -- when you can call a K-9 if you don't have reasonable suspicion, right.  If you're just on a -- on a traffic infraction and somebody wants to have a K-9 come sniff that car, the way the case reads is you can't do anything that's not related to that initial infraction to extend the time of that stop.  And I would catch officers all the time working or doing things that weren't related to that initial infraction to try to extend the time of that stop to get a K-9 out there.

And I would, you know, call them out

on it, or, you know, it's something that I would make sure in my stops that if it was a car that I wanted to get the K-9 on, I -- I would make sure that -- you know, if the K-9 doesn't get there in the time I've completed my infraction, then that's unfortunately what it is, and I have to let that person go. That's just what comes off the top of my head.

MS. TRIETSCH:  Okay.  I'm back where I was, if I could ask one more thing.

Regarding your concern that the chief, all the administration, was not being transparent, did you think to go up the chain of command, speak to your supervisor, and go up further and question these --

THE WITNESS:  I did.  I did.  I raised --

MS. TRIETSCH:  And who did you speak to?

THE WITNESS:  I raised concerns with both my sergeant and my lieutenant.  I actually had quite an in-depth conversation with my lieutenant, and he asked me would you be willing to speak to Chief Ison about your

Page 167

issues, and I told him absolutely.  And then no meeting ever came to fruition from it.

So that left a bad taste in my mouth, too, because I was trying to get my opinions heard and it was acted like my opinions were cared about but then when it came time to actually being heard they didn't give me the light of day.  So I did actually speak with both my lieutenants about it -- or not -- sergeant and lieutenant.

MS. TRIETSCH:  Okay.

MS. MCQUEEN:  And I have a question.

You were saying -- when you were explaining that 13 percent means that 13 percent commit 50 percent of the crimes, and then you started to say it can be difficult dealing with so many people all the time, and then you stopped yourself.  What -- what's difficult about -- what's -- explain what your thought was, because you stopped.

THE WITNESS:  One of the things I wish the police department would do, and even if I don't get to continue to work there, I think it's something that needs to be done

Page 168

is, there's no training on what to do with the stress of this job or how to deal with the public.  Like I think back in all my training I've had since I started, even in the Academy, I can't recall that I ever had a diversity training or stress management training or anything like that.

And obviously I think it can be seen now that police officers resort to dark humor in these instances.  And I think there needs to be some training.  Because I know Greenwood is hiring a lot of new officers right now that are probably coming with no experience.  And I -- regardless of the outcome of this, I just think it's something that needs to be implemented because it's -- you deal with such a vast array of types of people and it's something I'd like to see implemented.

MS. MCQUEEN:  So do you think that maybe you weren't able to handle the stress of the job?

THE WITNESS:  Not that I couldn't handle it.  I mean, like -- I'm sure you guys know, the last two years have been very hard

Page 169

in Greenwood. I mean, it was one thing after another. And if I'm being fully honest, I did not come into the job expecting that. I knew it would be difficult, but it was -- it was a lot more than I expected.

And it -- just talking to veteran officers, it was more than they'd ever seen in their 15- or 20-year career in Greenwood. And coming in with -- coming in with being a new officer and not coming from another department, not having necessarily dealt with these incidences before, you don't have a lot of time in between them to -- I want to say grieve, I don't know if that's the best word to use, but you don't have -- because it's one after another after another, and you don't have a lot of time to process, I guess, would be the best word I would use.

And it's just something I didn't expect about the job. And it's something I think is not necessarily well known when you're getting into the career is that that's going to be the case. I don't want to say I couldn't handle the stress, but I just wish there was a better support system in place

for officers.  Because I know -- I know I'm not the only one that dealt with that, right.  There's -- there's 70 officers at the department.  There's no way not everybody was dealing with stress going from incident to incident.  I just wish there was more in place to deal with that.

MS. MCQUEEN:  One follow-up.  So did you -- did you seek help to deal with the stress, you know, talk to another officer -- did you --

THE WITNESS:  Yeah.

MS. MCQUEEN:  -- take steps?

THE WITNESS:  Yeah, I talked to a lot of different officers.  I can't say that I ever went and got like professional help, but I -- you know, to me the best way for me to deal with it was to talk to other officers, especially veteran officers that have been through it time and time again.

MS. MEIER:  Anything else?  Any questions on the Merit Commission's questions?

MR. MEISENHELDER:  Yes.

MS. MEIER:  Go ahead.

MR. MEISENHELDER:  I'd like to follow up on Ms. Trietsch's question.

EXAMINATION BY MR. MEISENHELDER:

Q.  When you were -- when you were making the Facebook social media posts that were critical of Chief Ison, that was during the midst of the primary election.  Did the fact that this was happening during the primary election play any part in your decision to make those posts?

A.  Yeah, it did.  You know, obviously there's no denying it was a pretty intense mayoral election.  Obviously, I was supporting a different candidate than Chief Ison was, and I had my reasons.  And I just wanted to share my opinions.  You know, I know Chief Ison mentioned I violated the department policy and I -- about social media, and I would strictly deny that.

The way the policy reads is as long as you're acting as a private citizen speaking on a matter of public concern, your speech is protected.  And there's no argument to be had that my speech, Facebook posts, were not on my own time, never identified

Page 172

myself as a police officer.  My Facebook has never said I was a police officer strictly because if I were to arrest somebody I don't want them finding me on Facebook or anything like that.

So it's never at any point in my career has it ever said that I was a police officer.  I never identified, I never revealed any secret department information or confidential information.  The most I ever shared was a news article that was already public information out there.

So to say I violated policies -- and, you know, he never wrote me up for violating social media policies.  When he took my stuff away, he said it was at his sole discretion.  But it was pretty obvious that it was social media.  So I -- I blatantly disagree with that.  I think -- yeah.

Q.  Did you think about what might happen when you filed the lawsuit against Chief Ison and the department?

A.  I expected them to come after me.  Yeah.

Q.  Why did you decide to go forward?

A.  I was under the personal opinion that there

Page 173

needed to be a change in the department.  And I thought the current trajectory was not the -- was not beneficial to the public or to the officers.  And I was in a position that -- you know, I'm single, I don't have any kids.  And just based off what I know about and what I've experienced from Chief Ison in the past, was, if you stand up to him he's going to keep coming after you.  And that's why nobody ever stands up to him because he does that.

And I was in a position that I felt like I could stand up for what I thought was right.  I expected stuff to come downhill -- you know, it doesn't surprise me that -- you know, this isn't the only thing that happened was this investigation.  I think back to the Freedom Festival where he stuck me at the gate for eight hours straight with all the rookies.  That's historically a position based off seniority.

And, you know, it's time and time again there's things that, not just to me, but other officers that were clearly retaliatory from him.  And it needed to be

Page 174

addressed, and that's why I filed the lawsuit.

I went -- I didn't file the lawsuit right away.  That wasn't my first intention.  I first raised the issue to my supervisors, it didn't go anywhere.  I went to HR, I filed a complaint with HR right after he took my stuff away.  HR said they were going to open an investigation, and never got back with me.

Then I went back a month later because I was continuing -- I started getting mistreated by my supervisors, they started yelling at me and started treating me poorly for no reason.  And so I went back to HR, filed another complaint, and that's when I sat down with the mayor and expressed my concerns, and he told me that it wasn't retaliation.  And at that point I'd spoke to everybody at the city, there's nobody higher, and I felt like there was no other option except for a lawsuit to address it.  Because I wasn't -- I wanted to stand up for the other officers because I knew what was going on was wrong.

MR. MEISENHELDER:  I have no

Page 175

further questions.

MS. MEIER:  Go ahead.

MS. MCQUEEN:  So you were posting things during the primary, and then the chief sent an e-mail to the officers about the -- reminding them about the social media policy and you received that?

THE WITNESS:  Yeah, but I wasn't in violation of the policy.

MS. MCQUEEN:  So you received it, and then did you go to the chief and say are my -- are my posts violating -- did you go and ask whether your posts might be in violation of the policies?  Did -- you know, did you not see a connection between --

THE WITNESS:  I -- I wasn't the only one posting.  There's -- there was a lot of people.  And, no, I didn't think to go ask him because I knew -- I mean, I'm capable of reading something and comprehending it.  And I also know the Constitution.  I'm a police officer, I swore an oath to it.  So I knew that my speech was protected, and I wasn't violating policy.  If I know I'm not doing anything wrong, why would I go ask to make

Page 176

sure I'm not doing anything wrong.

MS. MEIER:  Anything else?
Question?

MS. COPELAND:  Yeah.

EXAMINATION BY MS. COPELAND:

Q. So you adamantly deny that you violated the social media policy?

A. Yes.

Q. But you admit that you violated the three policies in this case that you've been accused of violating?

A. Yeah, I've admitted that several times.

Q. I have no doubt that being a police officer is hard in this environment.  You mentioned several instances that have happened in Greenwood.  Did the chief order 40 hours of critical incident training last year that you attended?

A. CI -- CIT training?  Yes.

Q. Yes.  I think you testified earlier there's not been enough training, so I just want to make sure that we have in the record that there has been some.  So there was a 40-hour CIT training that was provided, correct?

A. Yeah.

Q.  Okay.

A.  But I think it's beneficial to know what CIT training -- what it actually was.

Q.  Okay.  And after each incident that has happened, there's been mental health professionals available for you to speak with, made available by the city?

A.  As far as I know.

Q.  Did you take advantage of any of that?

A.  No.

Q.  And there's also EAP that's provided by the City.  Have you ever taken advantage of that?

A.  No.

MS. COPELAND:  I have nothing else.

MS. MEIER:  Could you explain EAP?

MS. COPELAND:  EAP stands for Employee Assistance Program.  So it's -- it's actually pretty common in the municipal world.  They offer it as part of our -- I say our -- it's part of an insurance program that you can go and receive counseling, mental health.

MS. MEIER:  So it's one of the

Page 178

standard benefits?

MS. COPELAND:  Yeah.  They offer -- it's not unlimited.  They offer so many sessions for you to go.

MS. MEIER:  Okay.  Thank you. Anything on that?  No questions?

MR. MEISENHELDER:  No questions.

MS. MEIER:  Next witness?

MR. MEISENHELDER:  Officer Bowen rests.

MS. MEIER:  Do you have rebuttal?

MS. COPELAND:  We do not.

MS. MEIER:  Any other questions by the Merit Commission?

It appears that it is 8:55.  Do you want to adjourn the meeting, then, and...

MS. TRIETSCH:  Sure.

MS. MEIER:  The Merit Commission will go into executive session tomorrow evening and hold their deliberations.  And then in their regular meeting, their decision will be announced.

I'll tell the members that between now and the deliberations tomorrow evening do not discuss this case with anyone or with

Page 179

each other, or look at social media or anything like that so that you have an independent decision of your own based on the evidence.

MS. TRIETSCH:  Okay, anything further from Commissioners?  If not, do I hear a motion to adjourn?

MS. MCQUEEN:  I move that we adjourn.

MS. MEIER:  Is there a second?

MR. BROGAN:  I second.

MS. MEIER:  All in favor say aye.

ALL COMMISSIONERS:  Aye.

MS. MEIER:  We're adjourned.

(Whereupon, the hearing was adjourned at 8:55 p.m.)

