**receive** 51:19 59:14 60:21 68:21 94:1 113:3 114:2,3 134:18 177:23

**received** 16:8,21 21:3 23:15 24:13,16 25:12 26:9 28:17,23 51:23 63:3,11,12 93:12,16,22 94:12 135:2 175:7,10

**recent** 151:9

**recently** 21:2 163:20

**recess** 115:17,18 140:16,17

**recipient** 62:12 63:10

**recliner** 103:1

**recognize** 94:19,20 100:22 104:23

**recollection** 100:25

**recommend** 13:9 116:16

**recommendation** 59:12 83:15,19 91:21

**recommended** 8:21 65:9

**recommending** 13:7 70:22 82:13 87:9 96:6,7

**record** 14:6 33:13 34:1,9,12,22 55:13 71:13 73:19 78:14 115:20 120:13 124:6 140:19 176:22

**records** 17:7 49:1,4 91:18 100:13 129:24 135:25 136:21 153:3,5,7,8

**red** 74:13

**redirect** 53:9 64:5 69:25 108:18 138:5 139:24 162:7,8

**redundant** 81:2,5

**refer** 59:10 60:11

**reference** 26:11 31:3 38:2 39:24 65:15

**referenced** 25:22 29:5,11

**referred** 81:20 93:18

**referring** 29:13 88:12 142:24 159:4

**reflected** 104:8

**refresh** 100:25

**refused** 117:8

**regular** 117:15 178:21

**regularly** 12:14 159:11

**regulates** 165:12

**related** 165:18,22

**relating** 25:18

**relations** 133:4

**relationship** 132:21

**relative** 71:17

**Relaxed** 58:14

**release** 12:18

**relevance** 96:4,5

**relieve** 150:5,6

**religion** 161:12

**remain** 86:25 91:22

**remarks** 10:21 34:6

**remember** 58:22 65:25 100:14 113:22 130:18

**reminded** 27:1 85:12 140:24

**reminding** 84:18 175:6

**remorseful** 58:15

**remove** 163:23

**removed** 163:21

**repeat** 120:21 132:13 142:8

**repeated** 34:7

**repeatedly** 9:4,14 110:10

**rephrase** 60:4 63:22

**report** 38:18 142:14

**reported** 138:15

**reporter** 22:20 120:20 140:24

**represent** 8:18 11:17 23:24 29:20 49:7 158:25

**representing** 93:23 123:5

**represents** 23:17 30:25

**reprimand** 100:23 101:25 102:2,12,18 104:11 109:19

**reprisal** 13:11

**reputation** 103:19

**request** 18:16 21:6,24 26:19 27:18 28:18 49:1,4 67:22 98:6 135:25 153:5,22

**requested** 28:8,10 56:24 74:23 75:20 77:12,20 84:21 153:4,17,23

**requesting** 19:2

**requests** 69:7 153:8

**required** 74:10 118:2

**resigned** 88:1 98:23,25

**resolution** 54:22 151:20

**resolve** 54:25

**resort** 168:9

**resounding** 11:4

**resources** 23:2 79:6

**respect** 63:8 95:10 117:14 141:18,20 164:16,19

**respected** 105:15 145:20,24

**respectfully** 34:15

**respond** 26:3,18 39:4,8 148:14 157:3

**responded** 27:3 36:25 37:8,12 106:3

**responds** 39:17 41:8,9,14 42:8,10,14 43:7,22 89:23 157:4

**response** 8:12 28:18 33:17 34:25 37:19 86:1 160:19 163:15

**responsible** 59:3

**rest** 67:4

**restaurant** 151:12 152:17

**restraint** 40:13

**restricted** 79:15

**restriction** 117:5

**rests** 178:10

**result** 65:10 79:20 87:13 93:5 95:19 136:18

**results** 111:22

**retained** 24:7

**retaliated** 94:9

**retaliating** 96:21 97:1

**retaliation** 97:3 174:18

**retaliatory** 173:25

**retard** 9:17 38:24 129:16 160:11

Index: retards..single

