James Ison
3/14/2024

Exhibit C

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SAM BOWEN,                        .
                                 .
    Plaintiff,                   .
                                 .
        v.                       . Case No. 1:23-cv-118-RLY-TAB
                                 .
JAMES ISON, et al.,              .
                                 .
    Defendants.                  .
. . . . . . . . . . . . . .  .

DEPOSITION OF CHIEF JAMES ISON

DATE:  MARCH 14, 2024

GREENWOOD CITY CENTER
300 S. MADISON AVENUE
4TH FLOOR LARGE CONFERENCE ROOM
GREENWOOD, INDIANA 46142

COURT REPORTER:          Suzanna K. Cable
                         INDY DEPOSITIONS LLC
                         8780 Purdue Road
                         Suite 1
                         Indianapolis, IN  46268
                         (317) 450-6218
                         www.indydepositions.com
                         Email: depositions@att.net

James Ison
3/14/2024

Page 2

APPEARANCE OF COUNSEL:


FOR THE PLAINTIFF:

Jay Meisenhelder, Esq.
JAY MEISENHELDER EMPLOYMENT & CIVIL RIGHTS
LEGAL SERVICES, P.C.
650 N. Girls School Road
Suite D40
Indianapolis, IN  46214



FOR THE DEFENDANTS:

Pamela Schneeman, Esq.
KNIGHT HOPPE KURNIK & KNIGHT, LTD
11590 N. Meridian Street
Suite 650
Carmel, IN  47032

James Ison
3/14/2024

Page 3

Whereupon:

COURT REPORTER:  We are on the record.  Today's date is March 14, 2024.  It's 10:03 a.m.  My name is Suzanna Cable.  I'm the court reporter for this deposition held at the Greenwood City Center on the case of Sam Bowen vs. James Ison, et al., 1:23-cv-118-RLY-TAB.  Present for the Plaintiff is Jay Meisenhelder.  Present for the defense is Pamela Schneeman, and we are deposing Chief James Ison.  Can I have you raise your right hand for me?

CHIEF JAMES ISON

Having been duly sworn to tell the truth, the whole truth, and nothing but the truth in said cause, testifies as follows:

COURT REPORTER:  Lower your hand.  And for the record, I need you to spell your first and last name.

CHIEF ISON:  James Ison, J-A-M-E-S-I-S-O-N.

COURT REPORTER:  Thank you.  You may begin.

DIRECT EXAMINATION

QUESTIONS BY MR. MEISENHELDER, ATTORNEY FOR THE PLAINTIFF, SAM BOWEN

**Q.   Thank you.  Chief Ison, we've met before.  My name's Jay Meisenhelder.  We've established that you know the rules for a deposition, so I'm not going to go over all**

James Ison
3/14/2024

Page 4

of those, other than to say I don't think we're going to be here that long, but if you do need a break, just let me know.  The only thing I'll ask is that if I ask you a question, you answer that question before we take a break.

A.   Okay.

Q.   Let me just get a little background to begin with.  Tell me about your education.

A.   I've got an associate's degree from Indiana University in criminal justice.  I'm a graduate of the Police Executive Leadership Academy and the FBI National Academy.

Q.   Okay.  In any of that - - In any of your education, have you ever had any kind of legal training?

A.   Criminal law, some civil law updates, but no formal - - no formal law type classes.

Q.   What about - - have you ever had classes that dealt with constitutional law?

A.   Oh, absolutely, yeah.

Q.   Tell me about those.

A.   Well, I mean, as a police officer, you know, we deal with many constitutional aspects.  Primarily, you know, some of the

James Ison
3/14/2024

Page 5

big ones are the 14th and 4th Amendments, but I guess I would need more specifics.

Q.    Have you ever had any training that dealt with the 1st Amendment?

A.    Very limited.

Q.    Tell me what you remember about that training.

A.    Freedom of speech and religion and the press.

Q.    Now let's talk about your employment history.  What did you do before you became Chief of Police in Greenwood?

A.    Well, I started my career at Indiana University Police Department in Indianapolis, the IUPUI campus.  While I was going to college there, I worked - - I was a cadet there for about three years, worked full-time for one year, got hired here in 2001.  I was a patrolman, then a road sergeant, then the assistant chief, then the deputy chief, and then the chief.

Q.    Okay.  And when were you appointed chief?

A.    August of 2020.

Q.    And you're appointed by the mayor, is that right?

James Ison
3/14/2024

Page 6

A.    Correct.

**Q.    Who was your predecessor's chief?**

A.    John Laut.

**Q.    John L-A-U-T?  First thing I want to do is talk a little bit about the disciplinary procedures for police officers.**

A.    Okay.

MS. SCHNEEMAN:  Jay, can I ask a preliminary question?

MR. MEISENHELDER:  Sure.

MS. SCHNEEMAN:  This exhibit you've marked is what, Exhibit 1 or A?

MR. MEISENHELDER:  A.

MS. SCHNEEMAN:  Okay.

MR. MEISENHELDER:  I was planning to use letters.

MS. SCHNEEMAN:  Okay, that's fine.  Yeah.  Is this something you printed out of the Indiana Code?

MR. MEISENHELDER:  Yeah.

MS. SCHNEEMAN:  Okay, gotcha.

MR. MEISENHELDER:  Greenwood City Code.

MS. SCHNEEMAN:  I'm sorry?  The Greenwood City Code.

MR. MEISENHELDER:  The Greenwood City Code.

MS. SCHNEEMAN:  Okay.  Gotcha.

Page 7

BY MR. MEISENHELDER:

**Q. You have before you what's been marked as Exhibit A for this deposition. I'll represent to you that this is a printout of Article 12 of the Greenwood City Code, which deals with the merit system for police department. If you'll go to page 10, it's titled Disciplinary Actions, tell me your understanding of what you, as chief, can do in terms of disciplinary actions, can impose.**

A. Right. I can impose up to five days suspension. Anything more than that has to go before the merit board in the form of a hearing.

**Q. Other than the suspension, what other kinds of disciplinary actions can you take?**

A. I can impose informal, formal discipline; counselings; reprimands; suspensions; and any informal type of counseling that I choose.

**Q. Now, Section 6-386 says that the chief can reprimand or suspend an officer without pay for five days or less, and then it gives a list of 11 reasons. Is that, to your**

James Ison
3/14/2024

Page 8

understanding, is that list a complete list?  Is it exhaustive or are there other things that you can discipline an officer for that are not on that list?

A.   Give me a second to look this over, if you would.

Q.   Sure.

A.   Well, I would say that this is pretty inclusive.

Q.   Okay.  Now, you said earlier that you can impose a suspension without pay of up to five days.

A.   Correct?

Q.   I assume that anything above that has to be imposed by the merit commission.

A.   Yes.

Q.   Okay.  Is there any kind of a procedure for an officer to appeal a suspension less than five days?

A.   Yes.

Q.   Could you tell me what that is, please?

A.   I believe it's the appeal processes in this document.  They have to, within, they have to write a letter to - - Just a minute.  I want to make sure that I quote this

James Ison
3/14/2024

Page 9

correctly.  So within five calendar days of receipt of the written statement of discipline, a written request for review, which shall state why the police officer believes the specific procedures employed to investigate the offense and impose the discipline were unfair.

Q.   **Okay, now, you mentioned a written statement of discipline.  Is that something that you, as the chief, have to prepare?**

A.   For formal discipline, yes.

Q.   **Where in this article does it make a distinction between formal and informal discipline?**

A.   It does it one way or the other.

Q.   **Now, so if it's a suspension of less, without pay of less than five days, you have - - the chief has to provide a written statement of discipline, is that correct?**

A.   Correct.

Q.   **Okay.**

A.   For written counselings, reprimands, or suspensions.

Q.   **Okay.  And that has to talk - - it has to give the offense that's committed,**

James Ison
3/14/2024

Page 10

description of the investigation that's conducted, and the reasons for the discipline and facts that support the decision, is that right?

MS. SCHNEEMAN:  Jay, where are you citing, just so I can follow?

MR. MEISENHELDER:  This is Section 6-386.  This is Section D on page 11.

MS. SCHNEEMAN:  Okay, thank you.

BY MR. MEISENHELDER:

A.  Correct, yes.

Q.  Okay.  Then what about for suspensions, reprimands, or suspensions without pay for less than three days?  Is there anything the officer can do at that point?

A.  Yeah, for less than three days, the officer may request the commission to review the discipline imposed by a filing with the commission and the chief within five calendar days of receipt the written statement of discipline.

Q.  Okay.  And how quickly does the merit commission - - How quickly were they supposed to act on that?

A.  I believe 20 days.

James Ison
3/14/2024

Page 11

Q.   I can't find - - It's my understanding that the merit commission is supposed to consider the officer's appeal at its next meeting, is that - -

MS. SCHNEEMAN:  Well, Jay, I would just submit that the document speaks for itself.  And if you're just asking the chief to read and confirm the document, you know, the document speaks for itself.

BY MR. MEISENHELDER:

A.   Yeah, so at its next meeting, sorry, I was looking at 20 days for the above five.

Q.   Uh-huh.

A.   At its next meeting, following the filing of a written request for review, pursuant to this section, the commission shall review the officer's statement.

Q.   Okay.  Now, what does the merit commission - - How do they reach their decision?  What do they look at if we're talking about a suspension of five days or less?

A.   Well, I'm not a merit commissioner, so I think that would need to be directed towards them.

Q.   All right.  It appears from looking at that article that there is a fairly detailed

James Ison
3/14/2024

Page 12

outline of the procedure that the merit commission has to follow.  Would that be accurate?

A.   Yes.

Q.   Okay.  Now, if you - - you have the authority as chief to suspend an officer for more than five days, if that is how long it has to be before the next merit commission meeting, isn't that right?

A.   Correct.

Q.   Okay.

A.   I can suspend them up until the next meeting.

Q.   Okay.  But that is only if you've actually filed charges with the merit commission, right?

A.   Yes.

Q.   Okay.  And let's talk about a meeting you had with Officer Bowen on May 2, 2023.  Tell me how that meeting came about.

