UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAM BOWEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:23-cv-01118-RLY-TAB |
| | ) | |
| JAMES ISON and | ) | |
| THE CITY OF GREENWOOD, INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING
DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY
BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

The Court, having considered Defendants' motion and being duly advised in the premises,

finds that the motion is meritorious and should be granted.  Accordingly, the motion is granted.

IT IS THEREFORE ORDERED that the Defendants shall have through and including

October 9, 2024, to file their reply brief in support of their motion for summary judgment.

Date: 10/7/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.