Page 180

STATE OF INDIANA         )
                         )   SS:
COUNTY OF SHELBY         )


CERTIFICATE OF COURT REPORTER

I, Joyce E. Shinault, the undersigned Court Reporter and Notary Public, residing in the County of Shelby, State of Indiana, do hereby certify:

That I reported to the best of my ability in machine shorthand all of the words spoken by all parties in attendance during the course of the ensuing proceedings, including objections, if any, made by all counsel present;

That I later reduced my stenographic notes into the foregoing typewritten transcript form, which typewritten transcript is a true record of the testimony given by this witness as stated above;

I do further certify that I am a disinterested person in this cause of action; that I am not a relative or attorney or employee of any of the parties; that I am not a relative of an employee of such attorney or counsel; and that I am not financially interested in this action.

IN WITNESS HERETO, I have affixed my Notarial Seal and subscribed my signature below this 10th day of November, 2023.


_____
Joyce E. Shinault, RPR, Notary Public


Commission No. 670403
Expires:  September 8, 2031
County of Residence:  Shelby

Index: 03:51..56

**Exhibits**

**BOWEN.EXH1** 18:20,21

**BOWEN.EXH2** 21:13,14,17

**BOWEN.EXH3** 23:10,11

**BOWEN.EXH4** 26:5

**BOWEN.EXH5** 30:6,9,22 83:12

**BOWEN.EXH6** 78:5,15 79:1

**BOWEN.EXH7** 78:17 79:12

**BOWEN.EXH8** 78:19

**BOWEN.EXH9** 80:20,21 92:12

**BOWEN.EXH10** 88:16,25

**BOWEN.EXH.D** 94:15,16

**BOWEN.EXH.H** 100:17,21
  101:12

**BOWEN.EXH.I** 104:18,22

---

**0**

**03:51** 42:2

**04:00** 42:22

---

**1**

**1** 18:20,21 81:16,25 113:21

**10** 76:21,22 88:16,25

**100** 32:18 45:4 52:13 157:4

**11** 37:3

**12** 22:9 55:20

**120** 123:11

**12:54** 36:14

**12th** 93:13

**13** 9:16 36:14 37:9,14,22 38:1,3,4
  39:11 41:7 44:20,24 47:2 58:25
  59:2,9 64:25 76:25 81:23 82:2
  128:20,21,24 130:21,24 136:3
  138:13 154:8 156:23 157:4
  158:19,24 159:1,25 160:18,19,24
  167:15

**14** 24:19 38:12 45:16

**14th** 26:22 27:14 51:11 75:8 93:8,

18

**15-** 169:8

**150** 31:24

**15th** 51:11

**16** 82:3 158:20

**17** 92:15

**17th** 75:15

**18:00** 40:17

**18:53** 40:6

**19** 14:19 44:12 47:18 145:12

**1964** 126:10

**19:26** 38:22

---

**2**

**2** 21:13,14,17 25:6 81:18,19

**2.0** 33:4

**20** 35:12

**20-year** 169:8

**2018** 123:23

**2019** 123:23

**2020** 74:9 145:16

**2021** 40:16 53:22 113:11

**2022** 112:20 145:12,15

**2023** 19:19 22:9 24:19 36:14
  38:12,22 40:6 42:2,22 43:4,17,19
  44:12,20 45:16 53:22 92:15

**20:05** 38:12

**20:59** 45:16

**21** 100:1

**22:29** 44:20

**23** 31:3 38:22 74:5

**24** 43:19

**27** 40:6,16

**29** 42:2,22 43:4

**2nd** 57:19

---

**3**

**3** 23:10,11 25:14 56:17

**3/20** 158:10

**3/29/23** 158:11

**30** 55:22 61:1 114:4

**320** 8:25 78:13,19 79:25 99:12
  100:6,12 103:20 109:8 113:2
  161:19

**320.5.9** 80:2 105:2

**321** 8:23 78:11,14 79:1 99:8,10
  109:3 113:2 161:21

**321.2** 79:4

---

**4**

**4** 26:5

**4,587** 158:10

**4/15/23** 89:10

**40** 176:16

**40-hour** 176:23

**422** 8:24 78:12,17 79:12 98:17
  99:11 108:22 113:2 161:23

**422.4** 79:15

**4:18** 43:4

**4:30** 43:17,19

**4:45** 44:12

**4th** 42:25

---

**5**

**5** 30:6,9,22 83:12

**5,000** 128:3 129:11

**5,000-plus** 66:25

**5,200** 28:20

**5,300** 29:21 35:12 53:22

**5,320** 28:21 76:23

**5,320-page** 75:16 77:18

**50** 38:2 59:3 128:25 159:1 167:16

**56** 161:4

**57** 64:12,22 82:5

**5th** 16:9

**6**

**6** 19:19 43:17 78:5,7,15 79:1 80:1

**60** 113:23

**6th** 16:9 26:20

**7**

**7** 78:6,7,17 79:12

**7,000** 123:12

**70** 82:19 170:3

**77** 64:14,18 82:7 161:6

**7:18** 115:17

**7:35** 115:19

**8**

**8** 25:23 31:3 78:6,7,19

**8:09** 140:16

**8:11** 140:19

**8:55** 178:15 179:16

**9**

**9** 80:20,21 92:12

**90** 113:23

**911** 27:14

**9:00** 93:1

**A**

**a.m.** 43:4,17 93:1

**Aaron** 67:5,10

**ability** 72:15 82:21 86:16 127:2 132:3 133:2

**abnormalcies** 110:21

**absolutely** 30:11 62:8 64:20 65:2 66:9 149:23 150:11 158:16 167:1

**abusive** 128:17 136:25 137:14, 18,23

**Academy** 168:5

**access** 79:15 123:19 130:3

**accident** 23:22

**accommodation** 122:21

**accordance** 79:9

**accurate** 19:22 22:10 24:15 34:18

**accusation** 30:5

**accusations** 84:9

**accused** 109:25 110:7 176:11

**accusing** 90:14 106:4

**achieve** 32:5

**acknowledge** 113:25

**acknowledged** 114:23

**acknowledgment** 114:12

**Acrobat** 76:25

**act** 126:7,10,14 127:13,21 135:5

**acted** 133:17,22 167:5

**acting** 126:1 134:2 171:21

**action** 85:12,23 143:14 149:6 150:17

**actions** 13:19,23 48:20 97:5

**active** 56:9 76:14

**actively** 164:16

**activity** 62:7

**actors** 111:16

**adamantly** 176:6

**additional** 53:20 54:8 119:10 125:9

**address** 62:4,8 174:21

**addressed** 34:3 35:6 63:6 95:14 174:1

**addressing** 85:3

**adjourn** 178:16 179:7,9

**adjourned** 179:14,16

**adjunct** 123:20

**admin** 90:23

**administering** 26:13

**administration** 162:16 164:2,14 166:13

**administrative** 122:18,20

**administrator** 19:3 20:9 22:1

**administrators** 162:2

**admissibility** 30:19

**admission** 97:3

**admit** 101:11 176:9

**admits** 96:20

**admitted** 20:2 22:16 25:4 27:10 81:14 176:12

**Adobe** 76:25

**advance** 9:9 52:6 60:9 116:5,12 117:10 118:24

**advances** 106:22 107:18

**advantage** 177:9,12

**advised** 85:11

**advocate** 148:7

**AF** 39:1 160:12

**Affairs** 10:10

**affect** 10:22,24 48:15 91:22 132:11,12,16

**affects** 132:18

**affidavits** 20:14

**affirm** 91:20

**affirmative** 54:16

**African** 9:20 38:5,8 39:16,25 40:2 45:2,10 47:4 49:7 53:4 82:25 158:23 160:1

**afternoon** 56:16

**agencies** 20:20

**agency** 72:10 76:11 77:10 79:8 92:4 111:5,15 143:17 162:23

**agree** 62:25 67:23 155:4,5 161:19,25

**ahead** 8:13 18:1 20:6 62:17 73:15 78:5 141:19 144:17 165:1 170:25 175:2

Index: airing..begin

**airing** 84:11

**allegation** 12:6 152:13

**allegations** 54:19 141:6,10

**allege** 158:18

**alleges** 12:1 16:12

**alleging** 16:11 90:15 94:9

**Allen** 39:4,17 40:14,17 41:4,6 43:22 160:13

**alleviate** 122:3

**allowed** 37:25 117:19

**allowing** 85:2,20

**allude** 126:11

**Amendment** 13:15 16:14 42:25 95:25 96:18 158:12,14

**American** 38:5 45:11 47:4 49:7 53:4 82:25

**Americans** 9:20 38:9 39:16 40:1,2 45:2 158:23 160:2

**amount** 10:1 146:23

**ancestry** 38:5

**Andrew** 14:7

**angry** 96:9

**animus** 13:17 16:3

**announced** 178:22

**answers** 159:22

**anti** 149:11

**anticipated** 118:1

**anybody's** 28:11

**anytime** 114:10

**apologize** 9:9 95:13

**apparently** 59:2 93:17

**appearance** 46:13,15

**appeared** 10:17

**appearing** 115:22

**appears** 51:24 178:15

**approached** 85:18

**approved** 102:15

**approximately** 14:12 36:14 38:12,22 40:6,16 42:2,22 43:4

45:16 55:20

**April** 43:17,19

**Arbys** 36:23

**area** 28:19

**Argh** 31:25

**argue** 58:7 148:2 162:23

**argument** 129:19 153:11 163:21 171:23

**Argumentative** 138:20 154:17

**arguments** 147:23 165:10

**arise** 128:12

**arising** 84:23

**armor** 48:21

**array** 168:17

**arrest** 50:9 54:8 111:18 139:10, 15 148:2,8,9 149:5,13 156:19 172:3

**arrested** 49:8 71:7 72:21

**arresting** 15:15 48:10 159:17

**arrests** 148:13

**art** 17:18

**article** 172:11

**articles** 134:10

**ass** 32:17

**Assistance** 177:19

**assistant** 10:6,9 14:11,13,23 15:20 19:4 47:12 48:4 51:1,5,12 53:12 55:18 70:21 75:2,7,12 77:7 91:9,11,12 148:10 163:9

**assisting** 48:11

**assume** 31:5 60:23 63:14 74:10 90:8 157:8

**assumption** 46:17

**attached** 84:20 105:8

**attempt** 58:9

**attended** 121:12 176:18

**attention** 11:13 27:12 36:7 84:3

**attest** 146:14

**attorney** 10:6 14:11,13,23 15:20 19:4 23:24 24:1 25:8 47:12 54:17

68:19 69:6 70:25 71:22 77:7 91:12 92:17 93:12 121:8

**attorneys** 51:6 55:2 113:17

**attribute** 164:13

**August** 57:19

**author** 19:20 24:11

**authority** 102:3 133:6

**autism** 33:1

**automatically** 114:11

**avenues** 48:20

**aware** 16:6 56:25 61:21 62:2,7 93:4,7 94:8,12 101:4 113:9 114:16 136:17

**awful** 39:11 160:18,19

**aye** 179:12,13

---

**B**

**back** 26:22 27:15 28:1 42:14 43:15 48:14 60:25 61:13 72:20 81:25 92:1,22 99:18 110:20 115:20 140:18 141:3 146:8,10 147:9 149:19 151:4 160:6 165:2 166:10 168:3 173:17 174:9,10,14

**background** 118:8

**bad** 48:19 49:13 50:2 111:15 126:21 152:1 154:22 167:3

**banter** 9:24 43:15 88:11,21 128:6,7

**bar** 38:19

**barricaded** 31:10

**based** 11:5,10 13:12 25:9 27:20 46:12,15 47:14 53:3 67:20 69:4 83:16 90:11 131:12 150:19,20 155:13 156:21 157:14 173:6,21 179:3