**retards** 40:12

**retrieved** 93:4

**returned** 75:9 93:8

**revealed** 172:9

**review** 66:17

**revoking** 86:13

**rid** 19:12 97:20

**ride** 44:15

**rights** 13:15 16:14 96:18 121:8, 24 122:16,17,23 123:1 125:14 126:10,14 135:5 148:7 158:14 165:6

**ringing** 20:24

**rise** 88:13 126:6

**road** 36:24 49:25 85:5 139:8,13

**Robert** 121:15 125:5

**role** 10:10 92:1 124:23

**rolled** 38:17

**rookies** 173:20

**room** 9:23 14:20 31:11 62:21 88:21 128:5

**roughly** 74:15

**rounds** 119:18

**rug** 142:13 150:25 151:7 152:25

**ruin** 164:22

**rules** 12:23

**run** 46:21 47:6 53:2 138:23

---

**S**

**safety** 96:13 113:13,18

**sake** 29:23

**Sam** 8:21 15:9 23:4,18 32:16 33:2 36:19 94:22 145:7

**Sam's** 93:1

**sambo** 31:23

**Samuel** 92:17

**sarcasm** 158:18

**sat** 174:16

**sauce** 38:25 160:12

**savvy** 143:25

**scary** 129:8

**school** 121:16,18,21 122:12,14 123:10,22 125:6

**schools** 127:9

**science** 121:14

**scope** 95:21 144:15

**screamed** 109:15

**scrolling** 29:6,8

**search** 15:6,18 43:1 158:12,14

**searched** 81:21

**searches** 76:24 77:22

**seatbelt** 15:2 49:14

**secret** 172:9

**seek** 170:9

**Segregation** 123:25 125:11

**selected** 77:19

**send** 48:25 52:12 60:10

**Sending** 79:16

**seniority** 173:21

**sense** 42:15,20 72:11 129:3

**separate** 51:24 96:1 160:24

**September** 116:24

**sergeant** 62:9 63:5,19,20,23 64:1,17 166:22 167:10

**series** 26:9 34:20

**serve** 9:12 92:5 111:13 131:7 132:3 133:3

**served** 123:9

**service** 148:23

**serving** 123:11

**session** 178:19

**sessions** 178:4

**set** 52:6,13 60:8,20 117:1

**setting** 29:12 85:24

**severe** 11:11 34:4,10 126:12 128:14,19 135:3,6,11,12 136:2,4

**severely** 50:7

**severity** 82:15 88:14

**sexist** 129:17 149:10

**sexual** 106:21 107:18,20,23,24

**sexually** 79:17

**shake** 71:9

**share** 171:15

**shared** 172:11

**Shelly** 26:10

**SHERMAN** 54:4 55:3

**shift** 12:18 33:4 77:9,20,24 112:18 148:6

**shiftmates** 9:15 34:7 88:10 147:24 165:10

**shit** 90:1

**shocked** 57:14 76:7

**short** 146:23

**show** 13:8 18:19 21:12 23:9 31:23 94:14 100:20 104:21 133:21

**showed** 40:12 144:3

**showing** 34:3

**shows** 31:4 129:12 149:9,10,11

**sic** 40:16 67:5 71:7 91:10 104:15 145:13

**side** 16:25 17:22 19:11 44:6 118:16

**side's** 19:15

**sidetracked** 26:21

**sign** 102:12 113:5

**signed** 60:17

**significantly** 153:16

**Silence** 20:25

**similar** 13:4 60:5 66:6 126:18

**similarly** 13:5

**simple** 70:2

**simply** 12:18 33:10 91:17

**single** 148:15 149:13 164:19 173:5

**sir** 30:10 61:25 67:12,18 96:4 97:22 118:15 119:7 120:2

**sit** 44:22 138:7,13,17 139:7 155:1 157:3

**sitting** 38:17 47:5 138:16,24 147:11,13 155:11 164:21

**situation** 