A.   I think I need more context.

Q.   Okay.

A.   I called him in to revoke his take-home car privileges and his off-duty work privileges.

James Ison
3/14/2024

Page 13

Q.   Okay, and why did you do that?

A.   As a result of violations of our policies regarding standards of conduct, speech expression, social networking, and the City handbook policies on social media, and this all resulted from multiple Facebook posts that he had posted.

Q.   And where would - - when did you become aware of these posts?

A.   I don't have dates, specific dates, for any of the posts, but somewhere in the area of January/February of 2023.

Q.   Let's talk about what exactly it is that concerns you about Officer Bowen's posts. What specific things was he saying that you found to be a violation of policy?

A.   I'd like to refer directly to the post if I can.

Q.   Okay.

A.   I mean, there's several of them, so it would help me if I could - -

MS. SCHNEEMAN:  So, your Exhibit B is the same exhibit we used with Mr. Bowen's deposition yesterday or the day before?

MR. MEISENHELDER:  Yeah, I just marked his

James Ison
3/14/2024

Page 14

specific posts.

MS. SCHNEEMAN:  Okay, thanks.

COURT REPORTER:  Do you want to go off to record while they are review that?

MR. MEISENHELDER:  Sure.

COURT REPORTER:  Okay, we're off the record.

OFF THE RECORD

ON THE RECORD

COURT REPORTER:  We're back on the record.

MS. SCHNEEMAN:  I do want to note that he did answer this in one of his interrogatories.

BY MR. MEISENHELDER:

A.    Alright, so one of the posts, maybe people got upset when liberal Mark Myers and yes man James Ison decided to turn Greenwood into little Indy.  People hear news about crime and think that means crime is up.  What kind of logic is that?  There's more reporting of crime because more crime is happening.  I can't even put into words how much of a dumb comment you just made.  Okay, on this one - -

**Q.    Now, let me interrupt you.  You said that post refers to what kind of a dumb comment you just made.  Is that post directed to**

James Ison
3/14/2024

Page 15

**you?**

A.   No.

**Q.   Okay.**

A.   Okay.  So on this one, he violated our standards of conduct for discourteous, disrespectful treatment of other members of the Agency or the City, and calling the mayor liberal Mark Myers and me the yes man, James Ison, and the comment decided to turn Greenwood into little Indy was insubordinate, an insubordinate comment, also disrespectful.  Another comment, Comment #2, what facts are you talking about.  Are you talking about the Daily Journal article where the chief lied through his teeth and claimed violent crime was not up.  There was a homicide three days later in the second homicide of the year, or how his crime mapping was showing a decrease, but that's only because he removed several categories because he didn't consider them a crime.  Once again, this is a disrespectful comment that is not supported by facts.  As a matter of fact, what he's referring to here in the Daily

James Ison
3/14/2024

Page 16

Journal article, I was not lying. I supported that with actual data that came straight from our CAD system and our crime analyst. It's not something that I ran. Those are factual numbers. So he's falsely accusing me here of lying to the public, which is damaging not only to my credibility as the chief of this agency, but also as the leader of this police department who protects the citizens that he is talking to. It's also, you know, quite honestly, embarrassing to the Agency. So, he's talking to, in a third post, he's talking to Tracy Rumble, a firefighter, and it says, Tracy Rumble, at least his posting this stuff, and not - - at least, he is posting this stuff and not trying to keep it swept under the rug like the current administration. We're not sweeping anything under the rug. That is not a factual statement. That is his opinion and, quite honestly, a personal employee grievance, not a matter of public concern. And it's also, once again, damaging to the credibility of me as a leader and to the,

James Ison
3/14/2024

Page 17

you know, in the eyes of the people that I serve and manage. Once again, Post #4, he's talking to someone named Mark Thompson. I don't know who that is, not at all. I have seen only info I know of from this post. I'd imagine the police administration is trying to sweep it, keep it swept under the rug, just like everything else they do. Once again, an inaccurate personal opinion, not a matter of public concern and not backed up by any factual data or examples of how we're sweeping things under the rug. So, Post #5, he wrote very honorable of the Mark Mark Myers gang, referring to the mayor, to attack a man with false narrative of a situation days before the election. It's disreputable that Myers has chosen to run an attack campaign on Hubbard instead of addressing the issues voters have with him. I don't so much take concern with that as this next part of the post. In trying to work for everyone, Mark Myers is the Nancy Pelosi of Johnson County, a failed career politician who has no understanding of what

James Ison
3/14/2024

Page 18

the people he represents wants and refuses to listen.  So once again, disrespectful, discourteous, unprofessional treatment of his ultimate supervisor, the mayor, who is also my boss, without any substantiating facts or, I mean, this is merely an opinion, but his criticizing slanderous remarks are inappropriate and insubordination.  Here he's talking to Joe Papaw Williams.

MS. SCHNEEMAN:  What page is that, 9?

CHIEF ISON:  This is page 9.

BY MR. MEISENHELDER:

Q.  He may not blame Chief Ison, but I do.  Him and his appointed road commander's failed leadership has tanked morale at the department.  The Greenwood Police Department is not a proactive department.  They've been forced to be reactive for some time now because of short staffing in the chief's police to police tactics.  Chief Ison has made the fear tactic of retaliation his biggest leadership trade.

Chief Ison:  So once again, a personal employee grievance, disrespectful language towards

James Ison
3/14/2024

Page 19

his chief, no substantiating content and, quite honestly, insubordination, and all of these posts are damaging.  Not, like I said, I keep going back to my credibility. I've got thick skin.  Does it hurt my feelings?  It doesn't.  But it affects my credibility, not only amongst the other officers that I have to manage, but amongst the citizens that I serve, and it's false and unsubstantiated.  Once again, on page 10. I agree, I wish the police department would be more transparent and post what is actually going on all the time. Unfortunately, Chief Ison tries to sweep most things under the rug.  I would also appreciate it if they would post their accomplishments of large drug busts, arresting violent offenders, etcetera, so that we could know how much our police department is doing for us.  I believe it would also significantly boost the officers' morale if they were being appreciated.  Seems like an easy thing to do to ease a lot of the tension between everyone.  Once again, an employee

James Ison
3/14/2024

Page 20

grievance, not a matter of public concern. Quite honestly, Officer Bowen had less than three years on this department, at the time he's writing this. He is not a policymaker. He doesn't determine what we post on social media, and simply because we don't post large drug busts and accomplishments of officers does not mean that we are sweeping anything under the rug. I've been more than - - I think, if you were to YouTube Chief of Greenwood Police Department, you would see me on the news quite a bit talking about our officers, our department, and the crime in the city in specific incidents. So, there is no sweeping anything under the rug, hiding anything from the media. This is Officer Bowen's personal opinion that I don't do enough to post certain criteria on social media. Let's see here. Page number 2 is talking to Eric McCormick, again. I am inclined to believe something posted on the page that has a 100 percent accurate record, which I don't know what he's talking about there. Yes, I am. I think

James Ison
3/14/2024

Page 21

something you should wonder is why the Greenwood Police Department has not released any statement about this or why they never notify the public about anything unless it's hiring 12 new officers right before an election to make the mayor look good.  Once again, I think we're in the media quite a bit.  I don't know what he's referring to, but this is - - And, here, he's not attacking a personal attack on me or the mayor or even a supervisor.  He's addressing the entire department, which is absurd that the entire department is not transparent.  On page 3, Eric McCormack, welcome to 2023, Grandpa, where all it takes is the police department to make a Facebook post about something, and thousands of people will see within minutes.  I would say someone recklessly driving a stolen U-Haul and shooting a gun, then driving said U-Haul into a building absolutely warrants a story.  And it's so draining on resources for someone from the police department to take five minutes and post what happened on Facebook.  Once

James Ison
3/14/2024

Page 22

again, I mean, this is his opinion.  I think simply because we aren't posting everything that happens on our Facebook page does not mean that we are lying, that we are deceiving in any way or covering anything up.

Q.   Let me go back and get a little bit of background.  2023, there was a mayoral primary going on, right?

A.   Yes.

Q.   And right around February, weren't you made aware that there were officers that were, in your opinion, violating the social media policy?

A.   We had two that were violating the social media policy, one being Officer Bowen.

Q.   Okay, let's go back over some of these posts that we looked at.  If you go to page 4, this is in the column where he says that you lied through your teeth.

A.   Okay.

Q.   What specifically does Officer Bowen say you lied about?

A.   That violent crime was not up.  Then there was a homicide three days later and the

James Ison
3/14/2024

Page 23

second homicide of the year.  Or how his crime mapping was showing a decrease, but that's only because he removed several categories because he didn't consider them crime.

Q.  **So, in fact, wasn't there a homicide about three days after you made the statement that crime was not - -**

A.  I do not know.  I don't know which homicide he was referring to, but this post is a response.  He's referring to a Daily Journal article, violent crime.  He's claiming that I said violent crime was not up.  I said that it had been stagnant.  However, homicides rose dramatically for 2022.  All factual statements, and the data was given to the Daily Journal and is in that article to support it.  Also, the crime mapping, he's a little bit misguided in his statement on saying that the numbers were changed by items being removed.  The numbers were actually changed from an item being added to that crime map, which was suspicious persons and circumstances.  I had asked the crime analyst to add that to

James Ison
3/14/2024

Page 24

our crime map because I wanted to see an overlay if our property crimes - - if the suspicious calls and the property crimes were related, if we could see a visual aid of where we were getting calls of suspicious activity and where the crimes were actually occurring.  So that increased our numbers by, I don't have the article in front of me, somewhere around 1,500 to 2,000.  That's what gave the misconception that crime had increased by that.  But our property crimes had actually diminished over the past several years, very minimally but diminished, and that data was also given to the Daily Journal.  So, there was nothing lied about.