**basically** 68:24 103:10 106:14 114:8 126:19

**basing** 152:22

**bear** 30:2

**bears** 13:17

**began** 103:4 112:13

**begin** 77:4 120:10

**beginning** 11:19 74:21

**behavior** 54:13 65:16 66:17 104:5 125:23 126:5

**behaviors** 126:2

**believed** 19:2 27:21

**believes** 37:21 46:12 143:10

**belong** 131:16,18

**beneficial** 173:3 177:2

**benefit** 19:15

**benefits** 178:1

**Bet** 45:24

**Beth** 8:18

**bias** 96:6 126:16,18,19,21 127:3, 16,19 129:5 132:5 133:16 139:18 159:19

**biased** 97:9

**biases** 127:6,11,12,13,14 133:22 134:3

**big** 69:13 148:7

**bigger** 49:24 153:20

**biggest** 77:10 164:6

**bill** 18:25 33:4

**bit** 124:25 132:9 142:3,20

**bitch** 9:17 32:24 38:17 82:9 154:8 161:16

**bitches** 90:1

**bitchy** 42:20 64:11,21 161:4,11

**black** 45:12 59:7,10 123:13 124:23,25 129:1,4 131:3,11 138:8,15 139:1,9 151:13 155:1, 10,18 156:10,23 157:9,16 159:3 160:23

**Blacks** 128:23

**Blackwell** 100:23 151:10,21 152:11

**blatantly** 172:18

**blind** 17:24

**board** 53:14 95:8 162:17

**body** 18:5 50:7 148:16,17

**book** 148:4 158:6,9,13

**bottom** 27:13 36:12,21 38:20 39:18 41:16,19 42:18 43:2

**Bowen** 8:22 10:12 11:17,24 12:2, 13,21 13:12,18,21 15:9 16:11 19:6 23:18 31:5 32:8 33:6 34:5 36:19,25 37:8,12,18,23 38:14,23 39:12,20 40:8,20,22,25 41:8,13, 20,23,24 42:4,8,12,16,23 43:5,9, 11,20,24 44:3,13,23 45:17,21,22, 23,24 46:1,5,7,19,24 48:10 52:4, 20,23 54:7 55:23 57:15 61:21 65:8 66:10,16 67:4,15,25 68:7,25 70:23 74:6 78:1 79:2 84:8 85:6 86:10 87:12 88:2,19 89:19,23 90:2,5,9,22 91:14 93:5 94:8,22,25 95:3 96:8,10,22 97:7,9,11,13,16, 21 99:17 103:14 109:15 110:22 128:4,19 133:21 134:8,15,25 135:22 137:25 138:7,22 139:7 140:20 141:5 142:11,20 143:20 144:7 145:8 152:10 178:9

**Bowen's** 10:21 11:3,22 12:7 13:10 23:4 25:19,23 28:8 50:9 66:19,22 77:18 82:21 96:17 132:2

**Boy** 45:20

**boys** 88:20,21

**Brandon** 36:20 62:12,25 63:18, 22

**Brant** 26:10

**brawl** 33:1

**breach** 16:13,16

**break** 73:13 115:15

**brevity** 29:23

**Brian** 151:10

**briefly** 16:10 48:8 109:13

**briefs** 114:3

**bring** 24:4 76:11 82:18 103:16

**broader** 154:13

**BROGAN** 53:18,23 72:14 110:18 112:1 164:23 165:2 179:11

**brought** 8:19 35:5 84:3 142:5

**bubble** 51:24

**burden** 54:9

**business** 15:6 36:23 90:1 99:22

**busy** 111:6

**buy** 88:22

**buying** 105:17

---

## C

**CAD** 63:15

**call** 8:2 14:1 17:15 31:13,17 32:20 36:6 73:9 75:3,6,10 93:8 115:21 117:22 145:7 163:10,17, 24 165:13,25

**called** 31:18 54:11 64:8 75:2,7,11 86:10 88:10 92:22 114:3 118:7 123:13

**calling** 90:6 96:11 119:1 122:2

**callout** 31:14 32:3,4

**calls** 15:17 37:17 41:13 43:5 50:13 140:21 159:13

**cam** 18:6 50:7 148:16,17

**camera** 121:1

**camper** 105:25 106:17 108:3

**candidate** 85:10 86:8 171:14

**candy** 38:19

**capable** 175:19

**capacity** 14:10 15:20 55:17 66:14 73:23 133:24

**car** 23:22 40:12 80:18 103:1 126:24 127:1 138:25 165:17 166:3

**care** 26:23 143:10 149:2 155:20

**cared** 167:6

**career** 61:5 65:25 125:14 146:19 147:21 149:15 169:8,22 172:7

**carrier** 24:7

**cars** 37:6

**case** 15:15 17:10 18:10 48:17,22 50:8 54:11 65:13 66:24 67:20 76:2 85:15 93:23 94:2 99:25 104:3 108:25 109:6,11 116:5 118:2,21 127:1 134:11 135:20 140:11 141:15 142:2 165:12,17 169:23 176:10 178:25

**cases** 14:25 48:12 49:24 82:23 122:19,22 123:3

**catch** 165:20

**categories** 137:1

**category** 72:19 135:11

**caught** 154:15

**caused** 137:11

**causing** 132:7 159:10

**cell** 75:4

**center** 8:25 19:2 50:6 77:14 78:12 79:13 108:23

**certificates** 121:16

**cetera** 130:2

**chain** 51:20 61:20 166:14

**chair** 103:9 116:2

**challenged** 32:16

**challenges** 49:20

**challenging** 97:16

**change** 46:3 48:16 112:15 146:1 173:1

**character** 9:14

**charge** 47:19

**charges** 48:10,16 81:8,10 96:7 98:11

**charging** 80:25 95:15 98:20

**chat** 38:23 40:8,17 41:1 42:4 51:14,15,25 52:3,5,7,14 67:18,21

**chats** 77:16

**Chatter** 25:21

**check** 67:15 72:16,20 110:20

**checked** 111:10

**Chesser** 26:10

**Chevy** 46:25

**chick** 31:10

**Chick-fil-a** 46:8 52:18,19

**chicken** 39:1 40:3 160:12

**chief** 8:19,20 10:9,11 13:7,9,14, 17 18:15 25:20 48:4 50:23 51:2, 13 53:13 55:9,18,19 57:3,5,7 59:12,23 63:8 64:8 67:7 69:3,9, 10,14,17 70:4,12,21 72:25 73:11, 24,25 75:3,7,12 77:7 86:12 91:9,

11,25 92:11 95:24 96:6,9,11,14, 20 97:12,16,18 98:15 99:11 101:4 111:12 115:5 116:15,17,20 140:21 141:3,22 146:4 148:10,11 151:18 153:24 162:20 163:7,8,9, 10,17,20,22 166:13,25 171:6,14, 16 172:21 173:7 175:4,11 176:16

**choice** 114:6

**chomosexual** 41:24

**choosing** 47:6 84:14

**chose** 91:17

**CI** 176:19

**circumstances** 85:16

**CIT** 176:19,24 177:2

**citation** 149:14

**cite** 165:8

**cited** 100:8

**citizen** 134:24 171:21

**citizens** 12:9 92:5 111:13

**city** 9:7 10:6 12:1 13:13 14:9,11, 13,23 15:3,20 16:7,17 17:10 19:4 22:1,3 23:6,17,18,19 24:5,21 25:10 28:12 29:17 47:12,13,15 51:6 68:19 69:6 84:9 86:6 91:12 92:3 93:12 94:3 118:21 119:18 174:19 177:7,12

**City's** 10:7

**City-issued** 9:6,19

**civil** 14:24,25 47:13 75:25 93:23 94:2 96:16 121:8,24 122:15,17,23 123:1 125:14 126:10,14 135:5

**CL** 36:23,24

**claim** 58:2

**classes** 83:9 131:17,18

**clear** 78:14 150:13

**clearer** 68:18

**click** 52:11

**client** 49:10

**closed** 37:3,4

**cohesion** 131:20

**coincided** 77:17

**colleague** 42:24

**colleagues** 61:17 138:23

**collect** 18:12

**college** 123:9 145:21

**color** 71:6,18

**comfortable** 149:7,12

**command** 61:21 166:15

**comment** 33:7 106:10 107:9 111:3 112:17 129:22 147:16 155:3

**comments** 16:15 31:8 77:1,16 107:23,24 114:18 129:14,18 130:6,11 131:19 136:2,3,6,8,17 137:4

**Commission** 8:17 11:16 16:10 29:21 30:16 34:10,24 81:1 84:24 91:20 97:25 98:2,6,11,21 102:13 122:17,24 123:1 154:7 178:14,18

**Commission's** 73:5 170:22

**Commissioner** 85:11

**Commissioners** 36:7 53:17 70:18 110:17 145:5 162:9 179:6, 13

**Commissioners'** 115:1

**commit** 99:6 128:24 159:1 167:16

**commitment** 133:11

**committed** 38:3 49:14 98:24 99:2 151:1

**committing** 129:4

**common** 18:8 28:6 42:14,20 44:25 100:8 177:20

**commonly** 38:7

**communicate** 20:18,19

**communicated** 138:9

**communicating** 38:14 40:8 45:7 51:16

**communication** 21:9 22:25 31:1 36:11 61:23 62:3 67:25 68:2 133:25

**communications** 21:7 25:17,25 26:12 27:22 33:11 62:5 66:19,22, 24 67:3,5,14,16,22 68:8,13,24

77:13 137:24 149:22

**community** 9:21 10:24 71:15,25 72:4,6 123:8 131:24,25 132:3,17, 19,22 133:1 135:21 136:20 137:22 143:17 146:1

**companies** 123:14

**company** 23:23

**company's** 23:25

**complained** 134:24

**complaint** 25:23 106:6 107:19 151:19 174:7,15

**completed** 70:12 166:5

**completely** 50:10

**comprehending** 175:20

**comprehensive** 111:18

**computer** 61:16 63:13 79:22 90:4,13 130:13

**computers** 61:2 79:7

**concern** 77:8,11 166:12 171:22

**concerned** 29:16,17 47:11,21 69:22 163:18

**concerns** 166:21 174:17

**conclude** 42:19

**conclusion** 10:25 13:21

**conduct** 9:1 11:3,11,22 12:1,7 13:1 16:23 47:14 48:18 49:19 69:3 70:4 78:4,13 79:25 80:2 99:13 103:22 104:8 107:5 112:12 126:12 128:12 129:9,10 133:9

**conducting** 29:18

**conference** 8:8 116:23

**confidence** 163:16 164:2,5

**confident** 11:4 77:23

**confidential** 172:10

**confines** 50:10

**confirm** 157:19

**connection** 144:3 175:15

**connections** 72:18

**connotation** 39:25

**consequences** 48:9,12

**considered** 56:9 128:11 137:5, 17

**constantly** 152:25

**constitute** 80:11

**Constitution** 175:21

**consultant** 120:19 121:9

**consulting** 111:17 123:13

**contact** 17:10

**contacted** 56:13 105:18

**contend** 77:25 96:16

**content** 88:7

**contentious** 83:25

**contents** 56:25 57:2

**context** 12:3 27:17 30:2 31:9 35:24 36:4 46:3 58:10,23 70:10 71:1,11 123:8 125:22 126:9 135:20 157:1 160:9

**continuation** 13:11

**continue** 85:2 167:24

**continued** 84:15 91:7 158:4

**continuing** 41:6 174:11

**continuously** 114:10

**contract** 16:13,16

**contractual** 16:17

**contrary** 12:4

**convenient** 30:13

**conversation** 36:16 44:17 51:19 66:7 112:3,6 131:8 166:23

**conversations** 29:25 66:10

**convinced** 12:25

**cool** 145:19

**coon** 9:16 39:14,15 64:9,25 129:16 136:4 154:9 158:20 160:22,23

**cop** 56:3

**Copeland** 8:3,16,18 11:19 12:5 14:2,4 18:23 19:24 20:3,7 21:1,16 22:13,18,22,24 23:13 25:1,5 26:7 27:4,11 29:20 30:8,12,20,21 33:10,13,18,25 34:16,21 35:1,19, 23 36:9,10 37:20 38:6 50:18