116:19 129:24 165:7

**situations** 12:16 114:5

**sixth** 88:4

**skill** 9:14

**skip** 32:23 41:16

**skirted** 147:25

**sky** 10:17

**slammed** 72:19

**slipped** 17:5

**slow** 126:25

**slung** 9:19

**slut** 9:17 82:9 161:16

**small** 121:17,23

**sniff** 165:16

**sniffs** 165:11

**sobriety** 18:7

**social** 84:4,12,13,19 85:1 87:22 94:10 97:12 142:10 171:5,18 172:15,17 175:6 176:7 179:1

**socializing** 61:18

**socially** 15:24

**soda** 39:24 40:3

**software** 20:10 79:7

**sole** 172:16

**solely** 83:16

**someone's** 108:4

**sort** 65:9 147:3

**sought** 109:23

**sound** 59:6

**Sounds** 31:25

**speak** 33:12 57:3 102:16 166:15, 20,25 167:8 177:6

**speaking** 69:9 129:7 171:22

**special** 18:9

**specialization** 121:17

**specialize** 113:18

**specific** 28:3 33:15 35:10 36:7 45:8 51:25 65:19 81:10 111:3 142:10 161:12

**specifically** 25:7 69:9 79:4,15 89:20 93:19 94:6 96:14 126:8 128:12 141:10,22 142:12 151:15 165:11

**specifics** 152:21

**speculate** 142:23

**speculation** 37:17 155:22

**speech** 171:23,24 175:23

**speeding** 49:14 126:24

**Speedway** 38:19 44:22 45:8 138:7,12,14,16 139:8,13 155:1, 10,14,18 156:10,22 157:2,9,16

**spell** 120:9,15

**spent** 151:3

**Spillman** 19:3 20:9,10 21:25 26:13 27:14 51:21 52:9 60:12

**split** 105:24

**spoke** 51:4 174:18

**spot** 44:22 138:13 157:3

**spring** 83:20,23 84:24 95:20 112:22

**stand** 59:17 173:8,13 174:22

**standard** 23:5 25:11 49:17 61:2 99:13 113:12 178:1

**standards** 8:25 78:3,13 79:25 133:8

**standing** 108:2

**stands** 39:2 79:21 173:10 177:18

**start** 16:22 21:10 41:12 43:2 81:18 124:5 140:11

**started** 15:2 17:15 18:12 29:2,6 40:14 75:17 77:5 84:2,18 112:20 121:22 145:22 147:4 157:9 167:17 168:4 174:11,12,13

**starting** 36:16 38:20 42:1 146:18

**starts** 41:9,10,18 89:11

**stat** 142:17 148:8

**state** 8:14 14:5 55:12 59:9 73:18 107:24 120:13 123:5 158:10

**stated** 105:21 106:7 107:19

**statement** 165:4

**statements** 8:14 82:16 112:4,12 126:2,5

**states** 114:7

**station** 45:8 130:22,25

**statistically** 111:5

**stats** 142:15

**status** 87:24

**statute** 28:3

**stay** 74:23 84:21

**step** 108:4

**steps** 170:13

**stereotype** 40:2 127:17

**stipulate** 8:10 11:24 30:18 34:18 124:13

**stipulated** 8:9

**stipulation** 124:16

**stole** 38:18

**stop** 29:8 40:11 46:2 49:23 90:11 103:8 105:19 111:7 124:1 139:10, 15 149:5 163:1 165:20,23

**stopped** 53:18 72:21 105:21 167:19,21

**stops** 50:1 110:22 111:1,19 166:2

**storage** 19:7

**stores** 20:14

**straight** 153:18 173:19

**strained** 133:4

**strategic** 123:17

**street** 102:25 109:16

**streets** 9:7 164:20

**stress** 146:13 150:4 168:2,6,22 169:24 170:5,10

**stressful** 12:15 165:6

**strictly** 171:19 172:2

**strike** 101:7 143:18

**structured** 114:13

**stuck** 173:18

**students** 123:11

**study** 