Q.    **How many homicides did Greenwood have in 2020?**

A.    In 2020?

Q.    **Yeah.**

A.    I don't have those numbers in front of me.

Q.    **You said - -**

A.    I can tell you over the past ten years, we've averaged, I believe, 1.8 homicides per year.  In 2022, we had our - - that's

James Ison
3/14/2024

Page 25

the significant increase, but that was also due to the mall shooting.  We had an active shooter at our mall, and we had six, six criminal homicides.  Two homicides were ruled justified.

Q.   **Now, did anyone from the merit commission talk to you about these posts?**

A.   Yes.

Q.   **Who was that?**

A.   The president of the merit commission, Wendy Trietsch, was.  Sorry, go ahead.

Q.   **What did she say to you?**

A.   It was after the merit board meeting in April.  She had asked me, she said I've been seeing posts online that bother me from some of your officers.  What can you tell me about that.  And I said, well, I said, several officers are, you know, are posting online social media in support of the opposing candidate.  However, that's not violating policy.  They can do that.  They're on their own time.  They can support any political candidate they want.  We do have two, however, that are crossing the line and violating policy by stating,

James Ison
3/14/2024

Page 26

by airing personal employee grievances, discussing department business, and being disrespectful towards other members of the Agency, and then we specifically discussed Officer Bowen and McAtee.

Q. **Did Miss Trietsch ask you why you weren't doing anything about that?**

A. She did.

Q. **And what did she ask you?**

A. Specifically, on McAtee and Bowen.

Q. **And how did you respond to her?**

A. I told her that my concern was that because we were in the middle of an election season, well, first of all, I told her that I had thick skin, and I was just ignoring it. But that what - - because we were in the middle of an election season, I did not want to give the perception that these officers were having action taken against them for supporting a political candidate.

Q. **Okay. You said several times you've mentioned that Officer Bowen's posts were just personal grievances. Do you believe that the question of the transparency of the police department could be an issue of**

James Ison
3/14/2024

Page 27

concern to voters if citizens don't think their police department is being transparent?  Would that be an issue of public concern?

A.  I think it would.  I think it would depend upon - - Yes, I think it could be, but I think it would depend upon the content in which that message was delivered.  I think if he could have given supporting facts and circumstances on how and why we were being, we were lying or not being transparent, then I think it could be, but he didn't. And he, the way he did it was also very disrespectful and insubordinate, quite honestly, slanderous.  Accusing a police chief who needs the respect and the support of the community and credibility within the community, not only my job, credibility goes a very long way in testifying in any type of a case.  To try to damage that with lies and false accusations is slander.

Q.  You said Officer Bowen was trying to damage your credibility?

A.  I absolutely think he was.

Q.  So, what you're saying, correct me if I

**wrong, is that it's okay to criticize you if you have facts to back it up, but if you're just expressing an opinion, that's not okay.**

A.   Well, the example I will give is that he believes that we need to post more accolades on social media of the officers, and that simply reporting to the media isn't enough, that we need to also post the homicides and drug busts and stuff on social media.  I would argue that that is an administrative decision and not a lack of transparency, not hiding, not lying, and that would be his opinion and his personal grievance.  But if he's going to make accusations of lying or fudging numbers or statistics, then he should be prepared to post substantiating evidence or data to support that.

Q.   **What if Officer Bowen wasn't a police officer?**

A.   Then I would not have an issue with it because he wouldn't be under my purview and under our policies.

Q.   **Now, you said that he wouldn't be under**

James Ison
3/14/2024

Page 29

**your policies.  You've been handed what's been marked as Exhibit C for purposes of this deposition.  Do you recognize that document?**

A.    Yes.

**Q.    What is it?**

A.    It's our policy number 1026, Speech, Expression and Social Networking.

**Q.    If you look at the very top of that policy, 1026.1, nothing in this policy is intended to prohibit or infringe upon any communication speech or expression that is protected under law, is that correct?**

A.    Correct.

**Q.    What specifically did Officer Bowen say in his posts that was not protected under law?**

MS. SCHNEEMAN:  Asked and answered, but you can go ahead.

BY MR. MEISENHELDER:

A.    Speech expression.  Speech or expression made pursuit.  Well, sorry.  Under Section 1026.4, prohibited speech, expression and conduct, Subsection A, speech or expression made pursuant to an official duty that tends to compromise or damage the mission,

James Ison
3/14/2024

Page 30

function, reputation, professionalism of the agency or its members.  Sorry, that was under official duty.  Subsection B, speech or expression that while not made pursuant to official duty, is significantly linked or related to the agency intends to compromise or damage the mission, function, reputation, or professionalism of the agency or its members.

Q.  **Would you take a look at the first paragraph of 1026.4?  It says the following are prohibited unless the speech is otherwise protected by law, for example, speaking as a private citizen on a matter of public concern.**

A.  Correct.  I've been pretty clear in why we did - - I don't feel that this is a matter of public concern.

Q.  **I understand that you don't.  You don't believe it is, but you would agree that other people could disagree with you.**

A.  I believe that Mr.  Bowen disagrees with me.

Q.  **Well, does he or is he required to agree with you?**

James Ison
3/14/2024

Page 31

A.   No, he's not.

**Q.   And in fact, he's - - if he is not identifying himself as a member of the police department, he's not using police department communications channels to make his point, and he's talking about an issue that's relevant to the election, isn't that protected by law?**

A.   Not under the manners in which he did it. I'm not a lawyer.  I'm telling you what our counsel has instructed me and why I've made the decisions that I've made.

**Q.   So, you're saying that the - - You say the council.  You mean the city council?**

A.   Do what?

MS. SCHNEEMAN:  You mean the Office of Corporation Counsel for the City of Greenwood. I think that's what he's trying to clarify.

BY MR. MEISENHELDER:

**Q.   Okay.**

A.   Yeah.

**Q.   All right, so you're saying that the city council, the council for the City instructed you that Officer Bowen's speech was not protected by law?**

James Ison
3/14/2024

Page 32

A.    Yes.

Q.    Did corporation counsel tell you that what Officer Bowen was speaking on was not an issue of public concern?

A.    I don't think specifically we discussed that.  I think we discussed the violations of policy and that - - I mean, specifically, related to the violations of policy.

Q.    Okay.  So is it your position that Officer Bowen, even if he is, if he would be speaking on a matter of public concern, expressing his opinion as a private citizen, is still subject to the restrictions in 1026.4?

MS. SCHNEEMAN:  Objection.  Calls for a legal conclusion and the question doesn't contain proof of facts.  You can go ahead.

BY MR. MEISENHELDER:

Q.    Okay.

A.    So continuing Subsection D, speech constituting treason, libel, slander, perjury, incitement to riot or annoying false statements regarding departmental operations or personnel.  Accusing me of

James Ison
3/14/2024

Page 33

being a liar, accusing me of sweeping things under the rug, accusing the mayor of being a liar, all false statements regarding department personnel and operations.

Q.   So, Officer Bowen doesn't - - apparently does not agree with you that the department is being transparent, is that accurate?

A.   I would say yes.

Q.   And, apparently, Officer Bowen believes that you are hiding things, you are lying. Isn't that a legitimate position?

A.   No, it's not.

Q.   So, people are required - -

A.   I don't think that gives him the right to spread false accusations of lying and being dishonest of public officials, especially without any substantiating facts or data to support it, and then his disrespectful language, as far as calling the mayor Marky Mark and the Nancy Pelosi of Johnson County, that's all highly disrespectful and insubordinate of an employee.

Q.   But within the context of election, isn't that protected?

James Ison
3/14/2024

Page 34

A.    I think that will be left up to the courts. I'm not a lawyer.

Q.    **Okay.  If you look at policy 1026.4.1, it deals with unauthorized endorsements and advertisements, and it says that while members are not restricted from engaging in the following activities as private citizens, members may not represent the Greenwood Police Department or identify themselves in any way that could be reasonably perceived as representing the agency in order to do any of the following unless specifically authorized by the chief of police.  Now, the first one says endorse, support, oppose, or contradict any political campaign or initiative.  Is it your position that Officer Bowen was not contradicting a political campaign?  He was making statements that he disagreed with what you and the mayor were saying about crime in the city, would that not be covered by opposing or contradicting any political campaign or initiative?**

A.    I am sorry, I do not.  I'm not following the line of questioning here.

James Ison
3/14/2024

Page 35

MS. SCHNEEMAN: Yeah, I'm sorry. I didn't either, objection, vague.

BY MR. MEISENHELDER:

**Q. Well, let me try to - - Officer Bowen was making posts in which he said that you and the mayor were not being transparent, that you were lying about the crime rate in Greenwood. He was doing that in the context of a primary election when Mayor Myers was a candidate. Is it your position that his statements don't constitute contradicting a political campaign or initiative?**

MS. SCHNEEMAN: Objection. Form.

MR. MEISENHELDER: Answer the question.

MR. SCHNEEMAN: If you understand the question, you can answer it.

BY MR. MEISENHELDER:

A. Are you asking if - -

MS. SCHNEEMAN: I'll say the chief was asked and aided answered why he thought those posts were inappropriate.

MR. MEISENHELDER: And that's not the question I'm asking him.

MS. SCHNEEMAN: Yeah. And I guess neither one

James Ison
3/14/2024

Page 36

of us understand the question, even if the court reporter reads it back.  Can you clarify?

MR. MEISENHELDER:  All right.  How - -

MS. SCHNEEMAN:  You're wanting to know if Bowen violated this 1026.4.1.  Is that your question?

MR. MEISENHELDER:  Sure.  Let's do that.

BY MR. MEISENHELDER:

Q.    **How did Bowen - - How is Bowen's activity not covered by that first point of 1026.4.1?**

A.    Because it isn't a violation unless he's on duty or in uniform.  It's not.  No one was punished.  He was never disciplined for endorsing a political candidate in any way. He was - - He had privileges revoked because of his post that violated the policies that I've already stated.  It wasn't because he was supporting a political campaign.