53:10,12 55:7,9,11 59:19 62:13, 15,20 64:6,7 65:3,23 66:3,8 70:1, 3,15 73:8,11,14,17 78:9,21,25 80:23 81:11,15 88:18 89:1,7 92:7, 12 93:17,24 95:5,11,14 96:23 101:13,16,22 102:1,6,9 108:19,20 110:12 115:14,21 116:6 118:10, 25 119:3,13 120:6,10,12,23 121:3,5 122:5,9,10 124:7,20,22 133:12 137:7 138:6,21 139:4,25 140:3,7 141:12,21 144:14,18,25 146:2 152:7,9 154:18 155:23 156:4,6,8 157:22,25 162:5 176:4, 5 177:14,18 178:2,12

**copies** 20:3 22:17 34:19 113:3

**copy** 16:21 19:22 22:10,20 24:15 101:15 127:23

**core** 82:18

**cornered** 106:15

**corporation** 47:25 51:5 75:13

**correct** 18:3,14 21:8 23:5,8,15 24:6,9,22 26:2 28:5,6,16 45:13 46:23 50:11,12 60:22 63:11 65:1 70:5,6,10,13 78:15 80:7 87:1,2 89:12,21 91:10 92:17 93:6,21 99:23 100:3,4 102:23 103:2,18 104:1,10 116:20 122:13 127:25 133:19 137:7,8 139:2 141:7 142:6 150:15 152:12,15 176:24

**counsel** 22:17 24:13 25:25 26:24 28:2 29:1 47:25 51:5 54:1 75:14 117:11 122:25

**counseling** 177:23

**count** 82:8

**counted** 158:21

**country** 17:25 38:3

**county** 14:19 17:11 18:17 19:1 20:11,13,22 26:3,11,18 27:3,14, 23 28:9 36:24 45:9,10 49:1 58:5 60:16 75:20 77:13 139:8,13 153:18,21

**couple** 13:1 59:23 110:18 140:14

**courses** 123:24

**court** 15:3 19:16 22:20 49:5 54:11 98:13 120:20 140:24 165:12

**cover** 142:12

**covered** 163:12

**covering** 143:2

**Cox** 36:20 62:12,25 63:5,18,23 64:17

**create** 85:14 113:16 123:18 127:12 128:14 129:9 131:15 135:13

**created** 23:1 135:7

**creates** 129:3

**credibility** 49:21 82:22 131:25

**credit** 122:21

**crime** 25:22 38:2 47:20 59:4 128:25 129:5 138:15 142:14,15

**crimes** 159:2 167:16

**criminal** 14:15,16,18,21,22 48:12,15,25 49:5,24 54:17,18 59:7 76:2 98:24 99:2,4,6 159:16

**critical** 146:17,22 171:6 176:17

**criticisms** 25:19 144:3

**Cross** 50:20 59:21 92:9 152:6

**cross-examination** 118:19 144:13

**cross-examine** 37:23 116:11 118:4,13 119:5

**crossed** 112:8

**crossways** 19:16

**culture** 112:18 127:10 132:20 147:7 161:12

**cunt** 82:9 161:16

**current** 21:3 87:24 173:2

**curriculum** 116:8 118:9

**custom** 60:18

**cut** 17:6

---

**D**

---

**D-O-N-E-I-S-H-A** 120:16

**daily** 114:3

**damage** 10:2 131:20

**dark** 168:9

**data** 8:24 61:2 78:3,12 79:12,22

108:23

**database** 20:13

**date** 19:8,18 22:8 24:18 31:1 36:13 38:11,20 40:5 41:25 42:21 43:16,18 44:11,18 45:15 57:18 89:9

**dates** 105:16

**daughter** 38:18

**day** 26:24 27:18 75:2 98:13 109:17 126:22 159:14 162:25 163:1 164:19 167:8

**days** 24:20 76:21,22 88:4,6 113:23

**deadlines** 117:1,3

**deal** 12:14 146:12 147:1 159:11 168:2,17 170:7,9,18

**dealing** 49:12 147:2 150:4 159:8, 11 167:18 170:5

**dealt** 169:11 170:2

**decide** 172:24

**decided** 28:25 34:6

**decision** 13:9 53:2 54:20 116:16 123:2 171:9 178:21 179:3

**decisionmaking** 132:5

**decisions** 126:22

**deems** 54:1

**def** 46:8

**defamatory** 9:25 79:16

**defend** 149:15

**defendant** 31:6 50:3 54:18 72:20

**defendants** 94:6

**defending** 48:18 149:7,12

**defense** 24:8 48:21,25 54:17 55:2

**definition** 37:21 58:24

**definitively** 83:12 115:10

**degree** 66:2 121:13,14

**deliberations** 178:20,24

**demand** 111:23

**demographic** 127:17

**demographics** 130:7

**demoted** 151:21 152:1

**denied** 36:23 153:10,19,21

**deny** 57:24 146:5 158:19,21 161:3 171:19 176:6

**denying** 95:17 159:25 171:12

**department** 8:1,23 10:7,22 11:9 20:21 21:21 22:2 23:2,3,19 51:8 55:16 58:2 63:23 64:18,22,25 65:10 71:10 72:2,9,15 73:22 75:19 76:15 79:5 82:17,24 83:2,6 84:11,17 85:18,21 86:6,19 91:15, 23 98:4 103:16,20,24 104:5,9 105:4 107:7 131:14 144:4 146:14 147:1,6 148:24 149:21 152:24 162:15,16,19,22 164:9,11,18 167:23 169:11 170:4 171:17 172:9,22 173:1

**department's** 133:2

**departments** 21:24 22:3 24:21

**depending** 125:9

**depends** 135:17,18,19

**depose** 119:9

**depressed** 9:22

**deputy** 18:4 29:15 47:17 50:23 51:1 56:13 67:7 75:6,10,11 92:16, 22 110:19 122:24 163:8,20

**derived** 66:21

**derogatory** 9:5 38:7,8 39:15,22 45:1 79:16 80:4,12 98:3 132:24 151:13 158:22 160:1,3,7 161:8, 11,16

**describe** 128:22 135:9

**describing** 135:4

**description** 92:24

**deserve** 150:14

**deserved** 151:4

**deserves** 10:13 148:22

**design** 145:21

**designated** 63:10

**detail** 92:24

**detention** 31:15

**determine** 127:2 135:6

**determined** 97:20

**determines** 35:18

**determining** 123:3

**devoted** 125:14

**dialogue** 36:15 46:4

**dicked** 40:18

**difference** 117:15 118:3 126:4 143:12

**differences** 125:21

**difficult** 146:15 157:8 159:8,18 167:17,20 169:4

**dinner** 39:14 160:22

**direct** 118:18 141:23

**directly** 29:5

**Director** 122:25

**dirty** 9:15 29:13 43:5 64:12,21 154:8 161:4,10

**dis** 44:9

**disability** 152:14

**disabled** 9:22 71:18

**disagree** 11:18 57:20 172:18

**disagreeing** 97:13

**disciplinary** 56:5 74:19 80:25 88:3 93:24 95:22 96:7 150:16

**discipline** 13:3 59:14 65:9 79:20 85:8 86:13 97:25 98:1 99:9,24 100:2,11 101:2 141:14

**disciplined** 13:22 87:13,18 99:14 100:5 101:1 102:19 107:14 114:15 150:14

**disclosed** 117:21

**disclosure** 117:6

**discouraging** 12:16

**discovered** 10:8 98:9

**discovery** 16:24 17:16,20,21 18:12 19:10 24:3 49:5 55:1 119:18

**discretion** 109:21 172:16

**discriminating** 148:21

**discrimination** 10:20 122:19 123:15,25 125:10,16,19,21 126:1, 7,17 127:22 128:11,13 132:20 133:17

**discriminatory** 125:24 128:22 129:14 130:15 132:1

**discuss** 43:13 90:20 117:4 178:25

**discussed** 8:7 81:10 85:13

**discussion** 69:21 105:22

**dishonesty** 54:13

**disparaging** 71:3

**dispatch** 19:1 20:15,20 21:25 26:11 27:23 153:9,18

**disrepute** 76:10 82:18 103:16

**disrespected** 107:25

**disrespectful** 11:18 79:17 105:3 106:10

**disseminated** 22:6,11

**distress** 32:20

**distribute** 20:6

**diversity** 118:11 120:18 123:7,10 168:6

**document** 18:24 19:18 21:19,20 22:5 23:14,15 24:11 26:8,14 75:16 77:17,18 80:24 81:1,3,6,7

**documents** 17:3 23:4 25:16 48:23 66:12 78:10 93:2

**Dolan** 111:17

**Doneisha** 115:22 120:14

**door** 32:11 108:2 141:21,24

**doorway** 108:5

**doubt** 72:7,8 111:6 176:13

**downhill** 173:14

**draft** 113:19

**dragging** 103:1

**Drew** 14:2,7

**drink** 39:19,23 40:1

**drive** 45:11

**driver** 37:6

**driving** 9:18 46:13,14 80:18 102:25 126:23

**Drone** 42:13

**drove** 103:9

**drunk** 44:14

**dry** 39:1 160:12

**due** 117:13

**dumb** 32:24

**dumpster** 99:22,23

**duty** 54:17 80:4,14 86:16 106:24

---

**E**

---

**e-mail** 18:25 20:16 26:3,16 84:16,20 93:12 119:15 175:5

**e-mailed** 113:4

**e-mails** 17:12 19:5 25:17 26:1,9

**EAP** 177:11,17,18

**earlier** 48:5 83:11 144:16 176:20

**early** 84:17

**eat** 38:25 160:12

**echoing** 122:6

**Eck** 100:9,24 102:19 103:3,6 104:2 109:13,25

**Eckard** 104:15

**edge** 45:9

**education** 121:11,12 122:22 124:8

**effect** 96:14 97:15

**effective** 72:9

**effectiveness** 132:6 143:16

**effects** 150:12

**effort** 23:1

**egregious** 129:8 130:14

**elderly** 102:24

**election** 29:4 84:1 85:8 86:9,10 97:17 98:7 164:11 171:7,9,13

**electronic** 25:16,25

**electronically** 113:25

**else's** 157:20

**Embarrassed** 58:15

**embarrassing** 85:20

**employee** 21:4 105:4 177:19

**employees** 123:12

**employment** 86:16 122:20

**encounter** 159:6

**encountered** 102:24

**encountering** 159:15

**end** 15:3 42:19 157:5

**ended** 31:18

**enemies** 16:1

**enforce** 85:23

**enforced** 149:3,4

**enforcement** 20:11 132:22 133:5

**enforcing** 84:6

**engage** 12:1 104:5

**engaged** 61:22 67:24 68:1 138:1

**engages** 103:22

**Enjoy** 90:10

**ensure** 123:15

**enter** 51:17

**entire** 35:25 61:3 63:21 80:7 84:17 88:9 112:19 123:10 127:18 149:15

**entrusted** 133:6

**environment** 128:15 131:15 135:8,10,14,15 136:19 137:12,23 176:14

**equipment** 61:3 86:17

**equity** 118:11 120:18 121:8 123:7

**erode** 131:23

**essentially** 21:23

**Evan** 36:18

**evening** 8:20 11:13 57:6 178:20, 24

**events** 83:20

**evidence** 8:9 9:2,7 11:1,5,10 12:24 24:2 35:17 54:24 93:14 96:8 98:2 108:9 118:16 136:10,14 137:9,21 153:22 154:1 179:4