111:18

**stuff** 71:21 152:25 153:1,12,15 159:18 164:13 172:15 173:14 174:8

**stupid** 32:1

**subject** 10:18

**submitted** 56:23 98:20 153:8,23

**subsection** 80:2 105:2

**substantiation** 86:24

**sued** 17:4 21:22 23:6 47:15

**suggest** 10:1 34:15 108:7 111:8 114:18 130:17 134:22 136:14

**suggested** 12:5 52:24

**suggesting** 42:23 150:13

**suggestions** 106:22

**suggestive** 79:17

**suggests** 96:9 115:9 138:22

**suicidal** 31:17,18

**summary** 121:10

**summoned** 92:16

**supervisor** 51:3 62:2,6 74:22 109:22 166:15

**supervisors** 174:5,12

**supervisory** 62:9

**support** 96:15 169:25

**supporting** 85:9 86:7 171:13

**suppose** 61:9

**supposed** 69:20

**suppress** 49:23

**Supreme** 54:11 165:12

**surprise** 17:25 173:15

**susp** 46:9

**suspected** 52:25

**suspended** 46:11,14 99:17

**suspension** 88:5 90:10 100:3 101:23 109:18

**suspicion** 165:14

**SWAT** 31:13,14,18

**swear** 124:2

**sweep** 142:12

**swept** 150:24 151:7 152:25

**swore** 175:22

**sworn** 9:12 12:11 14:3 55:10 73:16 86:17 124:2,4,11,19 140:23 145:12

**system** 20:16,19,21 51:21 60:12 79:19 123:11 169:25

**systemic** 77:9 111:14 131:22

**systems** 79:7 130:9

**T**

**Taft** 93:25

**take-home** 16:14,18 86:15

**taking** 16:14 36:5 105:25 124:16

**talk** 9:24 12:3 48:8 50:24 88:21 92:25 97:9 104:15 108:5 128:5 134:10,11 137:18 148:11 157:21 170:10,18

**talked** 75:12 109:13 116:14 134:4 141:4 170:14

**talking** 52:17 60:11 67:7 88:11 96:19 106:13 169:6

**tamp** 112:4

**tamper** 33:21

**target** 132:24

**targeting** 47:22 49:9

**tased** 32:19,22

**taste** 167:3

**taught** 127:6 150:5,7

**teach** 125:2,7,8,12

**teaching** 123:23

**team** 31:16 113:17

**Tech** 123:8,10,13

**technology** 8:24 78:2,11 79:3,6

**teenager** 41:5

**temporarily** 124:1

**ten** 14:12 28:13

**tension** 12:19 133:4

**tenure** 99:11

**term** 17:18 39:15 128:20,22 135:6 151:13,15 152:1 158:25 160:1,24

**terminal** 78:3

**terminate** 91:21

**terminated** 13:22 65:22 98:16

**termination** 8:21 11:8,23 13:2,7, 10,23 59:16 70:22 82:14 83:15 87:4,10 96:8 98:6,12 109:24 116:16 150:17,23 151:2 152:2

**terms** 29:7 53:24 66:4,5 98:3 126:3 128:18 129:15 130:20 132:24 154:21,22 159:20

**testified** 48:5 124:18 128:4 176:20

**testifies** 87:3 88:19

**testify** 11:25 37:21 82:22 120:8 146:4

**testifying** 33:10

**testimony** 97:23 116:3,17,19 117:12 124:11,19 156:2

**testing** 74:10

**text** 25:18 26:1 29:21,22 51:15 60:8 70:25 71:4 127:24

**texted** 63:14

**texting** 60:6

**texts** 97:6

**TF** 44:2

**theories** 118:5

**Thereabouts** 24:25

**thing** 12:2,21 17:9 18:7 32:15,21 47:18 49:15 76:7 109:8 112:10 113:20 114:9 126:21 166:11 169:1 173:16

**things** 9:15 13:1,2 15:8 17:12 23:20 26:23 29:14 30:23 57:24

61:8,15,17 87:8 134:12 142:12,13 143:2 144:22 150:2,7 163:12 165:21 167:22 173:23 175:4