Q.    **So, the privileges that you revoked, that was a disciplinary action, right?**

A.    It was informal.  That's an option that I have.

Q.    **Okay.**

James Ison
3/14/2024

Page 37

A.   If I'm going to take a formal disciplinary measure, then it needs to follow the rules of the merit commission, but these were privileges that he gets from the City and not - - he has no entitlement to them.

Q.   **So basically, anything that you do informally, there's no appeal?**

A.   No, because he's not - - he's not entitled to working off-duty.  That is a privilege that he gets because we're supplying the equipment, the vehicle, his police powers, and the vehicle for the take-home aspect of it is also a privilege and can be revoked according to policy at the discretion of the chief of police.  There is no entitlement, and our policies even state that they can be revoked at any time.

Q.   **So, if it's not something they're absolutely entitled to and you take it away from an officer, that doesn't constitute disciplinary action?**

MS. SCHNEEMAN:  Misstates the testimony.  The chief did say it was disciplinary action, informal.

By MR. MEISENHELDER:

A.   Informal discipline.

Indy Depositions, LLC
(317) 450-6218

James Ison
3/14/2024

Page 38

**Q.   And there's no way to appeal an informal disciplinary action.**

A.   To be clear, I could have imposed formal discipline up to termination for the violations of policy and especially the insubordination aspect of it.  I chose to take a much lesser means but, once again, this was something that left unattended or unaddressed could adversely affect the rest of the department.

**Q.   Let's go to the end of 1026.  It's at the bottom of page 3.  Members retain their rights to vote as they choose, to support candidates of their choice, and to express their opinions as private citizens on political subjects and candidates at all times while off duty.**

A.   Absolutely correct.

**Q.   So where did Officer Bowen violate that policy?  He was expressing his opinion.  He was off duty.  He was expressing his opinion as a private citizen on a political subject.**

MS. SCHNEEMAN:  Asked and answered, and form of the question, specifically, political subject.

James Ison
3/14/2024

Page 39

BY MR. MEISENHELDER:

A.   I will answer that in saying he was not disciplined for supporting a political candidate.  He was disciplined for the previously stated violations of policy.

**Q.   But he was expressing his private opinion, his opinion as a private citizen.**

MS. SCHNEEMAN:  Mischaracterizes the chief's prior statement that it was a grievance against the department.

BY MR. MEISENHELDER:

**Q.   You say it's a personal grievance against the department, right?  Does that mean you're right?  Can't someone disagree with that?**

A.   Also said that would be up to the Court to determine.

**Q.   Okay, well, I guess it will.  So you - - let me make sure I understand the bottom line here.  You're saying that Officer Bowen violated the policy because - -**

MS. SCHNEEMAN:  Multiple policies as stated in his interrogatories, not just this one.

MR. MEISENHELDER:  Well, I'm sorry, but this is the only one we've talked about.

James Ison
3/14/2024

Page 40

MS. SCHNEEMAN:  Okay.

MR. MEISENHELDER:  This is the only one he's mentioned in this deposition.

MS. SCHNEEMAN:  That's the only one you've asked him about.  I'll follow up.

BY MR. MEISENHELDER:

Q.  **The reason Officer Bowen was in violation of policies is that he was expressing a personal grievance and not speaking on a political subject, is that accurate?**

A.  No.

Q.  **Okay, explain to me exactly how Officer Bowen was violating the policy in terms of - - strike that.  Was Officer Bowen in any of his posts, did he ever identify himself as a Greenwood police officer?**

A.  Not to my knowledge.

Q.  **Did he ever say anything that would suggest that he was a Greenwood police officer?**

A.  Not to my knowledge.

Q.  **Okay.  Did he ever - - strike that.  Is it your contention that the posts he made were not political subjects?**

A.  I think that's irrelevant.  I think - - I don't know whether he was politically

James Ison
3/14/2024

Page 41

motivated or not.  I can't answer that.

Q.  **The posts he made were in the context of the primary election, weren't they?**

A.  Yes, but not all of them were directly mentioning political candidates or the election.  Some of them were just regarding police department operations.

Q.  **Wouldn't the police department's operations be a public, an issue of public concern?**

A.  I think that they could be.  I do not believe that the context of Mr. Bowen's posts were truthful, accurate, or substantiated by facts.  They were misrepresentations.  They were, in several instances, lies himself and disrespectful, slanderous comments made against his superiors.

Q.  **So, it can only be an issue of public concern if it's 100 percent factual, accurate, and respectful.**

MS. SCHNEEMAN:  Yeah.  Objection to form, trying to - - calls for a legal conclusion.

MR. MEISENHELDER:  You can go ahead and answer the question.

BY MR. MEISENHELDER:

Indy Depositions, LLC
(317) 450-6218

Page 42

A.    I've answered that.  I'm not an attorney, and I believe that's going to be left up to the courts to determine whether this was a matter of public concern.

Q.    **Okay.  If this was a matter of public concern, in your opinion, would Officer Bowen have been in violation of any of the Greenwood Police Department's policies by those posts?**

MS. SCHNEEMAN:  Objection to form.  Calls for a legal conclusion, and by incorporating the posts, questions have been asked and answered.

MR. MEISENHELDER:  You can go ahead and answer.

BY MR. MEISENHELDER:

A.    I think if it's a matter of public concern, no, but I think we still have some issues of insubordinate comments.  I think even if it were a matter of public concern, the way he posted and the name-calling and accusations.  Well, once again, I'm going back to the accusations because they're false that he made and unsubstantiated.  But if they were true, no, that would be a matter of public concern and that would be protected.  However, once again, I'm not an

James Ison
3/14/2024

Page 43

attorney.  I think we could still take issue with the manner in which he was name-calling, and I'll leave it at that.

MR. MEISENHELDER:  That's all the questions I have.

MS. SCHNEEMAN:  Okay.  I do have a couple of follow up questions for you.

CROSS-EXAMINATION

QUESTIONS BY MS. SCHNEEMAN, ATTORNEY FOR THE DEFENDANTS

Q.  **Earlier in today's deposition, when you were discussing the informal discipline you imposed on Mr. Bowen on May 2nd, you used the term, you revoked his privileges. Would suspension be a more accurate one?**

A.  Yeah, I think either are appropriate.  I suspended his off-duty work privilege and his take-home car privilege.

Q.  **Right.  It wasn't a forever revocation.**

A.  No, as a matter of fact, I also, at the same time, suspended Officer Jonathan McAtee's privileges, and he has since been reinstated.

Q.  **Was it your thought that at some point Officer Bowen might earn the ability to have those privileges reinstated?**

James Ison
3/14/2024

Page 44

A.    Yes.  It was never going to be a forever type of incident.  What I was looking for was improved behavior.

Q.    **Earlier in today's deposition, Mr. Bowen's counsel mentioned that the only policy that you referenced today was Policy 1006.  I remember at the beginning of the deposition; you also mentioned a policy regarding standards of conduct.  I want to give you the opportunity to clarify what I perceive to be perhaps a misrepresentation of your testimony.  Is the only policy that you think Mr. Bowen violated 1026, the social media?**

A.    No, he violated our standards of conduct policy, and also the City handbook policy on social media.

Q.    **Did you list the various policies you believe Mr. Bowen violated in your interrogatory responses?**

A.    I did.

Q.    **And those were served on Mr. Bowen and his counsel, is that correct?**

A.    Yes.

MS. SCHNEEMAN:  I think that's all.

Page 45

MR. MEISENHELDER:  I have just have a couple follow ups to that.

REDIRECT EXAMINATION

QUESTIONS BY MR. MEISENHELDER, ATTORNEY FOR THE PLAINTIFF, SAM BOWEN

Q.   **You told Ms. Schneeman that suspension would be a better word than revocation.**

A.   To me, I think that they're the same thing.

Q.   **Okay.**

A.   I took away.

Q.   **And how long was it before you reinstated Officer McAtee's?**

A.   So, Officer McAtee, shortly after the revocation or suspension of privileges occurred, asked to meet with me.  I had a meeting with him.  He acknowledged his violations of policy.  He apologized for his behavior.  I explained to him, I said, listen, I appreciate you coming forward with that.  I explained to him this isn't about me.  This isn't about my feelings being hurt.  This is a much bigger picture with setting a precedence within the department, that these types of violations were not going to be ignored, and I told

James Ison
3/14/2024

Page 46

him that we would have a period where I needed to see improvement from him in his behavior and work performance, and he complied, did that, and August 1, they were reinstated.  So, it was about 90 days, roughly.

MR. MEISENHELDER:  Thank you.  That's all I have.

MS. SCHNEEMAN:  We would like signature, please.

COURT REPORTER:  And do you need a copy?

MS. SCHNEEMAN:  Yes.  You're ordering the original?

MR. MEISENHELDER:  Yes.

MS. SCHNEEMAN:  I'd like a copy.

COURT REPORTER:  All right.  Thank you.  We are off the record.

                    END OF THE DEPOSITION

James Ison
3/14/2024

Page 47

C E R T I F I C A T E

State of Indiana)

County of Marion)

I, Suzanna K. Cable, Court Reporter, hereby certify that the above and foregoing is a true, accurate, and correct transcription of my stenographic notes taken at the hereinbefore set out time and place and was reduced to typewriting by me personally; that the witness, JAMES ISON, was first duly sworn by me to testify to the truth.

WITNESS my hand and seal this the 12th day of April 2024.

_____
Suzanna K. Cable

My Commission Expires: August 28, 2025.

James Ison
3/14/2024

Page 48

READING AND SIGNING BY DEPONENT

I, JAMES ISON, after reading my deposition and noting any corrections on the errata sheet along with the page and line number, certify the same to be true and correct to the best of my knowledge and recollection.

This _____ day of _____, 2024.