**evidentiary** 20:15

**exact** 34:2 57:18 126:13

**exam** 116:8

**examination** 14:4 50:21 55:11 59:22 64:7 65:6 70:3 73:17 92:10 108:20 115:3 118:18 120:12 133:13 138:6 141:2,23 144:18 145:9 152:9 171:3 176:5

**examples** 99:5

**excellent** 148:23

**exchange** 36:11 116:25 119:16, 24

**exchanged** 89:2 116:4 127:24

**exchanges** 26:16

**exculpatory** 19:13

**excuse** 10:18 11:7 103:20 132:25

**excused** 140:2

**executive** 178:19

**exhibit** 18:20,21 21:13,14,17 23:10,11 26:5 30:6,9,22 78:5,15, 17,19 79:1,12 80:20,21 83:12 88:16,25 92:12 94:15,16 100:17, 21 101:12 104:18,22 117:1

**exhibits** 78:7 113:2 119:16,21

**expansive** 30:3

**expect** 61:23 62:4,8 169:20

**expectation** 61:19

**expected** 88:22 116:10 117:12 169:5 172:23 173:14

**expecting** 169:3

**experience** 27:20 61:6 131:12 137:12 168:14

**experienced** 136:18 137:22 173:7

**experiences** 127:7,8

**experiencing** 135:15

**expert** 10:19 42:13 116:5,7,11,19 117:16,18,22 118:1,4,11 136:23

**expertly** 32:9

**explain** 10:6,12,20 17:19 51:14 52:1 58:9 59:25 83:23 113:2 156:24 167:20 177:16

**explained** 19:3

**explaining** 167:15

**explanation** 81:8

**expressed** 174:16

**extend** 165:19,23

**extended** 110:25

**extent** 25:15

**extra** 22:19

---

**F**

**Facebook** 16:16 25:17,20 143:23,25 171:5,24 172:1,4

**facing** 87:4 88:2

**fact** 11:25 12:13 13:9,12 30:18 52:20 53:3 59:10 93:18 94:5 95:15,17 96:20 97:10,14 99:17 102:24 111:24 117:16 134:4 136:11,15,16 141:4 147:22 156:2 171:7

**facts** 8:9 81:16 135:19 143:11

**factually** 129:2

**fading** 120:23

**fag** 9:16 41:21 43:12 45:22 64:14, 17 81:24 82:6 161:6

**faggot** 9:16 64:14,17 81:24 82:6 129:15 136:4 151:16 154:8 161:6

**fags** 88:11

**fair** 15:22 50:9,16 56:3 71:9,20,22 81:16 125:13 152:3

**fairly** 18:8 56:3 77:23 133:3 149:16

**fairness** 133:11

**faith** 133:1

**fall** 72:19 83:8

**false** 84:8 86:1 97:11,12 98:8 128:23 129:3,7 141:5,11 142:11

**familiar** 18:3 21:17

families 127:8

family 44:15 71:16 163:2

fast 127:1

fat 31:12,22 38:24 160:11

fatty 32:1

fault 120:5

favor 179:12

FBI 75:3,5

February 44:20 84:2,18

federal 86:20 96:1

feel 33:3 71:8 111:12 130:8 131:18 147:24 149:12 150:24 151:2 154:1 159:19 164:7,22

feeling 33:1 39:13 160:21

feelings 134:5

fell 17:5

felonies 15:5

felt 12:20 27:24 36:2 47:12 68:11 81:22 85:4,5 107:25 108:3 148:24 163:11 164:6 173:12 174:20

female 49:7 83:5 105:15,19,22 107:12

females 9:21 161:17

Festival 173:18

field 10:19 18:7

fight 127:3

figure 163:13

figured 29:1

file 16:19 23:7 174:3

filed 13:13 16:6 21:3 23:18 24:24 25:9 86:20 87:4 106:6 151:19 172:21 174:1,6,15

filing 93:5

Fillenwarth 10:9 48:4 50:24 51:2,13 52:1,15 53:13 55:9,14 59:23 63:8 64:8 91:11 148:11

final 115:21

finally 10:16 26:18 99:12 103:9 135:3

find 69:13 115:8 148:19 153:1

finding 172:4

findings 118:5

Fine 56:2

finger 40:23

fingers 112:8

finish 89:17 95:12

fire 20:20

firm 23:17 93:17,22 94:2 121:23 123:13

fit 126:16

flags 45:25 74:13

flight 127:3

Floyd 154:19

focus 36:8 98:10

focused 29:3 142:4

Focusing 79:1

fogged-over 50:5

folks 130:7

follow 27:2 60:2 120:4 171:2

follow-up 170:8

followup 72:17

food 37:7

Foote 18:25

force 104:13 130:9,10 131:23 132:21 133:7 134:1

forever 71:5

forgive 17:14,19 30:23 35:19

form 95:15

formal 151:19

format 28:25 51:22 122:20 126:3

forum 66:12

forward 51:3 82:22 123:4 172:24

forwarded 51:12

Foster 14:2,7 33:15 35:3 50:22 53:14 59:24 60:4 91:10,12

foul 41:18 126:5

found 53:25 67:13,23 77:15 81:9

foundation 30:14

Fourth 158:11,14

frame 28:1 29:3

frankly 117:25

free 44:7,14

Freedom 173:18

Friday 56:16 92:23 119:22

friends 15:22 127:8 128:6 145:23 146:12

front 32:10 142:22 156:15

fruition 167:2

FTO 74:24

fuck 39:3 82:9 89:17

fucked 91:2

fucking 42:14 43:25

full 40:12 145:18

fully 169:2

fundamental 118:3

funny 107:11 128:5,7 153:6

furniture 32:10

furry 44:2

future 54:7 71:1 82:23 85:16,22 149:19

---

**G**

gas 45:8 130:22,25

gate 173:19

gave 29:9 50:22 51:2,10 69:17 92:24 100:2,24 113:23

gay 41:23 42:4 45:20 71:17 90:25

general 122:25 130:11 135:10 137:21 144:6

generally 142:25

generic 59:4

gentlemen 8:17

George 154:19

Giglio 54:11

Giglio-type 54:24

girl 40:18 46:8

**gist** 103:10

**give** 8:3,6 16:25 17:1,21,22 22:20,22 31:3,9 38:25 44:6 47:24 51:1,7 58:24 85:7 89:9 125:19 151:8 156:16 160:11 167:7

**giving** 15:18 71:15,16 148:21

**globe** 113:14

**gold** 46:25 113:12

**good** 32:15,21 44:22 48:19 49:22 56:9 73:14 76:14 113:20 138:12 148:9,25 157:3

**Goodyear** 38:18

**gotta** 38:25

**GPD** 11:3

**graduate** 123:22

**graduating** 121:18,20

**grape** 39:24 40:3

**graphic** 145:21

**great** 30:20 40:12

**Greenwood** 8:22 12:9 14:9 15:3 20:12 23:1 25:21 55:16 56:1 73:22 74:1,4 79:5 95:3 132:12 143:21,24 144:4,8 145:11,12 146:15 148:22,25 149:1 162:14, 21 164:20 168:12 169:1,8 176:16

**grievances** 84:11,12

**grieve** 169:14

**gross** 90:20

**group** 38:23 40:17 41:1 42:4 43:21 51:14,15,18,25 52:3,4,5,14 60:5,9,10,20,21 62:13 63:1,10 77:16 105:17 111:15 125:24,25 127:18