**thinking** 48:14 77:6 107:10 126:20 128:25 147:12,13

**thought** 47:20 76:14 86:3 87:22 116:18 127:20 129:5 145:19,24 165:1 167:21 173:2,13

**throw** 76:12

**ticket** 49:14

**ticketed** 72:21

**tickets** 15:2 110:22

**time** 8:15 11:13 12:20 15:3 18:1 23:6 25:12 28:1 29:3 30:13 31:1,4 34:8,20,23 35:16 50:22 53:25 61:4 63:17,21 65:20,25 76:13 77:11,21 80:7 84:1 85:4 88:9 101:8 106:25 108:13 116:8,15 117:2 136:9 146:21,23 147:24 148:24 149:3 150:3,9,21 151:3 152:15 153:19 154:6 159:9 165:11,19,21,23 166:5 167:6,18 169:13,17 170:20 171:25 173:22

**times** 9:25 27:24 64:12,14,18,22 82:1,5,7,8 103:7 109:16 158:20 159:23 161:4,6 176:12

**Title** 126:9,13 135:4

**today** 27:15 59:17 87:3 125:18

**told** 57:5 70:4 85:3 106:14 117:2 144:19,22 151:11 167:1 174:17

**tolerated** 11:12

**tomorrow** 178:19,24

**tonight** 9:8 10:5 11:21 33:1 34:22 35:16 36:2 88:3 98:1 142:1

**tonight's** 10:25

**top** 40:23,24 42:1 130:18 166:8

**total** 53:21

**touched** 132:9

**tough** 146:10 150:18 163:4

**town** 130:1,2

**toxic** 131:15

**track** 44:7

**Tracker** 25:22

**Trafalgar** 20:13

**traffic** 46:12 65:16 66:21 111:1, 19 165:15

**train** 164:25

**training** 74:11 114:3 168:1,4,6,7, 11 176:17,19,21,24 177:3

**trajectory** 173:2

**translated** 12:8 13:19

**transmitted** 146:3

**transparency** 162:21 163:12

**transparent** 76:9 96:12 97:15 142:15,21 166:14

**trap** 108:8

**trapped** 108:4

**treated** 49:12 149:2,16 151:24

**treating** 174:13

**treatment** 105:3

**treats** 12:9

**trial** 17:25

**Trietsch** 70:20 84:25 112:25 113:8 114:14,21 162:11 163:6 164:1,25 166:10,19 167:11 178:17 179:5

**Trietsch's** 171:2

**trouble** 27:16

**true** 19:22 22:10 24:15 63:18 101:7 104:7 106:13,24 135:5

**trust** 49:19 71:15,19,25 72:1,4,6 131:24,25 133:10

**truth** 87:5

**Tuesday** 119:14,20

**turn** 25:6 80:1 90:19

**turned** 122:7

**type** 10:2 14:14 23:20 54:13 58:19 112:11 114:5,8 126:2 131:12 132:11,18

**types** 168:17

**typical** 28:3 44:6

**U**

**unable** 153:12

**unbecoming** 103:23 104:4 107:6

**unbiased** 71:20,23

**unbiasedly** 149:17

**unconscious** 127:19

**undergraduate** 121:13

**undermine** 133:10

**undermines** 132:2,21

**undermining** 86:11 143:15

**underserved** 130:8

**understand** 67:19 97:8 114:1 115:4

**understanding** 60:15,17 69:5 125:20 151:11,20 152:16

**understands** 34:10

**undervalued** 130:8

**undoes** 10:2

**unfavorably** 104:8

**uniform** 80:5,16 86:18 102:22 107:2 144:4 151:14 152:16

**unique** 18:9

**University** 121:13,15 123:21 125:5

**Unlike** 23:18

**unlimited** 178:3

**unpaid** 151:3

**unprofessional** 102:20

**unravel** 142:19

**unwanted** 125:25

**update** 