_____

JAMES ISON

**A**

a.m 3:3
ability 43:24
absolutely 4:21
  21:22 27:24
  37:19 38:18
absurd 21:13
Academy 4:13
  4:13
accolades 28:7
accomplishme...
  19:17 20:8
accurate 12:3
  20:23 33:8
  40:10 41:12,20
  43:14 47:7
accusations
  27:21 28:16
  33:16 42:20,21
accusing 16:6
  27:15 32:25
  33:1,2
acknowledged
  45:16
act 10:24
action 26:19
  36:22 37:21,23
  38:2
actions 7:8,11
  7:17
active 25:2
activities 34:7
activity 24:6
  36:9
actual 16:2
add 23:25
added 23:23
addressing
  17:20 21:12
administration
  16:19 17:7
administrative
  28:12
adversely 38:9

advertisements
  34:5
affect 38:9
agency 15:7
  16:8,12 26:4
  30:2,6,9 34:12
agree 19:11
  30:20,24 33:7
ahead 25:11
  29:18 32:18
  41:23 42:13
aid 24:4
aided 35:21
airing 26:1
al 1:13 3:6
Alright 14:13
Amendment 5:4
Amendments
  5:1
analyst 16:4
  23:25
annoying 32:23
answer 4:5
  14:11 35:15,17
  39:2 41:1,23
  42:13
answered 29:17
  35:21 38:24
  42:1,12
apologized
  45:17
apparently 33:6
  33:10
appeal 8:18,22
  11:3 37:7 38:1
APPEARANCE
  2:1
appears 11:24
appointed 5:22
  5:24 18:15
appreciate
  19:16 45:19
appreciated
  19:23

appropriate
  43:15
April 25:14
  47:13
area 13:11
argue 28:11
arresting 19:18
article 7:5 9:12
  11:25 15:15
  16:1 23:12,18
  24:8
asked 23:25
  25:14 29:17
  35:20 38:24
  40:4 42:12
  45:15
asking 11:7
  35:19,24
aspect 37:12
  38:6
aspects 4:25
assistant 5:20
associate's 4:10
assume 8:14
attack 17:16,19
  21:10
attacking 21:10
attorney 3:20
  42:1 43:1,9
  45:4
August 5:23
  46:4 47:18
authority 12:6
authorized
  34:13
AVENUE 1:24
averaged 24:24
aware 13:9
  22:12

**B**

B 13:22 30:3
back 14:9 19:4
  22:7,17 28:2

  36:2 42:21
backed 17:11
background 4:8
  22:8
basically 37:6
beginning 44:7
behavior 44:3
  45:18 46:3
believe 8:22
  10:25 19:20
  20:22 24:24
  26:23 30:20,22
  41:11 42:2
  44:19
believes 9:5 28:6
  33:10
best 48:6
better 45:7
big 5:1
bigger 45:22
biggest 18:23
bit 6:5 20:13
  21:8 22:7
  23:19
blame 18:14
board 7:14
  25:13
boost 19:21
boss 18:5
bother 25:15
bottom 38:12
  39:19
Bowen 1:7 3:6
  3:21 12:19
  20:2 22:16,22
  26:5,10 27:22
  28:20 29:15
  30:22 32:3,11
  33:6,10 34:17
  35:4 36:4,9
  38:19 39:21
  40:7,13,14
  42:7 43:12,24
  44:13,19,22

  45:5
Bowen's 13:14
  13:23 20:18
  26:22 31:24
  36:9 41:11
  44:4
break 4:3,6
building 21:21
business 26:2
busts 19:17 20:7
  28:10

**C**

C 29:2 47:1,1
Cable 1:29 3:4
  47:5,16
CAD 16:3
cadet 5:17
calendar 9:1
  10:20
called 12:23
calling 15:7
  33:20 43:3
calls 24:3,5
  32:16 41:22
  42:10
campaign 17:19
  34:16,18,23
  35:12 36:20
campus 5:15
candidate 25:20
  25:23 26:20
  35:10 36:15
  39:4
candidates
  38:14,16 41:5
car 12:23 43:17
career 5:13
  17:24
Carmel 2:21
case 1:11 3:6
  27:20
categories 15:21
  23:4

cause 3:13
Center 1:23 3:5
certain 20:19
certify 47:6 48:5
changed 23:21
  23:22
channels 31:5
charges 12:15
chief 1:19 3:9,11
  3:17,22 5:12
  5:20,21,21,22
  6:2 7:10,22
  9:10,18 10:19
  11:7 12:6
  15:15 16:8
  18:12,14,21
  19:1,14 20:11
  27:16 34:13
  35:20 37:15,23
chief's 18:21
  39:8
choice 38:14
choose 7:21
  38:13
chose 38:6
chosen 17:18
circumstances
  23:24 27:10
citing 10:5
citizen 30:14
  32:14 38:22
  39:7
citizens 16:10
  19:9 27:1 34:8
  38:15
city 1:23 3:5
  6:21,22,24 7:5
  13:4 15:7
  20:15 31:14,17
  31:22,23 34:21
  37:4 44:16
civil 2:7 4:17
claimed 15:16
claiming 23:13

clarify 31:18
  36:2 44:10
classes 4:18,19
clear 30:16 38:3
Code 6:18,21,23
  6:24 7:5
college 5:16
column 22:19
coming 45:19
commander's
  18:15
comment 14:21
  14:24 15:9,11
  15:12,13,23
comments 41:16
  42:17
commission 8:15
  10:17,19,23
  11:2,15,17
  12:2,9,15 25:6
  25:10 37:3
  47:18
commissioner
  11:21
committed 9:25
communication
  29:12
communicatio...
  31:5
community
  27:17,18
complete 8:1
complied 46:4
compromise
  29:25 30:7
concern 16:23
  17:11,21 20:1
  26:12 27:1,4
  30:15,18 32:4
  32:12 41:9,19
  42:4,6,15,18
  42:24
concerns 13:14
conclusion

32:17 41:22
  42:11
conduct 13:3
  15:5 29:23
  44:9,15
conducted 10:2
CONFEREN...
  1:25
confirm 11:7
consider 11:3
  15:22 23:4
constitute 35:11
  37:20
constituting
  32:22
constitutional
  4:20,24
contain 32:17
content 19:1
  27:7
contention
  40:22
context 12:21
  33:24 35:9
  41:2,11
continuing
  32:21
contradict 34:15
contradicting
  34:18,22 35:12
copy 46:10,14
corporation
  31:17 32:2
correct 6:1 8:13
  9:19,20 10:11
  12:10 27:25
  29:13,14 30:16
  38:18 44:23
  47:7 48:6
corrections 48:4
correctly 9:1
council 31:14,14
  31:23,23
counsel 2:1

31:11,17 32:2
  44:5,23
counseling 7:20
counselings 7:19
  9:22
County 17:24
  33:22 47:3
couple 43:6 45:1
court 1:1,29 3:2
  3:4,15,18 14:3
  14:6,9 36:1
  39:16 46:10,15
  47:5
courts 34:1 42:3
covered 34:22
  36:10
covering 22:5
credibility 16:8
  16:25 19:4,7
  27:17,18,23
crime 14:17,17
  14:19,19 15:16
  15:19,22 16:3
  20:14 22:24
  23:2,5,8,12,13
  23:19,23,25
  24:1,11 34:21
  35:7
crimes 24:2,3,6
  24:12
criminal 4:11,17
  25:4
criteria 20:19
criticize 28:1
criticizing 18:7
CROSS-EXA...
  43:8
crossing 25:24
current 16:18

—————
D
—————
D 10:8 32:21
D40 2:10
Daily 15:14,25

23:11,17 24:15
damage 27:20
  27:22 29:25
  30:7
damaging 16:7
  16:24 19:3
data 16:2 17:12
  23:16 24:14
  28:18 33:18
date 1:21 3:3
dates 13:10,10
day 13:24 47:12
  48:9
days 7:12,24
  8:12,19 9:1,17
  10:14,16,20,25
  11:11,20 12:7
  15:18 17:17
  22:25 23:7
  46:5
deal 4:24
deals 7:6 34:4
dealt 4:20 5:3
deceiving 22:5
decided 14:15
  15:9
decision 10:4
  11:18 28:12
decisions 31:12
decrease 15:20
  23:2
Defendants 1:15
  2:15 43:9
defense 3:8
degree 4:10
delivered 27:8
department
  5:14 7:7 16:10
  18:17,18,18
  19:11,20 20:3
  20:12,14 21:2
  21:12,13,16,24
  26:2,25 27:2
  31:4,5 33:4,7

34:9 38:10 39:10,13 41:7 45:24
**department's** 41:8 42:8
**departmental** 32:24
**depend** 27:5,7
**DEPONENT** 48:1
**deposing** 3:9
**deposition** 1:19 3:5,25 7:3 13:23 29:3 40:3 43:10 44:4,8 46:17 48:3
**DEPOSITIONS** 1:30
**depositions@...** 1:36
**deputy** 5:21
**description** 10:1
**detailed** 11:25
**determine** 20:5 39:17 42:3
**diminished** 24:12,14
**DIRECT** 3:19
**directed** 11:22 14:25
**directly** 13:17 41:4
**disagree** 30:21 39:14
**disagreed** 34:19
**disagrees** 30:22
**disciplinary** 6:5 7:8,10,17 36:22 37:1,21 37:23 38:2
**discipline** 7:18 8:3 9:3,7,9,11 9:14,19 10:3

10:18,21 37:25 38:4 43:11
**disciplined** 36:14 39:3,4
**discourteous** 15:5 18:3
**discretion** 37:14
**discussed** 26:4 32:5,6
**discussing** 26:2 43:11
**dishonest** 33:17
**disreputable** 17:18
**disrespectful** 15:6,12,23 18:2,25 26:3 27:14 33:19,22 41:15
**distinction** 9:13
**DISTRICT** 1:1 1:2
**DIVISION** 1:3
**document** 8:23 11:6,8,8 29:4
**doing** 19:20 26:7 35:8
**draining** 21:23
**dramatically** 23:15
**driving** 21:20,21
**drug** 19:17 20:7 28:10
**due** 25:2
**duly** 3:12 47:11
**dumb** 14:21,24
**duty** 29:24 30:3 30:5 36:13 38:17,21