**groups** 60:18 71:2,3 72:7 111:25 132:23 134:6

**guess** 68:11 107:8 117:8 162:13 163:7,13 169:17

**guidelines** 84:22

**guns** 105:17

**guy** 31:18 60:23

**guys** 40:11 154:1 168:24

## H

**Hagist** 36:19 41:11,13,14,20,23, 24 42:6,10,13 43:5,7 44:1 45:21, 22,23,24 46:6 67:3,7,13 68:3,9,22 89:11,16,25 91:1

**Hagist's** 67:5,16 68:6

**hand** 78:5 80:20 132:1

**handed** 88:24

**handle** 14:25 23:20 59:13 86:4 168:21,24 169:24

**handled** 35:7 48:17

**handling** 15:5 94:2

**hang** 15:24

**Hanukah** 41:20

**happen** 83:23 136:11,15 172:20

**happened** 19:9 29:25 56:18,21 83:20 95:20 103:11 109:19 119:24 136:12,13,16 150:21 173:16 176:15 177:5

**happening** 123:16 171:8

**happy** 35:9 37:22 147:9 159:16

**harassing** 79:18

**harassment** 107:20 135:10

**hard** 86:4 111:6 164:15 165:7 168:25 176:14

**hardest** 76:8

**harm** 132:7

**harmful** 85:21

**head** 130:18 147:13 166:9

**headquarters** 75:4,5

**heads** 21:21

**health** 177:5,24

**hear** 9:2,11,18 10:5,9,16 12:12 32:6 35:2 81:4 115:24,25 121:19 122:4,8 132:13 162:13 179:7

**heard** 13:16 52:23 61:7 91:9 126:11 132:25 133:18 137:15 146:2,4 147:14 148:10 167:5,7

**hearing** 71:5 93:24 95:8,22 99:1 122:20 153:7 179:15

**hearings** 88:3

**hearsay** 152:22,24 153:2

**Heath** 26:10

**heavy** 146:24

**held** 124:23

**helpful** 121:2,3

**helping** 123:17

**Hennig** 36:18 37:2,10 38:15 39:10 44:18,21 45:3 68:22 157:2, 4 160:17

**hesitant** 29:12 163:24

**hesitate** 163:22

**hesitation** 142:17

**hey** 17:4 18:5 19:12 26:25

**hide** 142:13

**high** 133:8

**higher** 62:1 85:5 174:19

**highlighted** 31:2 32:8 36:13 38:11,13 41:22 81:16 89:8,12,14

**hindering** 132:6

**hire** 74:6

**hired** 111:17 113:12

**hires** 23:23

**hiring** 168:12

**historically** 173:20

**hit** 60:19 76:7

**Hodson** 51:11 92:17

**hoe** 42:7

**hold** 17:11 19:5,6 127:19 178:20

**homeowners** 158:11

**homeowners'** 42:25

**homicides** 15:7

**homo** 29:14 44:4

**homophobic** 129:17

**homosexual** 83:3

**homosexuals** 9:21 161:8

**honest** 169:2

**honestly** 82:20 84:10 85:6 143:8

154:6

**honesty** 54:15

**honor** 9:14 116:1 117:25 119:3

**hope** 90:23

**Hoppe** 23:16

**hostile** 128:16 135:7,9,13,15 136:18,25 137:12,13,14,17,22

**hot** 38:17

**hours** 15:6,7 36:14 38:12,23 40:6,17 42:22 44:20 45:16 173:19 176:16

**house** 45:25 105:20,21,24 106:15,16

**housing** 122:21 123:24 125:10

**HR** 174:6,7,8,14

**Human** 23:2

**humor** 12:20 146:11 147:3 168:9

**hundred** 138:13

**hundreds** 123:2 129:13 136:8

**hurt** 129:20 130:6

**hurtful** 129:1,17 130:14

**hurting** 164:17

---

**I**

**ID** 31:14

**idea** 52:18 75:21 118:6,7 119:5

**identification** 100:21 104:22

**identified** 171:25 172:8

**identify** 18:24 23:14 24:18 26:8 78:10 80:24 81:18 95:3 143:20,23

**ignore** 84:15

**ILEA** 74:11

**IM** 65:16

**IM'D** 63:15

**Imagine** 37:13

**immature** 9:24

**immediately** 77:5 157:8

**immigration** 121:24 122:15

**impact** 10:20 131:13 154:12

**impartially** 132:3

**implemented** 168:16,19

**important** 24:4 35:2,24 68:1 103:15 127:4

**impose** 117:3

**impression** 85:7 91:5

**improper** 65:11,22

**IMS** 19:6 55:1 56:12,23,25 57:2 58:20 68:6 77:12,20 90:23 146:2 153:9,13,16,17,23

**in-depth** 166:23

**inappropriate** 36:2 61:8,12,15, 17 68:11 79:18 107:9 144:23

**incidences** 169:12

**incident** 99:20 105:6 148:15 151:22 159:16 170:5,6 176:17 177:4

**incidents** 54:12 85:16 146:17,23 150:20,24 151:6

**inclined** 149:21

**include** 23:7 81:3,7

**included** 95:15

**including** 12:17 25:20 65:8 79:7 130:9

**inclusion** 118:11 120:19 121:9 123:7

**increased** 133:4

**incredibly** 12:15

**inculpatory** 19:14

**indecent** 9:5 80:3,12

**independent** 179:3

**Indiana** 25:22 46:12 121:15 123:5,21 125:5 162:23

**indicating** 21:22 157:6

**individual** 52:12 88:2,4 134:24

**individually** 52:7 60:7

**individuals** 47:16 55:2 131:8 132:8

**indulging** 39:13 160:21

**ineffective** 72:2

**inflammatory** 91:18

**information** 8:23 17:22,23 18:1 19:1,12 22:4 69:2 78:2,11 79:3,6 98:21 119:10 133:20 134:7,14,17, 18,21,22 135:2 137:6,11 152:23 172:9,10,12

**informed** 56:23 99:20

**informing** 57:1

**infraction** 165:15,19,22 166:6

**infractions** 49:12 50:2

**infrequently** 52:10

**inhibit** 119:3,4

**initial** 21:9 26:11 165:19,22

**initially** 26:20 29:3 59:1,8 84:14 107:20 145:18,20

**initiatives** 123:18

**injures** 103:19

**injustice** 92:4

**innocent** 47:19

**inservice** 42:5

**inside** 108:2

**insinuate** 106:11 131:2

**insinuated** 108:1

**instances** 147:19 168:10 176:15

**instant** 10:8 17:12 18:16 20:18 28:9,11 48:3 50:23 51:7 57:10,25 59:25 60:12,16 64:9,12,15 65:12 66:1,4,20,25 68:19,21 70:9 75:1 76:6,20,23 83:16 87:13,19,20 89:2 92:20 95:16,18 97:19,24 98:8 129:14 132:25 141:16 144:20 149:9

**instruct** 57:7

**instructions** 118:15

**instructor** 125:10

**insults** 9:20

**insurance** 23:23,25 24:5 25:8 177:22

**insured** 23:21

**integrity** 49:16 54:14

intend 36:1

intended 159:25

intense 171:12

intention 145:18 174:4

interact 92:2 139:10,16

interacted 15:19 148:18

interaction 149:14

interactions 15:12

intermediate 31:15

Internal 10:10

interruption 10:15 120:18 121:25

intersection 126:25

intervene 119:14

interview 57:15,23 58:13 69:11

interviewed 112:17

interviews 69:4 70:4

intimidating 128:16 136:25 137:5,14,17

intimidation 137:24

introduce 19:25 22:14 25:1 27:4 30:13 78:22 81:11 89:3 102:9

introduced 18:22 21:15 23:12 26:6 30:7 33:11 62:23 78:8 80:9, 22 88:17 94:17 100:18 104:19

introducing 29:23

investigate 64:18,22 65:1 69:17 142:3

investigated 67:20 68:3 102:15 106:7 153:20

investigating 109:22

investigation 10:11 56:8 57:8, 22 59:15 69:4 70:13 81:9 120:5 173:17 174:9

investigative 19:5

involved 15:7 21:21 59:5 66:24 67:3,14 68:8,23 69:11 77:12 107:17 109:6 115:7 134:19 137:10 146:17 148:16

involvement 97:17

involves 54:12,15

involving 68:25 125:15 152:13

irrelevant 95:7 116:17,21

isolated 77:24

Ison 8:20 10:11 13:7,14,17 25:20 52:1,16 59:12 73:11,20 92:11 96:9,20 97:13,18 98:15 115:5 116:15,17,20 140:21 141:3,22 148:11 151:18 153:24 162:20 163:7,17,22 166:25 171:6,14,16 172:21 173:8

Ison's 13:9 96:6 97:16

issue 11:19 35:16 56:5 57:3 59:6 62:4 101:2 102:14 108:24 109:20 122:4 127:12 153:20 155:12 163:6 164:6 174:5

issued 79:8 86:13,17,18 99:9 101:9 102:2 108:21 109:2,5,10 113:22,23 141:14

issues 26:22 125:15 159:10 162:18 167:1

issuing 85:7

Ivy 123:8,10,13

---

## J

Jacob 36:19 67:2,9,11,13

James 73:20

January 31:3

Jay 11:16 101:18 119:15

jeopardizes 82:21

jeopardizing 143:16

Jew 9:15 41:13 42:9,20 43:6,10, 21,25 64:11,12,21 76:25 81:24 82:4 129:15 154:8 161:3,4,10,11

Jewish 9:21 71:6

Jews 29:13,14

job 12:8 29:16 149:18,19,20 168:2,22 169:3,20

Johnson 14:19 19:1 20:11,22 26:10 27:14 58:5 77:13 153:18,21

joking 106:9

judge 49:5 122:18

judges 49:21

July 16:9 19:19 22:9 24:19 26:20, 22 27:14 53:22 75:8 92:15 93:13 99:19

jump 42:10,18

justice 133:11

juv 41:1

juvenile 41:2

---

## K

K-9 165:11,13,16,23 166:3,4

keeping 163:19

key 29:25

keyword 76:24 77:22

keywords 81:21

kid 145:19

kids 173:6

kind 14:25 16:24 30:2 46:3 51:15 55:25 59:1,4 61:23 62:3,7 67:22, 24 68:2 74:17 107:5 110:1,7,21 111:9 115:8 127:2 132:10,15 148:5 149:22 151:7 159:17

kinds 67:14

Kintzele 39:6 160:15

knew 63:5 76:8 90:17 91:3,6 93:9 103:22 104:3 114:19 129:21 144:9 162:1 169:4 174:23 175:19, 22

Knight 23:16

knowledge 56:7 65:7 130:3 134:9,13

Kurnik 23:16

---

## L

lack 157:1

lacked 162:21

Ladies 8:16

laid 30:14

language 9:5,23 29:11 32:14 43:15 75:18 80:4,12 83:16 91:18 125:23 126:5,13 128:10 132:2,11, 16,18 134:25 135:16,22 152:13 154:4,13 161:16

**laptop** 9:6 79:23

**large** 135:21 158:9

**lasted** 136:7

**late** 15:17 56:16

**laughing** 32:17

**law** 12:10 14:14,15 20:11 23:16 46:12 47:8 50:11 93:16,22 94:2 114:10 121:14,16,18,20,23,24 122:12,14,16,18 123:21,22,24 125:6,8 132:22 133:5 149:3

**lawful** 148:1

**lawsuit** 13:13 16:6,11,19,21 17:20 18:13 19:16 21:3,22 23:17 24:5,24 29:5 56:24 75:25 86:20 87:5 93:6,9,20 95:19 96:1,16 98:9,12 172:21 174:2,3,21

**lawsuits** 25:9

**lawyer** 48:25

**lawyers** 75:22

**lay** 138:11

**layman's** 16:24

**Lazy** 43:25

**LBGTQ** 71:6

**lead** 131:21 132:5 133:3 134:5,23

**leader** 143:16

**leading** 164:10

**learn** 56:12 75:1

**learned** 56:19 76:19 92:19,21 127:6

**leave** 117:3 140:7 151:3 152:14 163:4

**leaves** 102:13

**led** 81:8 122:25 148:25

**left** 30:25 50:6 86:25 103:9 167:3

**leg** 17:6

**legal** 10:7 17:18 22:2 23:2,19 27:24 75:19 125:13 126:9

**length** 62:14

**lenient** 84:6

**letter** 22:1 23:24 25:11 93:16,22 94:1,12

**letters** 54:23

**letting** 24:1 30:15

**level** 128:13

**Lexipol** 113:12,20 114:4,9

**LGBTQ** 149:11

**liability** 47:14 91:15 92:3

**license** 50:5

**lie** 142:14

**lied** 142:17

**lieutenant** 32:2,21 100:23 101:3 102:3 106:1 151:10,21 166:22,24 167:10

**lieutenants** 167:9

**life** 159:14

**light** 12:25 167:8

**limit** 66:16

**limitations** 28:4

**limited** 34:23 35:15

**lines** 46:3 157:15

**list** 81:9 117:7,11 146:16

**listen** 103:7

**listening** 147:12

**lists** 116:4 117:1

**literally** 154:5

**litigation** 24:8 29:17 123:1

**live** 130:2,13

**lived** 127:7

**living** 120:17 121:7

**Lmao** 32:17

**Lmfao** 32:7

**local** 99:22

**locker** 9:23 88:21 128:5

**logs** 67:21

**Lol** 36:23 39:21 41:5

**long** 14:18 34:8 35:17 43:3 55:19, 21 73:25 74:3 86:3 91:25 106:1 124:23 145:10 171:20

**longer** 10:13

**looked** 65:11,16 110:24

**lose** 120:22 133:1

**lost** 164:25

**lot** 27:21,24 82:12,13 111:7 125:19 133:6 146:13,19 153:7 157:1 163:3 168:12 169:5,12,17 170:15 175:17

**loved** 162:24

**loving** 41:21

**lower** 40:25 49:17

**lowest** 164:12

**LT** 32:2,18

**lying** 84:9,10 143:1

---

## M

**mad** 87:8 97:18

**Madam** 33:8 34:14 100:16 116:2 124:12

**made** 54:8,21 56:25 59:6 77:2,16 82:16 93:7 94:10,11 97:18 106:21 107:23,25 111:2 112:12,17 123:2 129:14 136:8 148:6,13 165:4 177:7

**Madison** 45:9

**maintained** 79:8

**major** 15:5

**majority** 77:15 112:11

**make** 19:8 30:4 32:3,4 33:6 34:6 59:12 68:18 69:7 70:1 72:11 102:11 107:18 115:4 126:4,22 142:11 145:25 148:1,4,9 153:11 166:2,4 171:10 175:25 176:22