113:16

**updated** 114:11

**Upheld** 102:15

**uphold** 133:8

**upholds** 12:10

**uploaded** 20:16

**upset** 96:9

**upstanding** 163:10

**urinating** 99:21

**user** 51:17

**utilizing** 133:24

### V

**valid** 50:10

**values** 82:18

**vast** 168:17

**vehicle** 9:19 16:15,18 75:9 86:15

**vehicles** 111:7

**versed** 60:14

**veteran** 44:6 146:20 169:6 170:19

**veterans** 9:23 44:9

**Vice** 123:9

**VII** 126:9,13 135:4

**violate** 11:3 42:25 82:17 158:11, 13

**violated** 9:3 10:12 16:12 78:1 79:2,14 84:13 90:15 95:24 98:25 161:19 171:17 172:13 176:6,9

**violates** 72:5 98:4

**violating** 8:22 13:14 84:4 90:17 98:17 99:15 100:6,11 114:19 172:14 175:12,24 176:11

**violation** 12:23 16:13 46:11 47:7 49:15 96:17 99:19 103:21 105:2 109:3,24 143:14 175:9,14

**violations** 11:7,8 108:22

**virtually** 115:23

**visit** 130:1

**vitae** 116:9 118:9

**vulgar** 144:23

### W

**wait** 45:10 86:8,9

**waiting** 37:7 54:21

**wanted** 30:1,4 41:7 69:12 76:11 77:21 86:4,8 116:25 117:9 166:3 171:15 174:22

**wanting** 74:23 162:13

**warning** 105:1,12

**warrant** 11:8

**warrants** 15:6,18

**watch** 89:18 148:17

**weaken** 48:21

**weakens** 50:8

**weapon** 32:13

**wearing** 107:2

**week** 24:24 119:14

**Wehnert** 90:6 104:17 105:11,16, 18 106:1,7,14,24 107:4,10,16,17 110:5,6

**weighs** 146:24

**Wendy** 164:24

**whatsoever** 97:23

**Whiteland** 20:12

**whoa** 112:5

**whore** 129:16 161:16

**wilfully** 161:25

**wished** 147:10

**withdraw** 96:25 97:4

**withholding** 154:1

**witness's** 116:3

**witnesses** 10:4 36:4 115:13 117:10,11,18 118:17,23 119:1,12, 16,19,21 120:3

**woman** 47:4 52:17,21,24 102:25 103:3 109:16 138:24

**word** 49:16 97:1,5 103:6 109:15 169:14,18

**words** 9:9 29:9 77:2,22 135:3 143:5 162:1

**work** 14:8 52:8 55:15 73:21 86:16 123:14 130:2 131:15 162:14 167:24

**work-related** 26:21

**worked** 26:12 113:14 147:8

**workers** 111:6

**working** 93:25 147:5 152:17 162:24 163:1 165:21

**works** 59:25 93:17 121:1

**world** 126:20 127:10 154:19 177:21

**worse** 112:14,21 150:25 152:1 153:16

**worst** 47:18 159:14

**worth** 27:19

**write** 90:3,12

**writers** 113:18

**writing** 113:13

**written** 74:22 101:25 102:1 104:11 105:1 109:18

**wrong** 58:7 91:7 129:2 130:20 131:9,19 150:1,8,10 152:19 154:4,5,10 174:24 175:25 176:1

**wrote** 9:14 97:7 156:21 172:14

### Y

**year** 16:9 65:19 74:21 83:21,24 111:20 112:13 113:14 123:3,11 124:25 141:4 176:17

**years** 14:19 27:16,25 47:18 52:10 55:20 61:1 74:2,5,15 110:25 111:19 112:20 122:16 145:13 146:15 163:3 168:25

**years'** 27:18

**yelling** 103:5,8 174:13

**young** 146:18 150:6

### Z

**Zane's** 32:12

**zoom** 10:15,17 120:18 121:24