**E**

**E** 47:1,1
**earlier** 8:10 43:10 44:4

**earn** 43:24
**ease** 19:24
**easy** 19:23
**education** 4:9,15
**either** 35:2 43:15
**election** 17:17 21:6 26:13,17 31:7 33:24 35:9 41:3,6
**Email** 1:36
**embarrassing** 16:12
**employed** 9:5
**employee** 16:22 18:24 19:25 26:1 33:23
**employment** 2:7 5:10
**endorse** 34:15
**endorsements** 34:4
**endorsing** 36:15
**engaging** 34:6
**entire** 21:12,13
**entitled** 37:8,19
**entitlement** 37:5 37:16
**equipment** 37:11
**Eric** 20:21 21:14
**errata** 48:4
**especially** 33:17 38:5
**Esq** 2:6,17
**established** 3:24
**et** 1:13 3:6
**etcetera** 19:18
**evidence** 28:18
**exactly** 13:13 40:12
**EXAMINATI...** 3:19 45:3
**example** 28:5

30:13
**examples** 17:12
**Executive** 4:12
**exhaustive** 8:2
**exhibit** 6:11,12 7:3 13:22,23 29:2
**Expires** 47:18
**explain** 40:12
**explained** 45:18 45:20
**express** 38:14
**expressing** 28:3 32:13 38:20,21 39:6 40:8
**expression** 13:4 29:8,12,20,20 29:22,23 30:4
**eyes** 17:1

**F**

**F** 47:1
**Facebook** 13:6 21:17,25 22:3
**fact** 15:24 23:6 31:2 43:19
**facts** 10:3 15:13 15:24 18:6 27:9 28:2 32:18 33:18 41:13
**factual** 16:5,21 17:12 23:16 41:19
**failed** 17:24 18:15
**fairly** 11:25
**false** 17:16 19:9 27:21 32:24 33:3,16 42:22
**falsely** 16:5
**far** 33:20
**FBI** 4:13
**fear** 18:22

**February** 22:11
**feel** 30:17
**feelings** 19:6 45:21
**filed** 12:15
**filing** 10:18 11:13
**find** 11:1
**fine** 6:17
**firefighter** 16:14
**first** 3:16 6:4 26:14 30:10 34:14 36:10 47:10
**five** 7:12,24 8:12 8:19 9:1,17 10:19 11:11,20 12:7 21:24
**FLOOR** 1:25
**follow** 10:6 12:2 37:2 40:5 43:7 45:2
**following** 11:13 30:11 34:7,12 34:24
**follows** 3:14
**forced** 18:19
**foregoing** 47:6
**forever** 43:18 44:1
**form** 7:14 35:14 38:24 41:21 42:10
**formal** 4:18,18 7:18 9:11,13 37:1 38:3
**forward** 45:19
**found** 13:16
**Freedom** 5:8
**front** 24:9,21
**fudging** 28:16
**full-time** 5:18
**function** 30:1,7

James Ison
3/14/2024

## G

gang 17:15
getting 24:5
Girls 2:9
give 8:5 9:25
  26:18 28:5
  44:10
given 23:17
  24:15 27:9
gives 7:24 33:15
go 3:25 7:7,14
  14:3 22:7,17
  22:18 25:11
  29:18 32:18
  38:11 41:23
  42:13
goes 27:19
going 3:25 4:2
  5:16 19:4,13
  22:9 28:15
  37:1 42:2,20
  44:1 45:25
good 21:7
gotcha 6:20,25
graduate 4:12
Grandpa 21:15
Greenwood 1:23
  1:26 3:5 5:12
  6:21,22,24 7:5
  14:15 15:10
  18:17 20:11
  21:2 24:17
  31:17 34:9
  35:8 40:16,19
  42:8
grievance 16:23
  18:25 20:1
  28:15 39:9,12
  40:9
grievances 26:1
  26:23
guess 5:2 35:25
  39:18
gun 21:20

## H

hand 3:10,15
  47:12
handbook 13:5
  44:16
handed 29:1
happened 21:25
happening
  14:20
happens 22:3
hear 14:16
hearing 7:15
held 3:5
help 13:21
hereinbefore
  47:8
hiding 20:17
  28:13 33:11
highly 33:22
hired 5:18
hiring 21:5
history 5:11
homicide 15:17
  15:18 22:25
  23:1,6,9
homicides 23:15
  24:17,24 25:4
  25:4 28:10
honestly 16:12
  16:22 19:2
  20:2 27:15
honorable 17:14
HOPPE 2:18
Hubbard 17:19
hurt 19:5 45:22

## I

identify 34:9
  40:15
identifying 31:3
ignored 45:25
ignoring 26:15
imagine 17:6
impose 7:11,12

7:18 8:11 9:6
imposed 8:15
  10:18 38:3
  43:12
improved 44:3
improvement
  46:2
inaccurate
  17:10
inappropriate
  18:8 35:22
incident 44:2
incidents 20:15
incitement
  32:23
inclined 20:22
inclusive 8:9
incorporating
  42:11
increase 25:1
increased 24:7
  24:11
Indiana 1:2,26
  4:10 5:13 6:18
  47:2
Indianapolis 1:3
  1:33 2:11 5:15
Indy 1:30 14:16
  15:10
info 17:5
informal 7:18,20
  9:13 36:23
  37:23,25 38:1
  43:11
informally 37:7
infringe 29:11
initiative 34:16
  34:23 35:13
instances 41:15
instructed 31:11
  31:24
insubordinate
  15:11,11 27:14
  33:23 42:17

insubordination
  18:9 19:2 38:6
intended 29:10
intends 30:6
interrogatories
  14:11 39:23
interrogatory
  44:20
interrupt 14:23
investigate 9:6
investigation
  10:1
irrelevant 40:24
Ison 1:13,19 3:6
  3:9,11,17,17
  3:22 14:15
  15:9 18:12,14
  18:22 19:14
  47:10 48:3,12
issue 26:25 27:3
  28:22 31:6
  32:4 41:9,18
  43:2
issues 17:20
  42:16
item 23:22
items 23:21
IUPUI 5:15

## J

J-A-M-E-S-I-...
  3:17
James 1:13,19
  3:6,9,11,17
  14:15 15:9
  47:10 48:3,12
January/Febr...
  13:12
Jay 2:6,7 3:7,23
  6:8 10:5 11:5
job 27:18
Joe 18:9
John 6:3,4
Johnson 17:24

33:21
Jonathan 43:20
Journal 15:15
  16:1 23:12,17
  24:15
justice 4:11
justified 25:5

## K

K 1:29 47:5,16
keep 16:17 17:7
  19:4
kind 4:15 8:17
  14:18,24
kinds 7:16
KNIGHT 2:18
  2:18
know 3:24 4:3
  4:24,25 11:8
  16:11 17:1,4,5
  19:19 20:24
  21:8 23:9,9
  25:18 36:4
  40:25
knowledge
  40:17,20 48:6
KURNIK 2:18

## L

L-A-U-T 6:4
lack 28:12
language 18:25
  33:20
large 1:25 19:17
  20:7
Laut 6:3
law 4:17,17,18
  4:20 29:13,16
  30:13 31:8,25
lawyer 31:10
  34:2
leader 16:9,25
leadership 4:12
  18:16,23

**leave** 43:3
**left** 34:1 38:8 42:2
**legal** 2:8 4:16 32:16 41:22 42:11
**legitimate** 33:12
**lesser** 38:7
**let's** 5:10 12:18 13:13 20:20 22:17 36:7 38:11
**letter** 8:24
**letters** 6:16
**liar** 33:1,3
**libel** 32:22
**liberal** 14:14 15:8
**lied** 15:15 22:20 22:23 24:16
**lies** 27:21 41:15
**limited** 5:5
**line** 25:25 34:25 39:20 48:5
**linked** 30:5
**list** 7:25 8:1,2,4 44:18
**listen** 18:2 45:19
**little** 4:8 6:5 14:16 15:10 22:7 23:19
**LLC** 1:30
**logic** 14:18
**long** 4:2 12:8 27:19 45:11
**look** 8:5 11:19 21:6 29:9 30:10 34:3
**looked** 22:18
**looking** 11:11,24 44:2
**lot** 19:24
**Lower** 3:15
**lying** 16:1,6 22:4

27:11 28:13,16 33:11,16 35:7

**M**

**MADISON** 1:24
**making** 34:19 35:5
**mall** 25:2,3
**man** 14:15 15:9 17:16
**manage** 17:2 19:8
**manner** 43:2
**manners** 31:9
**map** 23:23 24:1
**mapping** 15:19 23:2,19
**March** 1:21 3:3
**Marion** 47:3
**Mark** 14:14 15:8 17:3,14,15,23 33:21
**marked** 6:11 7:2 13:25 29:2
**Marky** 33:20
**matter** 15:24 16:23 17:10 20:1 30:14,17 32:12 42:4,5 42:15,18,24 43:19
**mayor** 5:24 15:8 17:15 18:4 21:6,11 33:2 33:20 34:20 35:6,9
**mayoral** 22:8
**McAtee** 26:5,10 45:13
**McAtee's** 43:21 45:12
**McCormack** 21:14
**McCormick**

20:21
**mean** 4:23 13:20 18:6 20:8 22:1 22:4 31:14,16 32:7 39:13
**means** 14:17 38:7
**measure** 37:2
**media** 13:5 20:6 20:17,20 21:8 22:13,16 25:19 28:7,8,11 44:14,17
**meet** 45:15
**meeting** 11:4,10 11:13 12:9,13 12:18,20 25:13 45:16
**Meisenhelder** 2:6,7 3:8,20,23 6:10,13,15,19 6:21,24 7:1 10:7,10 11:9 13:25 14:5,12 18:13 29:19 31:19 32:19 35:3,15,18,23 36:3,7,8 37:24 39:1,11,24 40:2,6 41:23 41:25 42:13,14 43:4 45:1,4 46:7,13
**member** 31:3
**members** 15:6 26:3 30:2,9 34:6,8 38:12
**mentioned** 9:8 26:22 40:3 44:5,8
**mentioning** 41:5
**merely** 18:6
**Meridian** 2:19
**merit** 7:6,14