**making** 50:1 62:5 94:25 116:15, 18 141:5 145:23 171:4

**male** 105:16,23 106:5

**Malibu** 46:25

**malleable** 150:6

**management** 123:14 124:24 125:1 168:6

**manipulate** 17:14

**manner** 79:9,11

**manual** 113:16,24

**manufactured** 58:2,5

**March** 36:14 38:12,22 40:6,16 42:2,22 43:4 45:16

**marginalized** 132:7

**Marian** 121:12

**marked** 18:19 21:12 23:9 88:24 94:14 100:20 104:21

**married** 106:6

**material** 69:5,18,20

**mates** 12:18

**matter** 8:19 10:18 76:3 99:16 107:13 129:3 135:23 137:10 171:22

**matters** 96:13 125:15 136:23

**Matthew** 55:14

**mayor** 25:19 56:14 75:6,10,11 92:16,22 96:15 98:21 174:16

**mayoral** 83:25 171:12

**Mckinney** 121:15 125:5

**MCQUEEN** 167:12 168:20 170:8, 13 175:3,10 179:8

**MDC** 61:11 79:19,21

**MDCS** 60:1

**meaning** 11:17 160:3

**means** 31:5 36:24 46:10,21 167:15

**meant** 37:17 67:11 107:11

**media** 84:4,12,13,19 85:1 87:22 94:10 97:12 127:9 129:25 135:24 137:11,16 142:10,18 171:5,18 172:15,18 175:6 176:7 179:1

**meet** 75:13

**meeting** 84:25 92:16 93:3 167:2 178:16,21

**Meier** 8:5 11:14 13:25 20:2,5,25 22:16,19 25:4 27:7,10 33:17 34:25 35:13,22 36:6 37:19,25 50:20 53:9,11,16 54:3 55:4,8 59:21 64:5 65:5 66:15 69:25 70:18 72:12 73:4,9,12,15 78:24 81:14 89:6 92:9 96:3 97:2,22 108:15,17 110:14,16 112:23

114:25 115:12,16,19 116:22 117:14,17,23,25 118:12 119:7,25 120:11 122:1 124:5,10,15 138:5 139:5,24 140:1,5,10,15,18 141:19,21,25 144:12,17 145:1,4 152:6 156:5 162:7,9 170:21,25 175:2 176:2 177:16,25 178:5,8, 11,13,18 179:10,12,14

**Meisenhelder** 11:14,15,16 20:1 22:15 25:3 27:6,9 30:17 33:8 34:2,14 37:16 50:21 53:7 55:6 59:22 62:24 64:3 65:6 66:18 69:23 70:16 73:7 78:23 81:13 89:5 92:10 94:18 95:9,13 96:5,25 97:4 98:14 100:15,19 101:11,14, 20 102:17 104:20 108:11,16 110:15 115:3 116:1 117:13,20,24 119:2 124:12 133:13 138:3,18,20 139:6,22 140:10,13,20 141:2,17, 20 142:9 144:10 145:2,7,9 152:4 154:16 155:21,25 156:11 157:18, 24 162:8 170:24 171:1,3 174:25 178:7,9

**member** 71:14 103:24 104:4 107:6 136:20

**members** 10:23 11:15 34:23 71:16 79:5 85:18 104:9 133:1 178:23

**members'** 55:5

**memo** 24:20

**memorialized** 155:7

**memory** 165:8

**mental** 32:20 177:5,23

**mentally** 32:15

**mention** 31:8 153:6

**mentioned** 94:5 142:1 151:6 152:10 171:17 176:14

**merit** 13:1,24 30:16 34:10 81:1 95:8 102:13 170:22 178:14,18

**merited** 105:11

**merits** 11:22 95:20

**message** 20:18 36:12,17 40:5 41:10,19 42:1 45:15 52:12 60:10, 16,20,22 63:1,10 64:9 65:22 66:4 89:8 138:9 155:15 156:14 157:6

**messages** 10:8 17:12 18:16 25:18 26:1 27:19 28:9,11 29:22 33:19 34:19 35:8 47:10 48:3 49:2

50:23 51:7,20 57:11,25 62:13,22 63:2,17 64:12,15 67:1 68:19,21 70:9,25 71:4 75:1 76:6,20,23 79:19 80:9,11 83:11,17 86:2 87:14,19,20 88:8,20 89:2,20 91:6 92:20 93:5 95:17,18 97:11,19,24 98:8 127:24 129:15,19 130:16,19 133:1 141:16 144:20 146:6,9 149:9 155:7,13 156:25 157:5

**messaging** 59:25 60:5,12 65:12, 22 66:1,20

**met** 15:10,16 16:4

**methodology** 133:25

**Mexican** 44:14

**Mexicans** 9:20

**Mexico** 44:15

**mid** 53:18

**midst** 171:7

**mind** 48:15 101:18 151:9

**minds** 127:11

**mine** 22:23 155:3

**minority** 50:3 132:23 134:6

**minute** 152:8 165:4

**minutes** 140:12,14

**misleading** 164:7

**misrepresentation** 30:5

**missed** 75:5,10

**misses** 44:15

**mistake** 94:1

**mistreated** 174:12

**misuse** 90:3,12

**mixed** 111:10

**mobile** 8:24 61:2 78:2,12 79:12, 22 108:23

**Monday** 75:14 92:25

**money** 44:7 105:20

**month** 114:4 145:14 174:10

**months** 14:12 28:13 84:7 110:10 111:21 129:13 136:7

**morale** 131:20 164:12,17

**morally** 131:19

**morning** 43:19 44:12 75:14 92:25

**motion** 179:7

**motivation** 13:6

**motorist** 102:21

**mouse** 29:7

**mouth** 167:3

**move** 19:24 22:13 25:1 27:4 78:21 81:11 89:3 101:11 123:4 179:8

**moved** 32:10 78:24 89:6 122:24 123:6,12

**movie** 89:18

**movies** 89:24

**multiple** 103:6 109:16 114:6

**municipal** 177:20

**Myers** 25:19

**N**

**named** 93:19

**names** 31:6 51:17

**narrative** 105:7,10 128:23 129:8

**nature** 15:8 17:13 29:14 65:23

**Nazi** 41:15 42:11 43:8

**necessarily** 126:6 150:8 169:11, 21

**needed** 93:13 116:8 149:4 173:1, 25

**negative** 127:12,16 129:9

**negatively** 131:13

**negotiated** 32:9

**neutralize** 112:5

**news** 134:10 172:11

**nigger** 151:16

**night** 15:17 34:5 77:24 86:9,10 97:6 111:7 141:4,13,23

**nights** 111:2,10

**nightshift** 99:18

**nobody's** 138:15

**non-lawyers** 14:20

**nondisclosure** 117:6

**normal** 12:20 17:9 151:5

**note** 44:6

**notebook** 18:7

**notes** 18:6 20:15

**notice** 16:8 112:10

**notify** 18:15 23:1 47:24

**November** 112:13,20

**number** 13:2 71:24 72:18 99:12 113:21

**O**

**oath** 124:16 140:25 175:22

**object** 33:9 62:16 66:8 95:6 96:23 116:2,13 141:13

**objection** 20:1 22:15 25:3 27:6,8 30:15,18 37:16 78:23 81:13 89:5 95:12 101:21 138:18 154:16 155:21 157:18

**obligated** 111:12

**obligation** 16:17

**obscene** 9:4 79:17 80:3,11

**obtained** 48:4 95:18

**obvious** 172:17

**occurred** 12:4 31:2 105:5 110:19 112:16

**occurring** 130:17

**October** 74:9 145:12

**odd** 28:20

**off-the-cuff** 34:6

**offend** 9:8 107:12

**offense** 13:4 98:24 99:3,4,6 105:1 150:25

**offenses** 13:5

**offensive** 53:25 144:23

**offer** 177:21 178:3

**office** 15:4,11 20:18 27:21 52:3 54:6,16 56:20 75:13,15 86:11,14

93:1 143:15

**officer** 8:21 9:12,18 10:3,12,14, 21 11:2,17,22,24 12:2,7,13,21 13:10,11,12,18,21 15:9,15 16:11 18:2 19:6 28:8 29:19 33:6 34:5 36:18,19,25 37:2,8,10,18,23 38:14,23 39:4,12,17,20 40:8,14, 17,20,22 41:4,6,8,11,13,20,23,24 42:4,23 43:5,20,24 44:13,18,21, 23 45:3,17,21 46:5,6,7,24 48:10, 11 50:9 51:25 52:4,15,20,23 54:7, 12 55:21,23,25 56:10 57:15 61:1, 6,12,21 62:1,2,10 65:8 66:10,16, 19,21 67:4,15,16,24,25 68:3,6,7, 9,22,25 70:22 71:10 74:3,6,17,25 76:13,14 77:25 79:2 83:13 84:8 85:6 86:7,10 87:12 88:19 89:11, 16,19,23 90:22 91:22 93:5 94:8, 25 95:3,4 96:8,10,17,22 97:7,9, 11,13,15,21 98:16,23,25 99:2,5, 15,17 100:6,9,24 102:19 103:3,6, 14,21,22 104:2,15 105:11,15,16, 18,19,23 106:5,7,13,14 107:4,10, 12,16,17 109:13,15,25 110:5,22 128:4 129:7 131:5 133:21 134:8, 15,25 135:22 137:25 138:7,22 139:7 140:20 141:5 142:10 143:20,21,24 144:8 145:11 146:18 149:6 152:10,11 154:21 155:16 157:2,4 159:5 160:13 169:10 170:10 172:1,2,8 175:22 176:13 178:9

**officer's** 49:16 61:3,20 98:22 153:9,13

**officers** 12:14,17 20:17,19 28:12 48:18 49:19 50:1 54:24 61:7,22 62:5 63:7 65:8,11 66:7 67:6,17 68:2,10,14,23 69:11 71:8 77:9,19 82:19,24 83:2,5,8 84:1,4 85:9 88:15 89:3 99:18,21,24 108:25 109:6,10 111:2,5,24 112:3,7,16 113:3,21 115:7 127:25 130:23 131:6,16,21 133:5 134:1,8,19 135:1 137:25 144:19 145:23 146:20 147:4 149:1 153:15,25 162:22 164:13,18 165:20 168:9, 12 169:7 170:1,3,15,19 173:4,24 174:23 175:5

**officers'** 31:6 65:16 66:23 77:12

**offices** 164:21

**official** 80:25

**officials** 84:10

**oftentimes** 18:5

**Ole** 40:18

**one-day** 100:3 101:23

**Onyx** 123:14 124:24 125:1

**open** 174:8

**opened** 47:13 141:21,23

**opening** 8:4,6,14 29:11 34:3

**opens** 48:20

**opinion** 45:5 59:15 114:15 134:2 136:23 138:11 143:12 164:17 172:25

**opinions** 118:5 167:4,5 171:16

**opportunities** 123:19

**opportunity** 8:6 118:13,20 119:8,9 142:2

**optic** 105:20

**optics** 105:17

**option** 108:13 174:20

**order** 17:11 21:9 24:7 49:6 97:8 126:22 135:13 176:16

**organization** 123:17

**organizations** 123:15

**outcome** 168:15

**overboard** 112:6

**overburden** 27:23

**overburdensome** 28:1

**overwhelming** 77:3

**overwhelmingly** 9:3

**OWI** 18:6

---

### P

**P-O-S-E-Y** 120:16

**p.m.** 179:16

**pages** 25:21 28:17,20 29:22,24 35:12 53:22 66:25 76:24 128:3 129:11

**paid** 95:25

**Painter** 36:19

**paper** 129:21 130:5,12

**papers** 53:20

**paperwork** 152:18

**paragraph** 25:14,23 82:1

**part** 13:10 17:2 26:16 57:10 61:2 68:3 90:20 116:24 124:11 139:12, 14 171:9 177:21,22

**partner** 106:2

**parts** 68:10

**party** 8:6 19:11

**passages** 33:15

**passed** 74:10

**past** 65:17 146:14 148:14 150:20, 21 163:3 173:8

**patrol** 16:15 74:15 80:18

**patrolling** 9:7

**pattern** 34:8 72:16 110:21 115:8

**patterns** 111:8 115:6

**pause** 29:9

**PD** 23:2

**PDF** 28:25 76:25

**pejorative** 77:1 81:23

**pejoratively** 81:23

**pending** 48:13

**people** 29:13 38:5 47:21,22 49:13 51:4,17 59:10 66:11 72:18 111:25 127:18 129:1,4 135:14 136:17 137:10 138:8,15 139:9,11 146:13 147:2,12,14,22,23 150:22 155:1,10,19 156:10,23 157:10,17 159:1,7,9,11,12,20 162:24,25 163:23 164:21 167:18 168:18 175:18