8:15 10:22 11:2,17,21 12:1,8,15 25:6 25:10,13 37:3
**message** 27:8
**met** 3:22
**middle** 26:13,17
**minimally** 24:13
**minute** 8:24
**minutes** 21:19 21:24
**Mischaracteri...** 39:8
**misconception** 24:10
**misguided** 23:19
**misrepresenta...** 44:11
**misrepresenta...** 41:14
**mission** 29:25 30:7
**Misstates** 37:22
**morale** 18:16 19:22
**motivated** 41:1
**multiple** 13:6 39:22
**Myers** 14:14 15:8 17:15,18 17:23 35:10

**N**

**N** 2:9,19
**name** 3:3,16
**name's** 3:23
**name-** 43:2
**name-calling** 42:19
**named** 17:3
**Nancy** 17:23 33:21
**narrative** 17:16
**National** 4:13

**need** 3:16 4:3 5:2 11:22 12:21 28:6,9 46:10
**needed** 46:2
**needs** 27:16 37:2
**neither** 35:25
**networking** 13:4 29:8
**never** 21:4 36:14 44:1
**new** 21:5
**news** 14:16 20:13
**note** 14:10
**notes** 47:8
**notify** 21:4
**noting** 48:4
**number** 20:20 29:7 48:5
**numbers** 16:5 23:20,22 24:8 24:21 28:16

**O**

**objection** 32:16 35:2,14 41:21 42:10
**occurred** 45:15
**occurring** 24:7
**off-duty** 12:24 37:9 43:16
**offenders** 19:18
**offense** 9:6,25
**Office** 31:16
**officer** 4:23 7:23 8:3,18 9:4 10:15,16 12:6 12:19 13:14 20:2,18 22:16 22:22 26:5,22 27:22 28:20,21 29:15 31:24 32:3,10 33:6

33:10 34:17 35:4 37:20 38:19 39:20 40:7,12,14,16 40:19 42:6 43:20,24 45:12 45:13
**officer's** 11:3,16
**officers** 6:6 19:8 20:8,14 21:5 22:12 25:16,18 26:19 28:7
**officers'** 19:22
**official** 29:24 30:3,5
**officials** 33:17
**Oh** 4:21
**okay** 4:7,14 5:22 6:7,14,17,20 6:25 8:10,17 9:8,21,24 10:9 10:12,22 11:17 12:5,11,14,18 12:22 13:1,19 14:2,6,22 15:3 15:4 22:17,21 26:21 28:1,4 31:20 32:10,20 34:3 36:25 39:18 40:1,12 40:21 42:5 43:6 45:9
**once** 15:22 16:24 17:2,9 18:2,24 19:10 19:25 21:7,25 38:7 42:20,25
**ones** 5:1
**online** 25:15,19
**operations** 32:25 33:5 41:7,8
**opinion** 16:21 17:10 18:7

20:18 22:1,13 28:3,14 32:13 38:20,22 39:6 39:7 42:6
**opinions** 38:15
**opportunity** 44:10
**oppose** 34:15
**opposing** 25:20 34:22
**option** 36:23
**order** 34:12
**ordering** 46:11
**original** 46:12
**outline** 12:1
**overlay** 24:2

---
**P**

**P.C** 2:8
**page** 7:7 10:8 18:11,12 19:10 20:20,23 21:14 22:4,18 38:12 48:5
**Pamela** 2:17 3:8
**Papaw** 18:10
**paragraph** 30:11
**part** 17:22
**patrolman** 5:19
**pay** 7:23 8:11 9:17 10:13
**Pelosi** 17:24 33:21
**people** 14:13,16 17:1 18:1 21:18 30:21 33:14
**perceive** 44:11
**perceived** 34:11
**percent** 20:23 41:19
**perception** 26:18

**performance** 46:3
**period** 46:1
**perjury** 32:23
**personal** 16:22 17:10 18:24 20:18 21:10 26:1,23 28:14 39:12 40:9
**personally** 47:10
**personnel** 32:25 33:4
**persons** 23:24
**picture** 45:22
**place** 47:9
**Plaintiff** 1:9 2:4 3:7,20 45:4
**planning** 6:15
**please** 8:21 46:9
**point** 10:15 31:6 36:10 43:23
**police** 4:12,23 5:12,14 6:6 7:7 9:4 16:9 17:6 18:17,21,21 19:11,19 20:12 21:2,16,24 26:25 27:2,15 28:20 31:4,4 34:9,14 37:11 37:15 40:16,19 41:7,8 42:8
**policies** 13:2,5 28:24 29:1 36:18 37:16 39:22 40:8 42:8 44:18
**policy** 13:16 22:14,16 25:21 25:25 29:7,9 29:10 32:7,9 34:3 37:14 38:5,20 39:5 39:21 40:13

44:5,6,8,12,16 44:16 45:17
**policymaker** 20:5
**political** 25:23 26:20 34:16,18 34:23 35:12 36:15,20 38:16 38:22,25 39:3 40:10,23 41:5
**politically** 40:25
**politician** 17:25
**position** 32:10 33:12 34:17 35:10
**post** 13:17 14:24 14:25 16:13 17:2,6,13,22 19:12,16 20:6 20:7,19 21:17 21:25 23:10 28:6,9,18 36:17
**posted** 13:7 20:22 42:19
**posting** 16:15,17 22:2 25:19
**posts** 13:6,9,11 13:14 14:1,13 19:3 22:18 25:7,15 26:22 29:16 35:5,21 40:15,22 41:2 41:12 42:9,11
**powers** 37:11
**precedence** 45:23
**predecessor's** 6:2
**preliminary** 6:8
**prepare** 9:10
**prepared** 28:17
**Present** 3:7,8
**president** 25:10

**press** 5:9
**pretty** 8:8 30:16
**previously** 39:5
**Primarily** 4:25
**primary** 22:9 35:9 41:3
**printed** 6:18
**printout** 7:4
**prior** 39:9
**private** 30:14 32:13 34:7 38:15,22 39:6 39:7
**privilege** 37:9,13 43:16,17
**privileges** 12:24 12:25 36:16,21 37:4 43:13,21 43:25 45:14
**proactive** 18:18
**procedure** 8:17 12:1
**procedures** 6:6 9:5
**processes** 8:22
**professionalism** 30:1,8
**prohibit** 29:11
**prohibited** 29:22 30:12
**proof** 32:17
**property** 24:2,3 24:12
**protected** 29:13 29:16 30:13 31:8,25 33:25 42:25
**protects** 16:10
**provide** 9:18
**public** 16:6,23 17:11 20:1 21:4 27:4 30:15,18 32:4 32:12 33:17

41:9,9,18 42:4
42:5,15,18,24
**punished** 36:14
**Purdue** 1:31
**purposes** 29:2
**pursuant** 11:14
29:24 30:4
**pursuit** 29:21
**purview** 28:23
**put** 14:20

**Q**

**question** 4:5,5
6:9 26:24
32:17 35:15,16
35:23 36:1,6
38:25 41:24
**questioning**
34:25
**questions** 3:20
42:12 43:4,7,9
45:4
**quickly** 10:22,23
**quite** 16:12,22
19:2 20:2,13
21:8 27:14
**quote** 8:25

**R**

**R** 47:1
**raise** 3:10
**ran** 16:4
**rate** 35:7
**reach** 11:18
**reactive** 18:19
**read** 11:7
**reading** 48:1,3
**reads** 36:2
**reason** 40:7
**reasonably**
34:11
**reasons** 7:25
10:2
**receipt** 9:2 10:20

**recklessly** 21:19
**recognize** 29:3
**recollection** 48:7
**record** 3:2,16
14:3,6,7,8,9
20:24 46:16
**REDIRECT**
45:3
**reduced** 47:9
**refer** 13:17
**referenced** 44:6
**referring** 15:25
17:15 21:9
23:10,11
**refers** 14:24
**refuses** 18:1
**regarding** 13:3
32:24 33:4
41:6 44:9
**reinstated** 43:22
43:25 45:11
46:5
**related** 24:4
30:6 32:8
**released** 21:3
**relevant** 31:7
**religion** 5:8
**remarks** 18:8
**remember** 5:6
44:7
**removed** 15:21
23:3,21
**reporter** 1:29
3:2,4,15,18
14:3,6,9 36:2
46:10,15 47:5
**reporting** 14:19
28:8
**represent** 7:4
34:8
**representing**
34:11
**represents** 18:1
**reprimand** 7:23

**reprimands** 7:19
9:22 10:13
**reputation** 30:1
30:8
**request** 9:3
10:17 11:14
**required** 30:24
33:14
**resources** 21:23
**respect** 27:16
**respectful** 41:20
**respond** 26:11
**response** 23:11
**responses** 44:20
**rest** 38:9
**restricted** 34:6
**restrictions**
32:15
**result** 13:2
**resulted** 13:6
**retain** 38:12
**retaliation** 18:23
**review** 9:3 10:17
11:14,16 14:4
**revocation**
43:18 45:7,14
**revoke** 12:23
**revoked** 36:16
36:21 37:13,17
43:13
**right** 3:10 5:25
7:12 10:4
11:24 12:9,16
21:5 22:9,11
31:22 33:15
36:3,22 39:13
39:14 43:18
46:15
**rights** 2:7 38:13
**riot** 32:23
**road** 1:31 2:9
5:20 18:15
**ROOM** 1:25
**rose** 23:15

**roughly** 46:6
**rug** 16:18,20
17:8,13 19:15
20:10,16 33:2
**ruled** 25:5
**rules** 3:24 37:2
**Rumble** 16:14
16:15
**run** 17:18