**people's** 148:7 158:13 165:5

**perceive** 50:2 126:20

**perceived** 47:7 132:19 143:1

**percent** 32:18 37:22 38:2,3,4 39:11 41:7 45:4 47:3 52:13 59:2,3 64:25 128:24,25 138:13 157:4,5 158:20,24 159:1,25 160:18,19,24 167:15,16

**Percenter** 9:16 37:9,14 38:1 44:24 47:2 58:25 59:9 76:25 81:24 82:2 128:21 136:3 154:9

**Percenters** 130:21,25 138:13 156:23

**perception** 155:4,6,8,9,16,17,20 156:1,3,9,12,13,21 157:15,20,21 158:1

**perceptions** 131:21

**perform** 17:15 57:7

**performs** 12:8

**period** 34:20 53:25 59:7 77:21 88:9 141:16 155:19

**permission** 144:15

**perpetuating** 132:19

**person** 15:17 16:5 47:20 51:16 61:11,24 71:6 128:15 136:24 144:6 147:17 151:13 159:3,13 160:23 166:7

**person's** 60:7

**personal** 172:25

**personally** 15:10 16:4 71:2

**personnel** 23:7

**pervasive** 11:11 34:4,11 82:16 126:12 128:14 129:12 135:4,6,12 136:6,22 137:2,4

**phase** 158:22

**phone** 15:17 17:15 20:24,25 56:13 60:6 122:3

**phones** 75:4

**photos** 144:2

**phrase** 38:7,8,11,13 44:25 64:11 158:19 161:3

**phrases** 29:9 125:18 161:8

**pick** 105:20

**picture** 154:13

**pictures** 20:15

**piece** 32:12,13 130:4

**pistol** 32:6

**pivot** 48:8

**place** 169:25 170:7

**plate** 46:20,22 47:7 50:5 138:24

**plates** 50:2 53:3

play  171:9

player  31:16

playing  86:22

point  16:23 24:4 27:12 28:10 29:16 30:16 33:9,14 36:17 46:17 57:22,23 117:14 136:10 139:18 148:17 149:19 155:6 172:6 174:18

pointing  75:17 90:21

points  36:8

police  8:1,18,22 9:19 10:3,13,22 12:13,17 18:2 22:2 28:12 51:8 55:16,18,19,21 61:1,3,6,7,12,20, 22 62:1,2,9 63:23 66:7 71:9 72:2, 9 73:22,24,25 74:3 79:5 86:12,18 91:22 95:4 101:4 103:16,19,24 104:4,9,13 105:3 107:6 130:9,10 131:13 132:20 133:2,7 134:1 143:21,24 144:4,8 145:10,20,23 146:14,22 147:1,6 148:23 149:1, 6,20 154:21 159:5,13 162:15,21 167:23 168:9 172:1,2,7 175:21 176:13

police's  133:10

policeman  145:17

policies  8:23 9:4 77:25 82:17 113:1,4,9,10,15 114:24 123:18 172:13,15 175:14 176:10

policy  8:23,24,25 10:12 11:3 78:2,3,4,11,12,13,14 79:4,10,12 84:5,7,13,19,20 85:23,25 90:17 98:4,17,24 99:8,10,11,12,15,19 100:6,8,12 103:20 105:2 108:21 109:2 113:13,16,17 114:5,7,11, 16,20 143:13 161:19,21 171:17, 20 175:6,9,24 176:7

political  86:8 97:16 121:14

pool  17:5

poorly  174:13

Popeye's  160:11,14

Popeyes  38:24 39:5

population  38:4 59:3 128:24

Posey  115:22,25 120:14,16 124:14 133:14 139:7

position  117:8 123:6 129:6 163:19,23 173:4,12,20

possibly  32:25

post  142:22 144:22 154:19

posted  84:8

posting  16:15 175:3,17

postings  25:17

posts  85:1 87:23 94:10,21,24 95:2,23 97:12 142:10 143:21 144:8 171:5,10,24 175:12,13

potentially  47:13 129:9 132:7,16

pounds  31:24

power  133:6

powers  86:17

practical  114:8

practice  14:14 28:6 121:22 122:15

precedent  85:24

precedents  85:14

prejudice  120:1

preliminary  101:17,19 118:14

present  8:14 9:8 10:5 54:1 80:6 118:16,20

presented  75:16 93:2 116:6

presenting  118:10

preservation  21:23

preserve  17:3 18:5 22:3 23:3 24:2 25:13,24 93:14

preserved  19:9 21:7

presided  122:19

President  33:9 34:15 84:25 100:16 123:9 124:13

pretend  154:24

pretrial  8:8

pretty  23:5 25:11 28:6 171:12 172:17 177:20

previously  124:17

primarily  163:7

primary  97:6 141:3 164:10 171:7,8 175:4

prior  14:13 46:9,11 50:22 56:6,8 85:8 98:8 124:16

priors  52:25

privacy  105:14

private  66:6,9,14 88:20 121:22 122:14 171:21

privileges  46:14 86:14

proactive  50:1

probable  20:14 123:4

problem  34:4 69:13 71:12 74:19 84:23 148:12 163:8

problems  159:12

proceed  14:1

proceedings  27:24

proceeds  19:17

process  17:24 18:2 21:10 169:17

product  69:5

productive  74:18,24 111:4

profane  9:5 80:3,12

profanity  102:20 103:4 110:1,8 131:13

professional  79:9,11 133:24 170:16

professionally  9:13 15:10 121:21 132:4

professionals  177:6

professor  123:21

profile  143:23 154:25 156:19

profiled  134:15,20 147:22

profiling  10:1 12:6 45:6 83:13 111:24 115:9 130:17 138:10,17 139:1,17 147:14,16 148:20 155:8

program  177:19,22

progressively  112:14,21

prohibit  118:25

prohibited  79:19

prohibits  143:13

proof  49:17 108:7 147:18

proper  59:16

property  43:1 158:12,15

proportional  13:4

**proprietary** 20:10

**prosecutor** 14:16,18,21 15:1,13 18:4 29:15 47:17 48:6,9

**prosecutor's** 15:4,11 20:17 27:20 52:2 54:6,16

**protect** 9:12 111:13 131:7 133:2 165:5

**protected** 83:9 131:17 171:23 175:23

**protecting** 148:7

**proud** 12:22 40:11 58:21 146:11 150:1 161:1

**prove** 9:3 111:12 152:19

**proves** 148:20

**provide** 24:7 30:2 55:1 121:10

**provided** 67:21 68:20 69:6 127:23 142:18 176:24 177:11

**providing** 86:2

**public** 29:12 35:8 48:23,25 49:3 66:12 71:4 76:9 88:12 91:18 92:2 96:12,13 111:23 113:13,18 122:21 129:24 134:9,13 135:23, 25 136:1 142:16,21 144:7,20 148:19,22 149:1 151:12,14,23,24 153:4,8,12 162:1 164:7,8 168:3 171:22 172:12 173:3

**public's** 133:10

**publicity** 132:11

**publicly** 35:7

**publish** 19:25 22:14 25:2 27:5 81:12 89:4

**published** 83:11

**publishing** 97:11 116:9

**pull** 32:12 67:18 77:11 153:3 165:7

**pulled** 35:12 49:8 152:18 153:24, 25

**pulling** 50:4

**pulls** 111:1

**punish** 86:7

**punished** 13:5

**punishing** 85:9

**punishment** 86:12

**purchase** 105:18

**purple** 39:19,23

**purposes** 95:7 104:22

**put** 17:11 19:5 34:9 60:7 71:23 92:1 150:22 151:2 152:2

**putting** 71:21

---

**Q**

**qualify** 45:5

**quantity** 82:15 88:7,14

**queer** 9:16 45:23 64:14,17 82:6 161:6

**question** 11:6,20 33:14 50:13 51:10 52:15 54:5 60:2 61:25 63:9, 22 67:12 68:12 69:2,14,15,16 72:24 76:17 85:19 96:11 101:17, 19 112:2,25 132:10,15 142:8 144:16 155:17,24 156:7,18 159:22 161:13 162:12 164:10,23 166:16 167:13 171:2 176:3

**questioned** 58:18 68:10

**questioning** 95:6

**questions** 11:1 35:10,14 50:19 53:8,15,17 54:3 55:4,5,6 59:20,24 61:14 64:4 69:24 70:19 72:13 73:5,6 77:6 91:9 92:8 105:10 108:12 110:13,17 112:23 114:7,8 115:1,2 138:4 139:23 140:4,6 144:11 145:6 152:5 170:22,23 175:1 178:6,7,13

**quickly** 35:21 145:21 146:25

**quoted** 154:5

**quotes** 37:4

**quoting** 111:21

---

**R**

**R-N** 90:6

**race** 10:19 111:9 123:24 125:8, 15,21

**races** 159:6

**racial** 10:1 12:6 45:5 83:13 110:1, 8 128:11 130:17 138:10,17 139:1,

17

**racially** 134:15,19 147:14,16,21 148:20 154:25 155:8 156:19

**racism** 125:18,22 126:17 131:22

**racist** 9:25 10:21 91:17 126:4 127:20 129:2,10,17 149:10 154:21

**rack** 32:6

**radio** 61:11,16

**rainbow** 45:25

**raised** 166:18,21 174:5

**random** 111:1

**randomly** 77:19

**Randy** 100:24

**ranking** 62:1

**re-cross** 65:5 139:5

**reaction** 57:13 76:5

**read** 33:13,19 34:13,16,17,22,24 35:3,8 36:21 47:9 57:10 62:14 70:9 76:5 84:21 101:8 113:5 114:1 128:2,7 149:8 156:17

**reading** 34:1 130:16 146:2,10 162:3 175:20

**reads** 90:23 165:17 171:20

**ready** 8:1 13:25 162:25

**real** 47:2 70:2

**realize** 154:12

**realized** 145:22 146:25

**realizes** 12:22 90:25

**reason** 33:12,25 34:2,21 35:25 45:12 50:4 57:20 87:3 116:13 138:14,25 143:7 152:20 155:9 156:22 174:14

**reasonable** 128:15 136:24 165:14

**reasons** 103:13 171:15

**rebuttal** 118:17 178:11

**recall** 28:17 56:15 57:5,17 58:25 65:19,21 74:8,21 99:7,10 100:7 105:11 108:14 116:22 130:16,22 143:4 150:23 156:14 168:5