**S**

**S** 1:24
**Sam** 1:7 3:6,21
45:5
**saying** 13:15
23:20 27:25
31:13,22 34:20
39:2,20
**says** 7:22 16:15
22:19 30:11
34:5,14
**Schneeman** 2:17
3:9 6:8,11,14
6:17,20,22,25
10:5,9 11:5
13:22 14:2,10
18:11 29:17
31:16 32:16
35:1,14,16,20
35:25 36:4
37:22 38:24
39:8,22 40:1,4
41:21 42:10
43:6,9 44:25
45:6 46:9,11
46:14
**School** 2:9
**seal** 47:12
**season** 26:14,17
**second** 8:5 15:18
23:1
**section** 7:22
10:7,8 11:15
29:21

**see** 20:12,20
21:18 24:1,4
46:2
**seeing** 25:15
**seen** 17:5
**sergeant** 5:20
**serve** 17:2 19:9
**served** 44:22
**SERVICES** 2:8
**set** 47:8
**setting** 45:23
**sheet** 48:4
**shooter** 25:3
**shooting** 21:20
25:2
**short** 18:20
**shortly** 45:13
**showing** 15:19
23:2
**signature** 46:9
**significant** 25:1
**significantly**
19:21 30:5
**SIGNING** 48:1
**simply** 20:6 22:2
28:8
**situation** 17:17
**six** 25:3,3
**skin** 19:5 26:15
**slander** 27:21
32:22
**slanderous** 18:7
27:15 41:16
**social** 13:4,5
20:6,20 22:13
22:15 25:19
28:7,11 29:8
44:14,17
**sorry** 6:22 11:10
25:11 29:21
30:2 34:24
35:1 39:24
**SOUTHERN**
1:2

James Ison
3/14/2024

**speaking** 30:14 32:3,12 40:9
**speaks** 11:6,8
**specific** 9:5 13:10,15 14:1 20:15
**specifically** 22:22 26:4,10 29:15 32:5,8 34:13 38:25
**specifics** 5:2
**speech** 5:8 13:3 29:7,12,20,20 29:22,23 30:3 30:12 31:24 32:21
**spell** 3:16
**spread** 33:16
**staffing** 18:20
**stagnant** 23:14
**standards** 13:3 15:5 44:9,15
**started** 5:13
**state** 9:4 37:16 47:2
**stated** 36:18 39:5,22
**statement** 9:2,9 9:19 10:21 11:16 16:21 21:3 23:7,20 39:9
**statements** 23:16 32:24 33:3 34:19 35:11
**STATES** 1:1
**stating** 25:25
**statistics** 28:17
**stenographic** 47:8
**stolen** 21:20
**story** 21:22
**straight** 16:3

**Street** 2:19
**strike** 40:14,21
**stuff** 16:16,17 28:10
**subject** 32:14 38:23,25 40:10
**subjects** 38:16 40:23
**submit** 11:5
**Subsection** 29:23 30:3 32:21
**substantiated** 41:13
**substantiating** 18:5 19:1 28:18 33:18
**suggest** 40:18
**Suite** 1:32 2:10 2:20
**superiors** 41:17
**supervisor** 18:4 21:11
**supplying** 37:10
**support** 10:3 23:18 25:19,23 27:16 28:19 33:19 34:15 38:13
**supported** 15:24 16:2
**supporting** 26:20 27:9 36:19 39:3
**supposed** 10:24 11:2
**sure** 6:10 8:7,25 14:5 36:7 39:19
**suspend** 7:23 12:6,12
**suspended** 43:16 43:20
**suspension** 7:13

7:16 8:11,18 9:16 11:20 43:14 45:6,14
**suspensions** 7:19 9:23 10:12,13
**suspicious** 23:24 24:3,6
**Suzanna** 1:29 3:4 47:5,16
**sweep** 17:7 19:14
**sweeping** 16:19 17:13 20:9,16 33:1
**swept** 16:18 17:8
**sworn** 3:12 47:11
**system** 7:6 16:3

---
**T**
---

**T** 47:1,1
**tactic** 18:22
**tactics** 18:21
**take** 4:6 7:17 17:21 21:24 30:10 37:1,19 38:7 43:1
**take-home** 12:23 37:12 43:17
**taken** 26:19 47:8
**takes** 21:16
**talk** 5:10 6:5 9:24 12:18 13:13 25:7
**talked** 39:25
**talking** 11:19 15:13,14 16:11 16:13,14 17:3 18:9 20:13,21 20:25 31:6
**tanked** 18:16

**teeth** 15:16 22:20
**tell** 3:12 4:9,22 5:6 7:8 8:21 12:20 24:23 25:17 32:2
**telling** 31:10
**ten** 24:23
**tends** 29:25
**tension** 19:24
**term** 43:13
**termination** 38:4
**terms** 7:10 40:13
**testifies** 3:13
**testify** 47:11
**testifying** 27:19
**testimony** 37:22 44:12
**thank** 3:18,22 10:9 46:7,15
**thanks** 14:2
**thick** 19:5 26:15
**thing** 4:4 6:4 19:23 45:8
**things** 8:3 13:15 17:13 19:15 33:2,11
**think** 4:1 11:22 12:21 14:17 20:10,25 21:7 22:2 27:1,5,5,6 27:7,8,12,24 31:18 32:5,6 33:15 34:1 40:24,24 41:10 42:15,16,17 43:1,15 44:13 44:25 45:8
**third** 16:13
**Thompson** 17:4
**thought** 35:21 43:23
**thousands** 21:18

**three** 5:17 10:14 10:16 15:17 20:3 22:25 23:7
**time** 18:20 19:13 20:3 25:22 37:17 43:20 47:9
**times** 26:21 38:17
**titled** 7:8
**today** 44:6
**today's** 3:2 43:10 44:4
**told** 26:12,14 45:6,25
**top** 29:9
**Tracy** 16:14,15
**trade** 18:23
**training** 4:16 5:3,7
**transcription** 47:7
**transparency** 26:24 28:13
**transparent** 19:12 21:14 27:3,11 33:8 35:6
**treason** 32:22
**treatment** 15:6 18:3
**tries** 19:14
**Trietsch** 25:11 26:6
**true** 42:23 47:7 48:6
**truth** 3:12,13,13 47:11
**truthful** 41:12
**try** 27:20 35:4
**trying** 16:17 17:7,22 27:22 31:18 41:21

James Ison
3/14/2024

turn 14:15 15:10
two 22:15 25:4
  25:24
type 4:18 7:20
  27:20 44:2
types 45:24
typewriting 47:9

**U**

U-Haul 21:20,21
Uh-huh 11:12
ultimate 18:4
unaddressed
  38:9
unattended 38:8
unauthorized
  34:4
understand
  30:19 35:16
  36:1 39:19
understanding
  7:9 8:1 11:1
  17:25
unfair 9:7
Unfortunately
  19:14
uniform 36:13
UNITED 1:1
University 4:11
  5:14
unprofessional
  18:3
unsubstantiated
  19:10 42:22
updates 4:17
ups 45:2
upset 14:14
use 6:15

**V**

v 1:11
vague 35:2
various 44:18
vehicle 37:11,12

violate 38:19
violated 15:4
  36:5,17 39:21
  44:13,15,19
violating 22:13
  22:15 25:21,25
  40:13
violation 13:16
  36:12 40:7
  42:7
violations 13:2
  32:6,8 38:5
  39:5 45:17,24
violent 15:16
  19:18 22:24
  23:12,13
visual 24:4
vote 38:13
voters 17:20
  27:1
vs 3:6

**W**

want 6:4 8:25
  14:3,10 25:23
  26:18 44:9
wanted 24:1
wanting 36:4
wants 18:1
warrants 21:22
wasn't 23:6
  28:20 36:19
  43:18
way 9:15 22:5
  27:13,19 34:10
  36:15 38:1
  42:18
we're 4:2 11:19
  14:6,9 16:19
  17:12 21:7
  37:10
we've 3:22,23
  24:24 39:25
welcome 21:15

Wendy 25:11
weren't 22:11
  26:6 41:3
Williams 18:10
wish 19:11
witness 47:10,12
wonder 21:1
word 45:7
words 14:20
work 12:24
  17:23 43:16
  46:3
worked 5:16,18
working 37:9
wouldn't 28:23
  28:25 41:8
write 8:24
writing 20:4
written 9:2,3,8
  9:18,22 10:20
  11:14
wrong 28:1
wrote 17:14
www.indydep...
  1:35

**X**

**Y**

yeah 4:21 6:17
  6:19 10:16
  11:10 13:25
  24:20 31:21
  35:1,25 41:21
  43:15
year 5:18 15:19
  23:1 24:25
years 5:17 20:3
  24:13,23
yesterday 13:23
YouTube 20:11

**Z**

**0**

**1**

1 1:32 6:12 46:4
1,500 24:9
1.8 24:24
1:23-cv- 3:6
1:23-cv-118-R...
  1:11
10 7:8 19:11
10:03 3:3
100 20:23 41:19
1006 44:6
1026 29:7 38:11
  44:13
1026.1 29:10
1026.4 29:22
  30:11 32:15
1026.4.1 34:3
  36:5,11
11 7:25 10:8
11590 2:19
118-RLY-TAB
  3:7
12 7:5 21:5
12th 47:12
14 1:21 3:3
14th 5:1
1st 5:4

**2**

2 12:19 15:13
  20:21
2,000 24:10
20 10:25 11:11
2001 5:19
2020 5:23 24:18
  24:19
2022 23:16
  24:25
2023 12:19
  13:12 21:15
  22:8
2024 1:21 3:3
  47:13 48:9
2025 47:18

28 47:18
2nd 43:12

**3**

3 21:14 38:12
300 1:24
317 1:34

**4**

4 17:2 22:19
450-6218 1:34
46142 1:26
46214 2:11
46268 1:33
47032 2:21
4th 1:25 5:1

**5**

5 17:14

**6**

6-386 7:22 10:7
650 2:9,20

**7**

**8**

8780 1:31

**9**

9 18:11,12
90 46:5